UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR
VIOLATION OF CONSPIRACY AGAINST CIVIL RIGHTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: SECT. C MAG. 4 |
| LEN DAVIS | * | VIOLATION: 18 USC § 241 |
| PAUL HARDY a/k/a "P" | * | |
| DAMON CAUSEY | | |
| * * * | | |

The Grand Jury charges that:

### COUNT 1

On or about October 13, 1994, in the Eastern District of Louisiana, defendant **LEN DAVIS**, who was then employed as an officer with the New Orleans Police Department, and defendants **PAUL HARDY**, a/k/a "P", and **DAMON CAUSEY**, did willfully combine, conspire, and agree with each other and with others known and unknown to the grand jury to injure, oppress, threaten and intimidate Kim Marie Groves, a person in the State of Louisiana, in the free exercise and enjoyment of the rights and privileges secured to her by the Constitution and laws of the United States, which include (1) the right not to be deprived of liberty without due process of law, that is, the right to be free from the use of unreasonable force by one acting under color of law, in that defendants **LEN DAVIS, PAUL HARDY,** a/k/a "P", and **DAMON CAUSEY** were acting under color of the laws of the State of Louisiana at all times relevant to this indictment, and (2) the right to

provide information to law enforcement authorities about a federal crime, resulting in the death of Kim Marie Groves.

It was part of the plan and purpose of this conspiracy that Kim Marie Groves would be killed because she had made a civil rights complaint against defendant **LEN DAVIS** and another officer known to the grand jury and to prevent her from making additional statements to law enforcement authorities regarding that civil rights complaint.

In furtherance of this conspiracy and to accomplish its plan and purposes, the defendants did commit the following overt acts, among others:

### OVERT ACTS

1. After learning that Kim Marie Groves had filed a civil rights complaint against him, defendant **LEN DAVIS** contacted defendant **PAUL HARDY**, a/k/a "P", on several occasions on or about October 13, 1994, to arrange the murder of Kim Marie Groves.

2. On or about October 13, 1994, defendant **LEN DAVIS** contacted defendant **DAMON CAUSEY** to arrange a meeting whereby defendant **LEN DAVIS** would identify Kim Marie Groves to defendants **PAUL HARDY**, a/k/a "P", and **DAMON CAUSEY** thereby facilitating the murder of Kim Marie Groves.

3. On or about October 13, 1994, defendant **LEN DAVIS**, while on-duty and while using his official police car, conducted surveillance of Kim Marie Groves for the purpose of reporting Groves' physical description and location to defendant **PAUL HARDY**, a/k/a "P".

4. On or about October 13, 1994, at 10:01 p.m., defendant **LEN DAVIS** ordered defendant **PAUL HARDY**, a/k/a "P", to "get that whore," thereby ordering the murder of Kim Marie Groves. Defendant **PAUL HARDY**, a/k/a



"P", agreed to kill Kim Marie Groves and stated in response, "Alright, I'm on my way."

5. On or about October 13, 1994, at 10:55 p.m., defendant **PAUL HARDY**, a/k/a "P", shot Kim Marie Groves in the head with a 9 mm firearm which resulted in her death.

6. Defendant **DAMON CAUSEY** did conceal the 9 mm firearm used to kill Kim Marie Groves by hiding the firearm in a chest-of-drawers in his bedroom located at 3930 Florida Avenue, Apartment B, New Orleans, Louisiana.

All in violation of Title 18, United States Code, Section 241.

A TRUE BILL:

_Charles M Smith_
FOREMAN

_[signature]_
EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY
Bar Roll No. 1450

_[signature]_
JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 9020

_[signature]_
CONSTANTINE D. GEORGES
Assistant United States Attorney
Bar Roll No. 6021

_[signature]_
SUZANNE DROUET
Criminal Section
U.S. Department of Justice

New Orleans, Louisiana
December 13, 1994

3