FILED

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

JAN 17  3 37 PM '95

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| versus | * | NO. 94-381 |
| LEN E. DAVIS, ET AL. | * | SECTION "C" (4) |

* * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S WRITTEN NOTICE OF NAMES AND ADDRESSES OF WITNESSES TO ESTABLISH DEFENSE BASED UPON PUBLIC AUTHORITY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, **LEN E. DAVIS**, who, pursuant to Rule 12.3(a)(1) of the Federal Rules of Criminal Procedure, provides written statement to this Honorable Court and the Government of the names and addresses of the witnesses, if any, upon whom the Defendant may rely upon in establishing a defense based upon public authority, as follows:

Sgt. Darryl Dean
3900 N. Claiborne Avenue
New Orleans, LA 70117

Larry Smith, Jr.
United States Marshall Service
500 Camp Street
New Orleans, LA

Bryant K. Brown, a/k/a "Brinkey"
United States Marshall Service
500 Camp Street
New Orleans, LA



00470

Sgt. Randall Trepagnier
3900 N. Claiborne Avenue
New Orleans, LA 70117

Adam Euree Dees
United States Marshall Service
500 Camp Street
New Orleans, LA

Sgt. Carlos Rodriguez
United States Marshall Service
500 Camp Street
New Orleans, LA

Sgt. Thomas O'Shaunessy
3900 N. Clsiborne Avenue
New Orleans, LA 70117

Keith Johnson
United States Marshall Service
500 Camp Street
New Orleans, LA

Lt. David Benelli
3900 N. Claiborne Avenue
New Orleans, LA 70117

Christopher K. Evans
United States Marshall Service
500 Camp Street
New Orleans, LA

Capt. Lonnie Swain
715 S. White Street
New Orleans, LA

Deputy Chief Mitchell Dussett
715 S. White Street
New Orleans, LA



Sheldon Polk
United States Marshall Service
500 Camp Street
New Orleans, LA

Superintendent Richard Pennington
715 S. White Street
New Orleans, LA

Sammie L. Williams, Jr.
United States Marshall Service
500 Camp Street
New Orleans, LA

Respectfully submitted,

**CURKLIN ATKINS**
**(A Professional Law Corporation)**
**CURKLIN ATKINS (BAR # 18769)**
**4130 ONE SHELL SQUARE**
**701 POYDRAS STREET**
**NEW ORLEANS, LA 70139**
TELEPHONE: (504) 522-7400

## **C E R T I F I C A T E**

I do hereby certify that I have on this <u>17th</u>. day of <u>January</u>, 19<u>95</u>, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand-delivery or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

3


00472