**FRANK MINYARD, M.D., CORONER**
**JOSEPH J. LeBLANC, ADMINISTRATOR**

CORONER AND EX-OFFICIO CITY PHYSICIAN
PARISH OF ORLEANS

NEW ORLEANS, LA., ___Nov. 3,___ 19_95_

I certify that after viewing the body of one ___Jerome Albert Andrews___

at __City Morgue__ who died at __Charity Hospital__

on _9-18_ 19 _88_ at _7:25_ o'clock _P_ M. __His__ residence _5312 Laurel Street_

sex __Male__ color __Black__ marital status __Never Married__ Occupation __None__

| 7. DATE OF BIRTH OF DECEASED | 8. AGE OF DECEASED | | | UNDER 24 HOURS | | 8A. STATE OF BIRTH (IF NOT IN U.S.A.: NAME COUNTRY) | 11. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|
| | YEARS | MONTHS | DAYS | HOURS | MIN. | | |
| Dec. 13, 1968 | 19 | | | | | Louisiana | 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 |

cause of death __Gunshot wound of head, penetrating the brain. Gunshot wound of__
__shoulder.__

| | | 18A. AUTOPSY Yes ☒ No ☐ |

| DEATH DUE TO EXTERNAL VIOLENCE | 19A. ACCIDENT ☐  SUICIDE ☐  HOMICIDE ☒ | 19B. DESCRIBE HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II OF ITEM 17.) |
|---|---|---|
| | 19C. TIME OF INJURY  HOUR  MONTH  DAY  YEAR   M | Happened at 2419 Erato St on 9-18-88. |
| | 19D. INJURY OCCURRED WHILE AT WORK ☐  NOT WHILE AT WORK ☐ | FUNERAL DIRECTOR  Richardson Funeral Home |

| PARENTS | 14. FATHER'S NAME | LAST  Andrews | FIRST  Jerome | MIDDLE | 15. MOTHER'S MAIDEN NAME | LAST  Jackson | FIRST  Shirley | MIDDLE |

## I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CORONER'S RECORD.

_Edgar J. Smith_
**ADMINISTRATOR**

DATE __NOv. 3, 1995__

BY ___Wanda Allen___

_Frank Minyard_
M.D.
**CORONER**

PER ___Wanda Allen___

NUMBER: ___6457___

EXHIBIT A-1

2834

# AUTOPSY PROTOCOL

## ORLEANS PARISH CORONER'S OFFICE

No. M88-9-93

Name: Andrews, Jerome            Age: 19   Color: B   Sex: M

Date & Time of Death: September 18, 1988, at 7:25 P.M.

Date & Time of Autopsy: September 19, 1988, at 7:05 A.M.

## FINAL DIAGNOSES

1. Two recent gunshot wounds
   a. one of the head entering the right temple, exiting the left forehead, penetrating the brain (one bullet fragment removed and saved)
   b. one of the right shoulder and face entering the right posterior axillary fold, exiting the shouldertop, reentering the right cheek through the jaw into the mouth (no bullet in the wound)
2. Old scars of the anterior and posterior left thigh
   a. old surgical scars of both thighs and left leg (incompletely healed)

Blood, bile, urine, gastric contents, and vitreous fluid are saved for laboratory studies.

Classification of Death: HOMICIDE

Frank E. Minyard, M.D.
**Coroner**

# NEW ORLEANS CORONER'S OFFICE

Name _Jerome Andrews_          Autopsy No. _CO 879_

Color _B M_   Age _19_          Date _9-19-88_

Finklerry, m.d.

Healed scar

Scars

Scar

Incompletely healed
scar

For protocol c

2836

AUTOPSY PROTOCOL
Coroner's Office
Orleans Parish


Andrews, Jerome, black male, 19 years  CO 879
    Death:    September 18, 1988, at 7:25 P.M.
    Autopsy:  September 19, 1988, at 7:05 A.M. by Dr. Paul
              McGarry at Orleans Parish Coroner's Office


EXTERNAL EXAMINATION

This is the body of a well developed, well nourished, young, black male 5'10" long, 170 lbs., cold and rigid, dressed in a hospital gown which is blood soaked with head wrapped in an elastic blood-stained bandage, an endotracheal tube through the mouth, a plastic drain tube protruding from the right side of the chest at the sixth intercostal space, midaxillary line, intravenous needles through the skin at the right antecubital fossa and dorsum of left hand, a plastic tube through the an incision of the skin on the left upper anteromedial thigh, electrocardiographic pads on the chest and abdomen, and a Charity Hospital band on the right wrist, Andrews, Jerome L82-285329. The hair is short, black, kinky, 1/2 in. long over the entire scalp. The eyes are dark brown with pupils 4 mm. in diameter. There is a short mustache and a growth of black whiskers on the cheeks and chin 1.5 mm. long. The teeth are natural and in good condition with gold caps on the upper central incisors, a J cut out of the left cap. The chest is symmetrical. The abdomen is flat. The penis is uncircumcised. The testes are normal. There is an old scar of the right femoral region, diagonal, 16 x 1 cm. There is an ovoid scar of the left anterior thigh 15 cm. below the inguinal ligament, 2.2 x 1.5 cm. There is a diagonal surgical scar with keloid on the left anteromedial thigh, diagonal, 24 x 1 cm., and there is a partly healed diagonal scar of the left medial leg 18 x 1.5 cm. with granulation tissue wet and dark red on its lower half. The left leg is swollen around this scar. There are multiple punctate depigmented scars of the feet and legs measuring from 2 to 8 mm. There are multiple irregular depigmented scars of the wrists, hands, and knees. The fingernails and toenails are 2 to 3 mm. long and dirty. There are no track marks over the forearms, wrists, or hands. There is a round 2.7 cm. scar of the left posterior thigh centered 16.5 cm. below the gluteal fold, 65 cm. above the bottom of the heel opposite the anterior scar with a track direction from the anterior scar backward, downward 60 degrees, and medially 30 degrees.

There are two recent gunshot wounds. One enters the lateral right forehead at the hairline 4 cm. below the top of the head, 4.5 cm. above the lateral end of the right eyebrow, 7 cm. to the right of the anterior midline, an ovoid 12 x 1 cm. entry wound leading to a track that passes from right to left upward 2

degrees, forward 15 degrees to an exit wound which is lacerated
and everted on the left upper forehead centered 3.5 cm. above the
center of the left eyebrow, 1 cm. below the hairline, 3.5 cm.
below the top of the head, 3.2 cm. to the left of the anterior
midline.   This is a through and through wound with fragmentation
of the frontal bones.   Another gunshot wound enters the right
axilla through the posterior axillary fold 12.5 cm. below the
shouldertop, 17.5 cm. below the top of the head, 23 cm. to the
right of the posterior midline leading to a track that passes
from back to front upward 55 degrees, medially 10 degrees to an
exit wound on the anterior right shoulder centered 14.5 cm. to
the right of the anterior midline, 3.5 cm. below the shouldertop,
28.5 cm. below the top of the head, an ovoid everted 2 x 1.1 cm.
wound which matches a reentry of the right jaw 1 cm. anterior to
the angle, an ovoid 1.8 x 1.5 cm. reentry wound leading to a
track that passes upward 55 degrees, forward 15 degrees, and
medially 25 degrees into the angle of the mandible which is
shattered inward.   There is a 1.5 x 1 cm. perforation of the
sublingual mucosa on the right where the wound enters the oral
cavity.   There is no bullet or bullet fragment along this track.

## INTERNAL EXAMINATION

The body is opened through the usual autopsy incision.
Subcutaneous adipose tissue measures up to 3 cm. over the
anterior abdominal wall.   The left pleura, the pericardium, and
the peritoneum are intact.   The drainage tube enters the right
pleural space at the sixth intercostal level, and there is a
small amount of bloody fluid, 100 ml., in the right pleural
space.

Cardiovascular System
The heart weighs 350 grams and has a dilated right atrium and
ventricle.   There is a puncture of the xyphoid region of the skin
which penetrates the pericardium and the right ventricle of the
heart.   The myocardium is dark red and measures up to 13 mm. in
the left ventricle and 2.5 mm. in the right ventricle.   The
coronary arteries are completely free of sclerosis.   There are no
myocardial lesions.   There are hemorrhages in the endocardium
along the left side of the septum.   The valves are smooth and
free of lesions, normal in circumference.   The septa are intact.
The major vessels are normal in pattern.   The veins are
collapsed.

Respiratory System
The left lung weighs 600 grams, the right, 700 grams.   Both lungs
are incompletely expanded and filled with blood-tinged foamy
fluid which also fills the bronchi and trachea.   Patches of
aspirated blood are scattered through all lobes especially the
posterior and inferior segments.   The pulmonary vessels are
collapsed and contain a small amount of cyanotic blood.   The
endotracheal tube ends 1 cm. above the carina.   The trachea is

Andrews, Jerome
September 19, 198
Page -3-


intact as are the larynx and pharynx.

Digestive System
The esophagus and stomach contain blood mixed with partly
digested food material. There is no bullet in the esophagus or
stomach. The small intestine, colon, and appendix are normal.
The liver weighs 1620 grams and is pale red and normal in
consistency. There are no lesions of the gallbladder, bile
ducts, or pancreas.

Hemopoietic System
The spleen weighs 200 grams and has a dark red cut surface and
decreased consistency. The bone marrow is dark red. Lymph nodes
measure up to 1.5 cm.

Genitourinary System
The left kidney weighs 180 grams, the right, 170 grams. Both
kidneys have smooth external surfaces, pale cortices, and
congested medullary pyramids. The urinary tract is normal in
caliber. The bladder contains 5 ml. of pale yellow urine. Each
adrenal gland has a pale yellow 1 mm. cortex. The prostate gland
is normal.

Head
The head is opened through the usual intermastoid incision.
The gunshot wound of the shoulder and jaw does not enter the
cranium. The gunshot wound entering the right side of the
forehead has produced a massive disruptive keyhole-type fracture
of the frontal bones measuring 10 x 7 cm. entering on the right
and exiting across the front with inward bevelling at the entry
site and outward bevelling over the front and left side of the
forehead region with jagged outline. One piece of brass jacket
is imbedded in the entry region. This is saved. There is no
gunpowder staining of the skin, subcutaneous tissues, bone, dura,
or brain. There is no stippling or soot staining of the skin.
There is no excavation beneath the skin or discoloration of
internal tissues. The brain weighs 1450 grams and has a 10 x 9
cm. disruption of the frontal poles, more on the right underlying
the shattered bones of the frontal region. The fractures extend
into the roofs of the orbits. The olfactory bulbs are
fragmented. The hemorrhagic disruption extends 3 cm. into brain
tissue. The medial temporal structures and brain stem are
intact. The cerebellar tonsils are herniated and hemorrhagic.
The brain is generally swollen. The cranial nerve roots and
blood vessels are normal.

The pituitary and thyroid glands are normal.

PROVISIONAL AUTOPSY DIAGNOSES

1. Two recent gunshot wounds
   a. one of the head entering the right temple, exiting the

Andrews, Jerome
September 19, 1988
Page -4-

       left forehead, penetrating the brain (one bullet fragment removed and saved)

    b.  one of the right shoulder and face entering the right posterior axillary fold, exiting the shouldertop, reentering the right cheek through the jaw into the mouth (no bullet in the wound)

2.  Old scars of the anterior and posterior left thigh

    a.  old surgical scars of both thighs and left leg (incompletely healed)

Blood, bile, urine, gastric contents, and vitreous fluid are saved for laboratory studies.

*Paul McGarry M.D. 9-23-88*

Paul McGarry, M.D.
9-19-88
Transcribed: 9-20-88  ktm

# FORENSIC LABORATORY
### Coroner's Office
### Parish of Orleans
### 2700 Tulane Avenue
### New Orleans 19, La.

September 19, 1988

## REPORT OF THE LABORATORY

**To:** Coroner's Office

| | |
|---|---|
| | **Laboratory No.:** L-587-88 |
| **Reference Material Received:** 9-19-88 | **Item No.:** I-23279-88 |

**Examination Requested:**  Blood Grouping

**Description of Investigation:**  Homicide

**Subjects:**  Jerome Andrews  B/M 19
Date of death  9-18-88

**Specimens:**
Sample of blood labeled with above name.

Results:
Blood sample is Group "O".

*Patricia F. Daniels*
Patricia F. Daniels
Medical Technologist

Reviewed by:

*Frank Minyard MD*
Frank Minyard, M.D.
Coroner, Parish of Orleans

2841

| X | X | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |

date: 4-18-88

item: I-2327788

EXHIBIT A-2



2332



2843



2814





Case 2:94-cr-00381-AJM-MBN   Document 425-1   Filed 03/26/96   Page 14 of 50



2047



2848





2650





Case 2:94-cr-00381-ILRL-MBN Document 425-1 Filed 03/26/96 Page 20 of 50







**FRANK MINYARD, M.D., CORONER**

**JOSEPH J. LeBLANC, ADMINISTRATOR**

**CORONER AND EX-OFFICIO CITY PHYSICIAN**
PARISH OF ORLEANS

NEW ORLEANS, LA., ___Nov. 3.___ 19 _95_

I certify that after viewing the body of one ___Carlos Demond Adams___

at _City Morgue_ who died at _In front of 2515 Alvar Street_

on _9-30_ 19 _94_ at _8:00_ o'clock _P_ M. _His_ residence _2600 Bartholomew St Apt C._

sex _Male_ color _Black_ marital status _Never Married_ Occupation _Never Worked_

| 7. DATE OF BIRTH OF DECEASED | 8. AGE OF DECEASED | UNDER 24 HOURS | 9A. STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) | 11. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | YEARS MONTHS DAYS | HOURS MIN. | | |
| June 1, 1975 | 19 | | Mississippi | 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 |

cause of death _Multiple gunshot wounds of head, neck, shoulder, chest, abdomen,_

_buttock and elbow._

18A. AUTOPSY
Yes☒ No☐

| | 19A. ACCIDENT  SUICIDE  HOMICIDE | 19B. DESCRIBE HOW INJURY OCCURRED. (ENTER NATURE OF INJURY IN PART I OR PART II OF ITEM 17.) |
|---|---|---|
| **DEATH DUE TO EXTERNAL VIOLENCE** | ☐        ☐        ☒ | _Happened in front of 2515 Alvar St on 9-30-94._ |
| | 19C. TIME OF INJURY  HOUR  MONTH  DAY  YEAR  M | |
| | 19D. INJURY OCCURRED  WHILE AT ☐  NOT WHILE ☐  WORK  AT WORK | FUNERAL DIRECTOR  _Professional Mortuary Service_ |
| **PARENTS** | 14. FATHER'S  NAME  LAST  _Adams_  FIRST  _Terrance_  MIDDLE  _B_ | 15. MOTHER'S  MAIDEN  NAME  LAST  _Lorax_  FIRST  _Patricia_  MIDDLE |

**I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CORONER'S RECORD.**

_Edgar J. Smith_
                                **ADMINISTRATOR**

DATE ___Nov. 3, 1995___

BY _Wanda Allen_

_Frank Minyard_ _____M.D.
                                **CORONER**

PER ___Wanda Allen___

NUMBER: ___6458___

EXHIBIT B-1

# AUTOPSY PROTOCOL

## ORLEANS PARISH CORONER'S OFFICE

No. __CO-946__

Name: __Adams, Carlos__                    Age: __19__ Color: __B__ Sex: __M__

Date & Time of Death: __9/30/94 at 8:00 P.M.__

Date & Time of Autopsy: __10/1/94 at 7:45 A.M.__

## FINAL DIAGNOSES

1. Twelve recent gunshot wounds
   a. one entering the right side of the nose, close range, through the base of the skull into the left temporal lobe of the brain (one bullet removed and saved)
   b. one entering the right upper lip, close range, through the upper jaw and teeth into the left pharynx and neck (one bullet removed and saved)
   c. one entering the right upper lateral neck through the spine to the back of the neck (one bullet removed and saved)
   d. one entering the right lower neck into the spine and spinal cord (one bullet removed and saved)
   e. one grazing the right shouldertop (no bullet in the wound)
   f. one entering the right anterior shoulder through the right lung into the back (one bullet removed and saved)
   g. one entering the left central anterior chest through the heart, esophagus, aorta, spine, and spinal cord (one bullet removed and saved)
   h. one entering the right upper abdomen through the liver, aorta, spine, and spinal cord into the back (one bullet removed and saved)
   i. one entering the right central abdomen through the liver, pancreas, and spine into the left lower back (one bullet removed and saved)
   j. one entering the right lateral abdominal wall (one bullet removed and saved)
   k. one entering the right buttock (one bullet removed and saved)
   l. one through the right elbow (no bullet in the wound)

Classification of Death: __HOMICIDE__

__FRANK E. MINYARD, M.D.__
**Coroner**

Name  *Adams Carlos*                          Autopsy No.  *CC 946*

Color  *B.M.*      Age  *19 yrs*              Date  *10-1-94*

AUTOPSY   DIAGRAMS

*Killnum M.D.*

Twelve recent gunshot wounds

For protocol on

## AUTOPSY PROTOCOL
## Coroner's Office
## Orleans Parish

Adams, Carlos    black male, 19 years    CO 946
    Death:    September 30, 1994, at 8:00 P.M.
    Autopsy:    October 1, 1994, at 7:45 A.M. by Dr. Paul McGarry
        at Orleans Parish Coroner's Office

### EXTERNAL EXAMINATION

This is the body of a lean young black male 6'1" long, 170 lbs., cold and rigid, dressed in a purple knit shirt over a white undershirt cut open exposing the chest where there are electrocardiographic pads, short blue jeans opened over purple underpants in place, white leather court shoes and white socks in place on the feet. The hair is black, kinky, 1 & 1/2 in. long over the top of the scalp, shaved on the sides. The earlobes are not pierced. The eyes are dark brown with pupils 3 mm. in diameter. There is a short black mustache and tuft. There are black whiskers on the face 1/8 in. long. The teeth are natural, broken across the upper incisors. The head is turned to the left. The neck is slightly swollen on the right side. The chest is slightly more prominent on the left with loose stretched skin over the breasts. The abdomen is flat. The penis is circumcised. The testes and anus are normal. The extremities are lean with small muscles. The fingernails and toenails are short and dirty measuring up to 1/8 in. The skin is hairy over the trunk and extremities with stretch scars over the upper arms and thighs, loose skin. There are no punctures or track marks. There are tattoos: a cross between the eyebrows, teardrop configurations at the left outer canthus onto the cheek, two. There is a crusted healing abrasion on the posterior left elbow, 1 & 1/2 x 1/4 in.

There are twelve recent gunshot wounds. Wound a is round, 1/4 in., entering the right side of the nose into the cheek and deep tissues of the face, centered 1 in. to the right of the midline, 5 & 1/2 in. below the level of the top of the head, the track backward, upward 25 degree, medialward 40 degrees. There is no exit. Wound b enters the upper lip at the lower edge of the nostril, round and sharply demarcated, 1 in. below, 3/4 in. medial to, wound a leading a track backward through the upper jaw fracturing and displacing the incisor teeth and mandible into the deep tissues of the throat. Around these two wounds there is heavy stippling of the skin with powder granules centered at the wounds and spreading onto the brows and cheeks to the chin covering 4 & 1/2 in. Wound c enters the left upper neck 1 in. below the angle of the jaw, 2 & 1/4 in. below the earlobe, 8 &

1/4 in. below the top of the head, 2 & 1/4 in. to the right of the anterior midline, a 1/2 in. round entry hole leading to a track backward, upward 5 degrees, leftward 10 degrees into the cervical spine which is disrupted and displaced backward. There is no exit, but hard objects protrude beneath the skin in the midline over the upper neck posteriorly. Wound d is centered 2 in. below, 1/4 in. medial to, wound c, a 1/2 in. round entry hole leading to a track backward, downward 15 degrees, leftward 10 degrees into the thoracic inlet. There is no exit. Wound e grazes the top of the right shoulder 5 & 1/2 in. to the right of the midline, a 3/8 x 1/4 in. superficial wound with no bullet. Wound f enters the anterior right shoulder 7 in. to the right of the midline, 1 in. below the shouldertop, 11 in. below the top of the head, a 1/2 in. entry hole leading to a track backward, downward 45 degrees, leftward 50 degrees toward the right upper chest. There is no exit. Wound g enters the left central chest 1 & 1/4 in. to the left of the midline, 1 in. above the center of the breasts at the level of the third rib, 15 in. below the shouldertop, a 1/4 in. entry hole leading to a track backward into the chest. There is no exit. Wound h enters the right upper abdomen 2 & 3/4 in. to the right of the anterior midline, 3 & 1/4 in. above the umbilicus, 24 & 1/4 in. below the top of the head, a 1/4 in. entry hole leading to a track that passes backward through the abdominal wall. There is no exit. Wound i enters the right central abdomen 3 in. below, 1 & 1/4 in. medial to, wound h, a 1/4 in. entry hole leading to a track backward through the abdominal wall. There is no exit. Wound j is a diagonal wound into the skin and subcutaneous tissues of the right anterolateral abdomen, 2 x 1/2 in. with clothing drawn into the wound with a bullet that penetrates along the superficial fascia to a depth of 3 in. with an overlying abrasion mark of the skin at the end of the track. A fragment of distorted bullet core is removed from this wound and saved. Wound k enters the right buttock 4 in. to the right of the posterior midline, 38 in. above the sole of the right foot, a ragged superficial 1 x 3/4 in. wound with a bullet driven into the subcutaneous tissue holding the clothing into the wound. In the wound which is 1 in. deep is a brass-jacketed bullet with round 10 mm. base, mushroomed tip wrapped in clothing from the shirt and pants. This is removed, marked CA PM k. On the back of the body are distortions with hard objects at the base of the neck beneath intact skin and, in a cluster over the central and left back, three bulging hard objects beneath intact skin with bruising and abrasion of the skin over the lowermost. Wound l enters the lateral right elbow in a grazing penetrating combination of wounds, the graze wound 1/2 x 3/8 in., the penetrating wound, 5/8 x 1/8 in. The track of this wound is from the anterolateral aspect to the medial aspect, upward 2 degrees, backward 15 degrees to an exit on the medial aspect, ragged and branching, 3/4 x 5/8 in. centered 1/4 in. above the level of the entry.

Adams, Carlos
October 1, 1994
Page -3-

There is no bullet along this track which passes anterior to the
bones and major blood vessels. There is no soot-stain or powder
burns around any of the wounds except those of the central face.

## INTERNAL EXAMINATION

The body is opened through the usual autopsy incision.
Subcutaneous adipose tissue is loose and soft measuring up to 4
cm. over the anterior abdominal wall. The diaphragm is at the
sixth rib on the right, seventh rib on the left. There is blood
in the left pleural space, 800 ml., right pleural space, 1000
ml., pericardium, 200 ml., peritoneum, 150 ml. Gunshot wound d
passes through the apex of the left pleura into the upper spine
grazing the apex of the right lung. Gunshot wound f enters the
chest through the first rib on the right, grazes the posterior
right lung, and penetrates the deep tissues of the back adjacent
to the spine. Gunshot wound g enters the central chest through
the fourth costal cartilage adjacent to the sternum and continues
through the right ventricle, septum, and left atrium of the
heart, posterior pericardium into the thoracic spine in a
backward, slightly downward and rightward direction. Gunshot
wound h passes through the abdominal wall and the right lobe of
the liver continuing through the posterior diaphragm and pleura
into the central back adjacent to the spine. Gunshot wound i
perforates the lower anterior portion of the right lobe of the
liver and continues through the head of the pancreas into the
upper lumbar spine, grazing the left side of the body of the
first lumbar vertebra and continuing through the posterior
diaphragm and left lower pleura into the deep tissues of the back
below the tenth rib disrupting the lower posterior edge of the
lower lobe of the left lung into the left lower back through the
upper edge of the eleventh rib. Gunshot wound g perforates the
thoracic aorta at the seventh thoracic vertebra and enters the
body of the vertebra. Gunshot wound i perforates the abdominal
aorta along the upper edges of the renal arteries. 10 mm.
brass-jacketed bullets are imbedded in the deep tissues of the
back at the ends of these tracks.

## Cardiovascular System
The heart weighs 390 grams and has a thick left ventricle
measuring up to 15 mm., slightly thickened right ventricle
measuring up to 3 mm. There is a gunshot wound entering the
anterior right ventricle 3 cm. below the valve, passing through
the interventricular septum and the anterior leaflet of the
mitral valve, exiting the posterior wall of the left atrium, 1
cm. in diameter. The coronary arteries are patent and free of
sclerosis. The medial leaflet of the tricuspid valve is partly
disrupted. The aorta is perforated at the thoracic level, 2 cm.,
and at the abdominal level, 2.5 cm. with disruptions in the
anterior and posterior walls. The major vessels are collapsed.

Adams, Carlos
October 1, 1994
Page -4-

The veins are intact.

**Respiratory System**
The left lung weighs 290 grams and is collapsed. There are
contusion hemorrhages of the apex and anterior margin of the
upper lobe, medial margin of the lower lobe, and there is a wound
through the posterior edge of the lower lobe, 6 x 4 x 2 cm. The
right lung weighs 370 grams and has two wounds through the apex
of the upper lobe, one wound through the posterior edge of the
lower lobe measuring from 3 to 7 cm. Both lungs have heavy black
pigmentation and blood along the bronchi. There is blood in the
trachea and larynx into the pharynx. There are no injuries of
the hyoid bone or larynx. Gunshot wound d passes downward into
the upper thoracic spine transecting the right vertebral artery
and entering the spinal canal where the bullet is lodged in the
spinal cord, a 10 mm. brass-jacketed bullet with core separate.
Gunshot wound c passes through the right side of the cervical
spine disrupting the transverse processes of the third and fourth
vertebrae. Lodged in the deep tissues of the back of the neck is
a 10 mm. brass-jacketed bullet. These are removed and marked CA
PM d and c and saved.

**Digestive System**
Gunshot wound b passes through the teeth and maxilla, disrupts
the dorsum of the tongue, and enters the left lateral pharynx
where, lodged in the deep tissues by the mastoid process is a
bullet jacket and core separate, 10 mm. in diameter. These are
removed, marked CA PM b and saved. The esophagus is perforated
in its midportion. The stomach is intact and contains pink food
material with pasty consistency. The mucosa is focally
hemorrhagic. There are no ulcers of the stomach or duodenum.
The small intestine contains bile-stained liquid. The appendix
is normal. The colon contains soft brown feces. The liver
weighs 1600 grams and has two stellate wounds, one through the
center of the right lobe exiting posteriorly through the adrenal
gland, one through the lower edge of the right lobe, 6 x 5 cm.
The consistency is normal. Cut surfaces are dark maroon. The
pancreas has a wound through the head along the lower edge of the
duodenum and is hemorrhagic and disrupted.

**Hemopoietic System**
The spleen weighs 110 grams and has a wrinkled capsule and a dull
maroon cut surface. The bone marrow is dark red. Lymph nodes
measure up to 1.5 cm.

**Genitourinary System**
The left kidney weighs 180 grams, the right, 170 grams. Both
kidneys have smooth external surfaces and mottled congested cut
surfaces with cortices measuring up to 6 mm. The urinary tract
is normal in caliber. The bladder contains 75 ml. of clear amber

Adams, Carlos
October 1, 1994
Page -5-

urine.  The prostate gland is normal.  Each adrenal gland has a 1 mm. bright gold cortex.

**Head**
The head is opened through the usual intermastoid incision. Gunshot wound a enters the cranial cavity through the sphenoid bone disrupting the left cavernous sinus and its structures including the lateral edge of the pituitary gland.  Imbedded in the anterior left petrous bone is a 10 mm. brass-jacketed bullet with core separate.  The brain weighs 1490 grams and has hemorrhagic disruption of the inferior aspect of the left temporal lobe 5 x 3 x 1.5 cm. below the middle cerebral artery and lateral to the brain stem and posterior cerebral artery.  On cut surfaces all gray and white matter structures are intact except for the inferior left temporal cortex which is partly disrupted.  No old lesions are present.  The brain stem is entirely intact.  There is no injury at the craniocervical junction or in the cervical spine or spinal cord.

The pituitary gland is disrupted along its left edge.  The thyroid gland is surrounded by hemorrhage but intact.

## PROVISIONAL AUTOPSY DIAGNOSES

1.  Twelve recent gunshot wounds
    a.  one entering the right side of the nose, close range, through the base of the skull into the left temporal lobe of the brain (one bullet removed and saved)
    b.  one entering the right upper lip, close range, through the upper jaw and teeth into the left pharynx and neck (one bullet removed and saved)
    c.  one entering the right upper lateral neck through the spine to the back of the neck (one bullet removed and saved)
    d.  one entering the right lower neck into the spine and spinal cord (one bullet removed and saved)
    e.  one grazing the right shouldertop (no bullet in the wound)
    f.  one entering the right anterior shoulder through the right lung into the back (one bullet removed and saved)
    g.  one entering the left central anterior chest through the heart, esophagus, aorta, spine, and spinal cord (one bullet removed and saved)
    h.  one entering the right upper abdomen through the liver, aorta, spine, and spinal cord into the back (one bullet removed and saved)
    i.  one entering the right central abdomen through the liver, pancreas, and spine into the left lower back (one bullet removed and saved)

Adams, Carlos
October 1, 1994
Page -6-

    j.   one entering the right lateral abdominal wall (one bullet removed and saved)

    k.   one entering the right buttock (one bullet removed and saved)

    l.   one through the right elbow (no bullet in the wound)

Blood, bile, urine, gastric contents, and vitreous fluid are saved for laboratory studies. Hand swabs are saved.

Paul McGarry, M.D.
10-01-94
Transcribed:    10-03-94 ktm

2864

# FORENSIC LABORATORY

### CORONER'S OFFICE
### Parish of Orleans
### 2700 Tulane Avenue
### New Orleans, LA  70119

### December 6, 1994

### REPORT OF THE LABORATORY

TO:  Coroner's Office                     Laboratory No.:  **T586-94**
     Parish of Orleans


Reference Material Received:    **10/3/94**

Examination Requested:          Alcohol, Drugs

Description of Investigation:  Death of **Carlos Adams, CO-946**


**Specimens:**
1.    One sample of blood labeled with the above name.
2.    One sample of urine labeled with the above name.
3.    One sample of vitreous fluid labeled with the above name.

**RESULTS OF LABORATORY EXAMINATION:**
1.    Chemical analysis of specimen #1 was negative for alcohol.  No
      barbiturates or benzodiazepines were detected.
2.    Chemical analysis of specimen #2 revealed the presence of
      morphine and cocaine and its metabolite.
3.    Chemical analysis of specimen #3 revealed the presence of
      cocaine and its metabolite (SIM).


Angela P. Comstock
Chemist

Rubye P. Ory
Toxicologist

Reviewed by:

Frank Minyard, M.D.
Coroner, Parish of Orleans

Monroe S. Samuels, M.D.
Laboratory Director

3-126.94

2865



EXHIBIT B-2

2666





2668





2670















2677







2060





2002





2883
2883