

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT

MAR 28   3 43 PM '96

LORETTA G. WHYTE
CLERK



# DecisionQuest

Trial Consulting

Jury Research

Demonstrative Exhibits



FEE
PROCESS
X CHARGE
INDEX
ORDER
HEARING
DOCUMENT No.

# U.S. v Davis, et al.

## Community Attitude Survey

# Recommendations

# Desirable Juror Types

Engineers, Accountants, MBA types

Blue Collar Skilled

- Craftspeople
- Plumbers
- Electricians

- Older
- Traditional Conservatives
- Law & Order Types

# Candidates for Peremptory Challenges

Highly Educated – "Helping Sciences"
   Psychology
   Sociology
Liberals
Thinkers & Tinkerers
   History/Philosophy

Nurses
Teachers
Younger Idealists

# Overall Findings

Sex

Male
48.0%

Female
52.0%







# Area spent most of life

Other
13.1%

Louisiana
34.7%

New Orleans
52.2%



# Have you ever served on a jury before?



Yes
27.3%

No
72.7%





# Newspaper reading habits



Less once/wk.
7.2%

Never
4.5%

Once/Tw. Wk.
23.0%

Every day
46.8%

Sev. times/wk.
18.5%

# Written a letter to an editor

Yes
17.0%

No
83.0%







Watch CNN on a regular basis

No
52.7%

Yes
47.3%



Watch "Current Affair," etc.

Often 24.0%

Never 39.3%

Occasionally 36.8%

# Watch "Oprah," etc.

Occasionally
23.5%

Often
18.5%

Never
58.0%

# Watch "60 Minutes," etc.



Often
44.3%

Never
13.5%

Occasionally
42.3%

# Watch "America's Most Wanted," etc.

Often
30.0%

Never
29.5%

Occasionally
40.5%

# Read Tabloids

Occasionally
9.8%

Often
2.8%

Never
87.4%



Watched OJ Simpson Trial

Often 23.3%

Never 43.3%

Occasionally 33.5%





