

Political Party

Democrat
42.0%

Republican
28.5%

Other
29.6%

# Political Philosophy



Middle
36.0%

Liberal
15.5%

Conservative
48.5%

Involved in a political campaign?

Yes
26.5%

No
73.5%



Contributed money to a political campaign?

Yes
27.3%

No
72.7%



# Management Experience

Percent Yes

100%
80%
60%
40%
20%
0%

69%

62%

39%

Supervised

Hiring/firing auth.

Fired someone





How much do you like your job?

Very much
71.2%

Somewhat
23.0%

Not at all
5.8%



# Job fully utilizes talents

No
33.8%

Yes
66.2%

# Gun ownership

Yes
39.8%

No
60.2%

Note: 4.31 guns owned on average

# Favorite subject



Percent Yes

| Subject | Percent |
|---------|---------|
| English | 20% |
| History | 23% |
| Math | 26% |
| Science | 15% |
| Physical Ed. | 4% |
| Arts | 4% |
| Home Econ. | 4% |
| Shop | 4% |






## It is better for society to let some people go free than to risk convicting an innocent person.

Percent

- 100%
- 80%
- 60%
- 40%
- 20%
- 0%

- Disagree - 1: 23%
- 2: 10%
- 3: 30%
- 4: 8%
- Agree - 5: 22%
- Don't Know: 8%




# All laws should be strictly enforced no matter what the results.

Percent

100%
80%
60%
40%
20%
0%

11% — Disagree - 1

10% — 2

22% — 3

11% — 4

44% — Agree - 5

3% — Don't know



## Obedience and respect for authority are the most important virtues children should learn.

If the government brings someone to trial, that person is probably guilty.

Percent

100%
80%
60%
40%
20%
0%

Disagree - 1    2    3    4    Agree - 5    Don't know

44%    17%    22%    7%    9%    3%







Witnessed a violent crime

Yes
16.0%

No
84.0%

# Crime a serious problem where you live



Yes
38.8%

No
61.2%

# Afraid of being a victim of a violent crime



Sometimes
32.8%

Often
21.5%

Hardly ever
45.8%





Called police for any reason



Yes
58.0%

No
42.0%



# If called police, satisfied with response

No
25.0%

Yes
75.0%



# Cop/trigger man scenario

More guilty
30.3%

Less guilty
4.3%

Just as guilty
65.4%



Perceptions of NOPD



Perceptions of U.S. Attorney in New Orleans