

Perceptions of the FBI

Percent

100%
80%
60%
40%
20%
0%

Negative - 1    2    3    4    Positive - 5    Don't Know

3%    5%    23%    28%    31%    10%



Perceptions of U.S. Department of Justice



Perceptions of the Federal Government



# Would consider NOPD to be corrupt



Not very - 1
2
3
4
Very - 5
Don't know - 6

Percent
0    10    20    30    40

Yes
61.2%

No
38.8%



# Strongly favor - would always vote to impose

Yes
56.9%

Don't know
7.8%

No
35.3%



Strongly oppose - would
never vote to impose

Yes
64.9%

No
21.6%

Don't know
13.5%



Cruelest method for carrying out death penalty

Electric chair
63.2%

Gas
16.3%

Injection
6.0%

All equal/same
14.5%



Awareness of case

Yes
43.0%

Don't know
4.0%

No
53.0%













# Verdict - after given information about tapes





# Should government use undercover operations

Yes
66.5%

No
22.0%

Don't know
11.5%



# Variables Related To Verdict

## Guilt/Innocence of Policeman







Radio as news source





