















Income — Innocent / Guilty / Don't Know

<80K: 53%, 39%, 8%
80K+: 26%, 35%, 39%

# Variables Related To Death Penalty

Q100--If prosecution proved beyond reasonable doubt, would impose death penalty if asked









