UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| PAUL HARDY | * | |
| LEN DAVIS | | |
| DAMON CAUSEY | * * * | |

## MOTION AND ORDER TO SEAL GOVERNMENT'S WITNESS LIST

NOW INTO COURT comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, who hereby requests that the Government's Witness List in the above-captioned be SEALED.

RESPECTFULLY SUBMITTED,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
CONSTANTINE D. GEORGES
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, 8th Floor
New Orleans, Louisiana 70130
Telephone No: 504-589-3510
Bar Roll No: 6021

2682

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| PAUL HARDY | * | |
| LEN DAVIS | | |
| DAMON CAUSEY | *   *   * | |

ORDER

Considering the foregoing Motion to Seal;

IT IS HEREBY ORDERED that the Government's Witness List in the above-captioned matter be SEALED.

New Orleans, Louisiana this 5 day of April, 1996.

_____
UNITED STATES DISTRICT JUDGE

2683