**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| **LEN DAVIS** | * | |
| **PAUL HARDY** | | |
| **DAMON CAUSEY** | * * * | |

**MOTION AND ORDER FOR EXTENSION OF TIME AND**
**CONTINUANCE OF HEARING DATE**

NOW INTO COURT comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, who moves this Honorable Court for an extension of time to respond to the Rule 29 and other motions described below filed on behalf of the respective defendants listed therein for the following reasons:

I.

On July 8, 1996, the defendant, Paul Hardy, filed a Motion and Incorporated Memorandum Requesting a New Penalty Phase Trial and a Motion and Incorporated Memorandum to Set Aside the Death Penalty Verdict Based on Insufficient Evidence of Defendant's Future Dangerousness or that Defendant Committed Other Violent Acts.

II.

On July 9, 1996, the defendant, Len Davis, filed a Motion for New Trial and Incorporated Memorandum and a Rule 29 Motion for Judgment of Acquittal and Incorporated Memorandum.

JUL 17 1996
DATE OF ENTRY

3610



III.

On July 11, 1996, the defendant, Damon Causey, filed a Motion for Judgment of Acquittal, Motion for New Trial and Incorporated Memorandum.

IV.

Defendants Hardy and Davis have requested that a hearing be held on their motions on August 14, 1996 and Damon Causey has requested a hearing on August 21, 1996.

V.

The defendants have alleged, <u>inter alia</u>, that there was not sufficient evidence to prove the elements of "color of law" and the aggravating factor of future dangerousness. In order to properly respond to these allegations, a careful review of the trial transcripts in this case is desired by undersigned counsel.

VI.

The Government has requested the transcripts of the trial in this matter from the Clerk of Court since the end of the trial on May 1, 1996. We have recently been advised that due to the backlog of 5th Circuit requests, the completed transcripts will not be available until Friday, June 19, 1996.

VII.

Accordingly, the Government requests that it be granted an additional 30 days from the date the transcripts are provided to the Government to respond to the Motions filed by all the defendants and that the hearing for said motions, currently set for August 14, 1996 and August 21, 1996, be continued in an abundance of caution to October 16, 1996.

3611

## VIII.

Undersign counsel has contacted representatives of each defendant who have no objection to this continuance being granted.

RESPECTFULLY SUBMITTED,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

CONSTANTINE D. GEORGES
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, 8th Floor
New Orleans, Louisiana 70130
Telephone No: 504-589-3510
Bar Roll No: 6021

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 16th day of July, 1996.

Assistant U.S. Attorney

3612

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| LEN DAVIS | * | |
| PAUL HARDY | | |
| DAMON CAUSEY | * * * | |

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the motions hearing and sentencings presently set for August 14, 1996 ~~and August 21, 1996~~ in the above-captioned matter be and hereby are rescheduled to October 23, 1996 at 10:30 a.m. ~~/p.m.~~

New Orleans, Louisiana this 16 day of July, 1996.

_____
UNITED STATES DISTRICT JUDGE

3613