

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 CAMP ST., ROOM C-151  
NEW ORLEANS, LA 70130

SEPTEMBER 12, 2000

HENRY JULIEN, JR.
2475 CANAL STREET - SUITE 303
NEW ORLEANS, LA 70119

Re: CR 94-381 "C" - UNITED STATES OF AMERICA V DAMON CAUSEY

Dear Sir:

Rule 79.3 of the Local Rules of the U.S. District Court for the Eastern District of Louisiana provides that all exhibits placed in the custody of the Clerk be removed within thirty (30) days of the final disposition of the case in which they were submitted.

Our records indicate that the following exhibits offered by you in the above numbered and entitled case still remain in our custody, and therefore are hereby being returned.

Please acknowledge receipt of said exhibits by signing the enclosed copy of this letter in the space provided and returning same to this office.

Sincerely,

**DEFENDANT CAUSEY'S EXHIBITS**  
**CAUSEY 2 & 3**  
RECEIVED THE ABOVE EXHIBITS:

LORETTA G. WHYTE, CLERK

BY _____  
DEPUTY CLERK

_____  
Signature

_____  
Name of firm

_____  
Date

# United States District Court

Eastern DISTRICT OF Louisiana

United States of America
v.
Ken Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR94-381 "C"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ginger Berrigan | C. Georges, M. McMahon, N. Thayer | D. Daskey, M. Masinter, R. McGinity, D. Markey, H. Julien |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-8-96 through 5-1-96 | VARIOUS (See minutes) P. McCloskey | Kimberly County |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| G-1 | | 4-15-96 | ✓ | ✓ | Photo of Nathan Norwood |
| G-2 | | " | ✓ | ✓ | Photo of Kim Groves |
| G-3 | | " | ✓ | ✓ | Bullet fragments |
| G-4 | | " | ✓ | ✓ | Autopsy Protocol |
| G-4a | | " | ✓ | ✓ | Forensic Laboratory Report |
| G-5 | | " | ✓ | ✓ | Death Certificate of Kim Marie Groves |
| G-6 | | " | ✓ | ✓ | 9mm Luger Casing |
| JOINT 1 | | " | ✓ | ✓ | Crime Scene Sketches by Ducos |
| JOINT 2 | | " | ✓ | ✓ | Original & suppl. report of Ducos (in globo) |
| G-7 through G-11 | | " | ✓ | ✓ | Photos of Crime Scene |
| G-13 | | 4-16-96 | ✓ | ✓ | Paper bag containing |
| | | " | | | (1) pair of jeans |
| | | " | | | (1) black blouse |
| | | " | | | (1) black T-shirt |
| | | " | | | (2) white socks |
| | | " | | | (1) black slipper |
| | | " | | | (1) bra (all-in-one) |
| | | " | | | (1) cigarette lighter |
| G-14a | | " | ✓ | ✓ | Pair of earrings |
| G-14b | | " | ✓ | ✓ | Medicine bottle containing pills |
| G-14c | | " | ✓ | ✓ | 4 $1.00 bills |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 8 Pages

# United States District Court

District of **Eastern** / **Louisiana**

United States of America
v.
Ken Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR94-381"C"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ginger Berrigan | | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4-9-96 | VARIOUS (See Minutes) | Kimberly Courtney |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| G-14 | | 4-16-96 | ✓ | ✓ | 1 crack pipe |
| G-15 | | " | ✓ | ✓ | NOPD evidence + property cards (4 in globe) |
| G-16 | | " | ✓ | ✓ | Copies of G-15 signed by SA Adams for receipt of property 11/9/94 |
| G-34b | | " | ✓ | ✓ | Photo of industrial canal |
| G-24 | | " | ✓ | ✓ | 38 envelopes of pen register print outs |
| G-25 | | " | ✓ | ✓ | photo copies of G-24 |
| G-28a | | " | | | Copies of customer bill (Thelma Davis) (504) 254-5206 8/94-12/94 (BellSouth) |
| G-28b | | " | | | Copies of customer bill (Terry Hardy Sr.) 8-94-12-94 (504) 246-8272 (BellSouth) |
| G-28c | | " | | | Copies of customer bill (Herbert Williams) 8-94-12-94 (504) 246-8272 (BellSouth) |
| G-27 | | " | ✓ | ✓ | Copies of Paging Contract, etc. (Paul Hardy) 12/31/91 584-8002 (Radiofone) |
| G-30a thru 30h | | " | ✓ | ✓ | Tapes made from reel to reel (NOPD dispatch) (8 tapes) |
| G-29a | | " | ✓ | ✓ | Tape made from reel to reel (NOPD dispatch) from 10/11 |
| G-31 | | " | ✓ | ✓ | Plea Agreement Letter (Jackson 95-4"A") |
| G-32a | | " | ✓ | ✓ | Photo of Steve Jackson's Car |

Page 3 of 8 Pages

# United States District Court

__Eastern__ DISTRICT OF __Louisiana__

United States of America
Len Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 94-381 "C"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| | | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| G32b | | 4-16-96 | ✓ | ✓ | Photo of Steve Jackson's Car |
| G33 | | " | substituted | | Map of route Paul Hardy took to and from the murder according to Steve Jackson (Govt Substituted 33a for 33) |
| G34a | | " | ✓ | ✓ | Photo of street where Jackson parked car near crime scene |
| G35 | | " | ✓ | ✓ | Photo of bridge over industrial canal |
| G35a | | " | ✓ | ✓ | Photo of bridge (different view than 35) |
| | HARDY 1 | " | ✓ | ✓ | Letter from Jackson to "Shorty" |
| | HARDY 2 | " | ✓ | ✓ | Criminal Complt agst Jackson 94-292 |
| | HARDY 3 | " | ✓ | ✓ | Indictment agst Jackson 95-4"A"5 |
| G-A | | " | ✓ | ✓ | Notes of SA Reese from 4/15/96 |
| G-20a | | " | ✓ | ✓ | Gun barrel retrieved from industrial canal |
| G-34 | | 4/17/96 | ✓ | ✓ | Photo of the intersection of N. Villere and Alabo Streets |
| G-46 | | " | ✓ | ✓ | Police Report of Homicide of Kim Groves |
| | HARDY 4 | " | ✓ | ✓ | Complaint History item #J21871-94 re homicide of Kim Groves |
| G37g | | " | ✓ | ✓ | Box of 44 magnum ammunition |
| G37e | | " | ✓ | ✓ | Rec. from Midas to Paul Hardy |

Page 4 of 8

# United States District Court

**Eastern** DISTRICT OF **Louisiana**

United States of America
Len Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 94-381 "C"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
|  |  |  |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
|  |  |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| G-37d |  | 4-17-96 | ✓ | ✓ | Receipt from Firestone to Paul Hardy |
| G-37c |  | " | ✓ | ✓ | Copy of receipt from Chalmette Jewelry to Paul Hardy for Glock semi-auto pistol |
| G-37b |  | " | ✓ | ✓ | Receipt from Chalmette Jewelry to Paul Hardy for semi-auto rifle |
| G-23a |  | " | ✓ | ✓ | Crack Cocaine (Photo substituted) |
| G-38b |  | " | ✓ | ✓ | Receipt from Jordan to Hardy of Charter Arms 44 special |
| G-40g |  | " | ✓ | ✓ | Bill from "The Structure Co." to Paul Hardy |
| G-40h |  | " | ✓ | ✓ | Copy of receipt from Chalmette Jewelry to Paul Hardy for Beretta 92FS |
| G-40i |  | " | ✓ | ✓ | Receipt from Chalmette Jewelry to Paul Hardy for Beretta 92FS |
| G-40j |  | " | ✓ | ✓ | Bill of sale from Hardy to Lula Wms of 1984 cutlass |
| G-40m |  | " | ✓ | ✓ | Receipt from Chalmette Jewelry to Paul Hardy for Semi-auto rifle |
| G-40n |  | " | ✓ | ✓ | Copy of G-40m |
| G-40q |  | " | ✓ | ✓ | Rec. from Chalmette Jewelry to Paul Hardy for Semi-auto rifle |
| G-40r |  | " | ✓ | ✓ | Rec. from Chalmette Jewelry to Hardy for Colt Semi-auto pistol |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of 8 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_Eastern_ DISTRICT OF _Louisiana_

United States of America
Len Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 94-381 "C"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
|  |  |  |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
|  |  |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| G-40s |  | 4-17-96 | ✓ | ✓ | Copy of G-40r |
| G-40t |  | " | ✓ | ✓ | Copy of NOPD call sign list |
| G-40u |  | " | ✓ | ✓ | Photo Album sheet containing picture of Len Davis |
| G-42 |  | 4-18-96 | ✓ | ✓ | Photo taken in residence of Causey of dresser gun was removed from |
| G-18 |  | 4-18-96 | ✓ | ✓ | Gun magazine |
| G-19 |  | " | ✓ | ✓ | Bullets |
| G-43a |  | " | ✓ | ✓ | Photo of gun, magazine + bullets |
| G-43b |  | " | ✓ | ✓ | Rec. from Chalmette Jewelry to Hardy for Beretta 92FS |
| G-43c |  | " | ✓ | ✓ | Rec from Elliot's Small Arms to Causey for gun + ammunition |
| G-43d |  | " | ✓ | ✓ | Rec. from FBI to Willy Mae Thomas for Beretta 9mm gun, etc. |
| G-55 |  | " | ✓ | ✓ | Photo of barrel showing "PT" |
| G-40l |  | " | ✓ | ✓ | Business card |
| G-17 |  | " | ✓ | ✓ | Gun (Beretta) (photo substituted) |
| G-21 |  | " | ✓ | ✓ | Gun (Beretta), magazine, etc. (in a case) (photo substituted) |

# United States District Court

**Eastern** DISTRICT OF **Louisiana**

United States of America
Len Davis, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 94-381"C"

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| G-44a | | 4-18-96 | ✓ | ✓ | Firearms transaction record from Chalmette Jewelry to Paul Hardy |
| G-44b | | " | ✓ | ✓ | Federal Firearms Record from Chalmette Jewelry |
| G-37 | | " | ✓ | ✓ | Plea Agreement Letter of Larry Smith |
| G-40e | | " | ✓ | ✓ | Photo of scale and sandwich bags |
| G-40f | | " | ✓ | ✓ | Cobra police scanner |
| G-60 | | " | ✓ | ✓ | Birth Certificate of Paul Hardy |
| G-50 | | " | ✓ | ✓ | Photo breach face markings of bullet casings |
| G-51 | | " | ✓ | ✓ | Photo of breach face markings of bullet casings (different view of G-50) |
| G-33a | | 4-19-96 | ✓ | ✓ | Same as G-33 - smaller version of map |
| | DAVIS 2 | " | ✓ | ✓ | Mtn to Suppress Confession - USA v Jackson 95-4"A" |
| | DAVIS 3 | " | ✓ | ✓ | Mtn to cont. Sentence - USA v Jackson 95-4"A" (5/26/95) |
| | DAVIS 4 | " | ✓ | ✓ | Mtn to cont. Sentence - USA v Jackson 95-4"A" (2/13/96) |
| | D-1 D-3 thru D-6 | " | ✓ | ✓ | Photos (5) of bullet casing, etc. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 6 of 8 Pages

# United States District Court

Eastern DISTRICT OF Louisiana

United States of America
Ren Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 94-381 "C"

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | HARDY 5 | 4/19/96 | ✓ | ✓ | NOPD evidence property card |
| | HARDY 6 | 4/20/96 | ✓ | ✓ | Videotape (Ward driving from apt on Barrington to Florida project) |
| | HARDY 7 | " | ✓ | ✓ | Map of Eastern New Orleans |
| | CAUSEY 2 | 4/22/96 | ✓ | ✓ | Louisiana ID of Damon Causey |
| | CAUSEY 3 | " | ✓ | ✓ | Photo of Glock pistol |
| | | | | | **Penalty Phase** |
| | DAVIS 6 | 4/26/96 | ✓ | ✓ | Letter 8/25/89 to Davis from NOPD awarding Medal of Commendation |
| | DAVIS 7 | " | ✓ | ✓ | Letter 12/14/90 to Davis from NOPD awarding medal of Commendation |
| | DAVIS 8 | " | ✓ | ✓ | Letter 12/13/91 to Davis from NOPD awarding The Purple Heart |
| | DAVIS 9 | " | ✓ | ✓ | Letter 1/31/92 to Davis from NOPD awarding letter of Commendation |
| | DAVIS 10 | " | ✓ | ✓ | Letter of Commendation to Davis from NOPD 2/18/92 |
| | DAVIS 11 | " | ✓ | ✓ | Letter 2/20/92 to Davis from NOPD awarding medal of Commendation |
| | DAVIS 12 | " | ✓ | ✓ | Unit Citation for achievement 9/29/92 (NOPD) to 5th Police District from NOPD |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8

# United States District Court

Eastern DISTRICT OF Louisiana

United States of America
v.
Len Davis, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 94-381 "C"

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
|  |  |  |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  |  |  |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | DAVIS 13 | 4-26-96 | ✓ | ✓ | Letter 2/2/93 to Davis, et. from NOPD awarding a medal of merit |
|  | DAVIS 14 | " | ✓ | ✓ | Letter 2-30-93 to Davis from NOPD awarding a medal of merit |
|  | DAVIS 15 | " | ✓ | ✓ | Letter to Davis from NOPD 4/15/92 Re: I.A.D. Case #91-660C |
|  | DAVIS 16 | " | ✓ | ✓ | Warrant of arrest for Davis 1/23/92 |
|  | DAVIS 17 | " | ✓ | ✓ | Disposition on IAD case agst. Davis 1/4/93 |
| COURT 1 |  | " | ✓ | ✓ | Sealed tape of mental status exam of Davis & Hardy by Dr Davis on 4/26/96 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of 8 Pages

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

United States of America           CRIMINAL ACTION

VERSUS                             NO. 94-381

Len Davis, et al                   SECTION "C"

ORDER
APPOINTING CUSTODIAN OF EXHIBITS

IT IS ORDERED, that the exhibits listed ~~on the attached schedule~~ below be released to the care, custody and control of KATHLEEN ADAMS, SA, FBI who is hereby designated
(print name)
as custodian of said exhibits.

The custodian shall immediately return the exhibits to the Clerk of Court upon his request.

New Orleans, Louisiana, this 17th day of April, 19 96.

_____
UNITED STATES DISTRICT JUDGE

_Kathleen A. Adams SA FBI NOLA 4/17/96_
Custodian

1250 Poydras Suite 2200
Address

New Orleans, LA

Gov't Exhibit: 23 a Crack Cocaine

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

United States of America        CRIMINAL ACTION

VERSUS                          NO. 94-381

Len Davis, et al                SECTION "C"

ORDER
APPOINTING CUSTODIAN OF EXHIBITS

IT IS ORDERED, that the exhibits listed ~~on the attached schedule~~ below be released to the care, custody and control of __Kathleen Adams, SA, FBI__ who is hereby designated
(print name)
as custodian of said exhibits.

The custodian shall immediately return the exhibits to the Clerk of Court upon his request.

New Orleans, Louisiana, this 19th day of April, 1996.

_____
UNITED STATES DISTRICT JUDGE

__Kathleen Adams SA FBI 4/19/96__
Custodian

__1250 Poydras Suite 2200__
Address

__NO LA__

— FEE
— PROCESS
X CHARGE
— INDEX
— ORDER
— HEARING
DOCUMENT No.

Gov't exhibits: G-17 - Gun (Beretta)
G-21 - Gun (Beretta), magazine, etc. (in a case)

DATE OF ENTRY APR 22 1996