AO 187(Rev. 4/82)   EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES OF AMERICA** | | **VS.** | **LEN DAVIS** | | **DISTRICT COURT** Eastern District of Louisiana |
| **PLAINTIFF'S ATTORNEY** MICHAEL MCMAHON & GAYNELL WILLIAMS 501 MAGAZINE STREET - HALE BOGGS BUILDING NEW ORLEANS, LA 70130 | | | **DEFENDANT'S ATTORNEY** JULIAN MURRAY & CAROL KOLINCHAK ONE GALLERIA BLVD. - SUITE 1100 METAIRIE, LA 70001 | | **DOCKET NUMBER** CR 94-381 "C" **TRIAL DATE(S)** 05/16/01 |
| **PRESIDING JUDGE** HELEN G. BERRIGAN | | | **COURT REPORTER** DAVID ZAREK | | **COURTROOM DEPUTY** KIMBERLY A. COUNTY |

| GOV. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| G-1 | | 5/16/01 | XXX | XXX | TRANSCRIPT OF TESTIMONY OF SAMMIE WILLIAMS AT TRIAL IN USA V DAVIS BEFORE JUDGE FELDMAN ON 9/10/96 |
| G-2 | | 5/16/01 | XXX | XXX | TRANSCRIPT OF TESTIMONY OF SAMMIE WILLIAMS AT TRIAL IN USA V DUNCAN, ETAL BEFORE JUDGE LIVAUDAIS ON 4/30/98 |
| G-3 | | 5/16/01 | XXX | XXX | TRANSCRIPT OF REARRAIGNMENT OF SAMMIE WILLIAMS HELD 4/26/95 BEFORE JUDGE FELDMAN |
| G-4 | | 5/16/01 | XXX | XXX | MOTION FOR SENTENCE DEPARTURE PURSUANT TO 18 USC 3553(e) AND 5K1.1 OF THE SENTENCING GUIDELINES |
| G-5 | | 5/16/01 | XXX | XXX | TRANSCRIPT OF TESTIMONY OF SAMMIE WILLIAMS AT TRIAL IN USA V DUNCAN, ET AL ON 5/1/98 |
| G-6 | | 5/16/01 | XXX | XXX | TRANSCRIPT OF TESTIMONY OF SAMMIE WILLIAMS AT TRIAL IN USA V DAVIS BEFORE JUDGE BERRIGAN ON 4/17/96 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages