UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **DOCKET NO: 94-381** |
| v. | * | SECTION: "C" (4) |
| **PAUL HARDY, aka "Cool"** <br> **aka "P"** | * | |
| | * * * | |

**THIRD NOTICE OF NON-STATUTORY AGGRAVATING FACTORS
UPON WHICH THE GOVERNMENT WILL RELY IN SUPPORT OF
THE DEATH PENALTY AT THE SECOND SENTENCING PROCEEDING**

**NOW INTO COURT** comes the United States, appearing by and through the undersigned government attorney, and, pursuant to Title 18, United States Code, Sections 3592 and 3593(a)(1) and (2), incorporating those sections as if set forth fully herein, notifies the Court and the defendant, Paul Hardy, in light of his convictions in the above-captioned matter, that the government will seek the sentence of death, relying on the following non-statutory aggravating factors listed below:

    1.    Paul Hardy, along with others, committed or participated in additional violent acts, as evidenced by the following acts, <u>among others</u>:

    a.    On or about April 22, 1994, at approximately 2:10 a.m., in front of 1416 S. Johnson Street, New Orleans, Louisiana, Paul Hardy had Corey Richardson murdered in order to keep him quiet after Corey Richardson, pursuant to Paul Hardy's orders, had previously murdered one

Don Bright.  The victim, Mr. Richardson, was shot twice in the head and once through the neck;

      b.    On or about July 29, 1989, at 2:45 a.m., in the 2600 block of Congress Street, New Orleans, Louisiana, Paul Hardy directly participated, along with others, in a shooting spree which resulted in the death of one Michael Handy, the wounding of several other people, and the permanent paralysis of William Gettridge.  Paul Hardy, along with others, also followed one of the shooting victims to the emergency room of a New Orleans hospital and shot at the victim as he was being wheeled inside for treatment;

      2.    Paul Hardy constitutes a continuing threat of future dangerousness to the lives and/or safety of other persons, based upon the probability that Paul Hardy will commit other criminal acts of violence that would constitute a continuing threat to society, as evidenced by one or more of the following, <u>among others</u>:

      a.    On or about September 30, 1994, at approximately 7:45 p.m., at 2515 Alvar Street, New Orleans, Louisiana, Paul Hardy participated in the murder of Carlos Adams, aka "IU," aka "Ayuh," who died of multiple gunshot wounds;

      b.    On or about October 12, 1994, at approximately 12:08 a.m., in the 2500 block of Mazant Street, New Orleans, Louisiana, Shawn King and Troy Watts were murdered by multiple gunshot wounds from a .223 assault weapon and 9mm pistol by an individual known to Paul Hardy and who used Paul Hardy's 9mm pistol to commit the double murder;

      c.    On or about October 14 and 17, 1994, Paul Hardy indicated to Len Davis that he would, at Davis's wish, kill the "twins," who had previously reported Len Davis to the New Orleans Police Department's Internal Affairs Division;

      d.    Paul Hardy displayed a complete and utter lack of remorse for his murder of Kim Marie Groves, evidenced by his conversations with Len Davis in telephone calls intercepted on

October 13 and 14, 1994, during which Davis and Hardy discussed the murder of Ms. Groves.

3.   Victim impact, evidenced by the fact that the murder of Kim Marie Groves has created harmful emotional distress upon her children and other members of her family.

        Respectfully Submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY


        /s/ Michael E. McMahon
        Michael E. McMahon
        Hale Boggs Federal Building
        500 Poydras Street, Second Floor
        New Orleans, Louisiana  70130
        Telephone: (504) 680-3027


CERTIFICATE OF SERVICE

I hereby certify that on **January 18, 2008**, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all defense counsels of record.

        /s/Michael E. McMahon
        MICHAEL E. MCMAHON
        Assistant United States Attorney