AO 187(Rev. 4/82)     EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA | VS. | PAUL HARDY | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|---|
| GOVERNMENT'S ATTORNEY<br>Michael McMahon/Mark Miller<br>Hale Boggs Federal Building<br>500 Poydras Street<br>New Orleans, LA 70130 | | DEFENDANT'S ATTORNEY<br>Herbert Larson/Marilyn Michele Fournet<br>650 Poydras St.<br>Suite 2105<br>New Orleans, LA 70130 | DOCKET NUMBER<br>cr94-381 "C"<br><br>TRIAL DATE(S)<br>09/14/2009 through 9/23/2009 |
| PRESIDING JUDGE<br>Helen G. Berrigan | | COURT REPORTER<br>Karen Ibos | COURTROOM DEPUTY<br>Kimberly A. County |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/14/2009 | XXX | XXX | Expert Report of Dr. Jill Hayes with attachments and documentation (including cds) - pages 7 through 18 of Dr. Hayes report lists the page numbers and/or location of the attachments |
| | 1 | 9/14/2009 | XXX | XXX | Report of Dr. Vickie Swanson of 01/17/09 with attached curriculum vitae |
| | 2 | 9/14/2009 | XXX | XXX | Letter of Dr. Vickie Swanson of 08/03/09 |
| | 3 | 9/14/2009 | XXX | XXX | Testing by Dr. Vickie Swanson |
| | 4 | 9/14/2009 | XXX | XXX | Testing by Dr. Jill Hayes |
| | 5 | 9/14/2009 | XXX | XXX | Five Assumptions Essential to Application of Definition of Mental Retardation |
| | 6 | 9/14/2009 | XXX | XXX | Eleven Assumptions About Adaptive Behavior Relevant to a Diagnosis of Mental Retardation |
| | 7 | 9/14/2009 | XXX | XXX | Eight Guidelines for Retrospective Diagnosis |
| | 8 | 9/14/2009 | XXX | XXX | Transcript of interview of Toni Van Buren by Dr. Jill Hayes |
| | 9 | 9/14/2009 | XXX | XXX | Transcript of interview of Gregg Williams by Dr. Jill Hayes |
| | 10 | 9/14/2009 | XXX | XXX | Transcript of interview of Theresa Minor by Dr. Jill Hayes |
| | 11 | 9/14/2009 | XXX | XXX | Transcript of interview of Vance Caesar by Dr. Jill Hayes |
| | 12 | 9/14/2009 | XXX | XXX | Transcript of interview of Paul Hardy by Dr. Jill Hayes |
| | 13 | 9/14/2009 | XXX | XXX | CDs (2) of interview of Toni Van Buren by Dr. Jill Hayes |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Cr94-381 *Atkins* Hearing - Page 1 of __4__ Pages

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 14 | 9/14/2009 | XXX | XXX | CD of interview of Gregg Williams by Dr. Jill Hayes |
| | 15 | 9/14/2009 | XXX | XXX | CD of interview of Theresa Minor by Dr. Jill Hayes |
| | 16 | 9/14/2009 | XXX | XXX | CD of interview of Vance Caesar by Dr. Jill Hayes |
| | 17 | 9/14/2009 | XXX | XXX | CDs (5) of interview of Paul Hardy by Dr. Jill Hayes |
| | 18 | 9/14/2009 | XXX | XXX | 2 Volumes of Separately Indexed Binder (2 of 3 and 3 of 3) - Re: Medical Expert File on Paul Hardy |
| | 19 | 9/14/2009 | XXX | XXX | Report of Mark D. Cunningham, Ph.D. 02-09-09 |
| | 20 | 9/14/2009 | XXX | XXX | Curriculum Vitae of Mark D. Cunningham, Ph.D., ABPP |
| | 21 | 9/14/2009 | XXX | XXX | Article re: Three Standard Errors of Measurement and the Wechsler Memory Scale - Revised |
| | 22 | 9/14/2009 | XXX | XXX | Article re: A Clinical Evaluation of the Neurobehavioral Cognitive Status examination in a General Psychiatric Inpatient Population |
| | 23 | 9/14/2009 | XXX | XXX | Halstead-Reitan Neuropsychological Test Battery definition, etc. |
| | 24 | 9/14/2009 | XXX | XXX | The Wechsler Memory Scale - Revised: Psychometric Characteristics and Clinical Application |
| | 25 | 9/14/2009 | XXX | XXX | The Flynn Effect and U.S. Policies - The Impact of Rising IQ Scores on American Society Via Mental Retardation Diagnoses |
| | 26 | 9/14/2009 | XXX | XXX | Use of the Minnesota Multiphasic Personality Inventory (MMPI) to Identify Malingering Mental Retardation |
| | 27 | 9/14/2009 | XXX | XXX | *Atkins v. Virginia*: Implications and Recommendations for Forensic Practice |
| | 28 | 9/14/2009 | XXX | XXX | A Meta-Analysis of Malingering on the MMPI-2 |
| | 29 | 9/14/2009 | XXX | XXX | Manual for Administration and Scoring re: MMPI-2 Minnesota Multiphasic Personality Inventory-2 |
| | 30 | 9/14/2009 | XXX | XXX | Manual re: WAIS-R Wechsler Adult Intelligence Scale-Revised |
| | 31 | 9/14/2009 | XXX | XXX | Millon Clinical Multiaxial Inventory-II MCMI-II |
| | 32 | 9/15/2009 | XXX | XXX | Demonstrative aid used by Dr. Mark Cunningham during testimony |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 9/16/2009 | XXX | XXX | Demonstrative aid re: Dr. Mark Cunningham's testimony |
| Deft Proffer No. 1 | | 9/21/2009 | XXX | XXX | Certified copy of: *In the Matter of Texas State Board of Examiners of Psychologists v George C. Denkowski, Ph.D.* (Docket No. 52009-2882) - Request to Docket Case and Complaint (filed February 27, 2009) |
| | 33 thru 35 | 9/21/2009 | XXX | XXX | Govt exhibits that counsel for defendant has renumbered (3 binders) |
| | 36 | 9/23/2009 | XXX | XXX | Tube of Tolnaftate cream |
| | 37 | 9/23/2009 | XXX | XXX | Packet of Triple Antibiotic Ointment |
| | 38 | 9/23/2009 | XXX | XXX | Order form request |
| | 39 | 9/23/2009 | XXX | XXX | List of items available for inmate purchase |
| 3 | | 9/23/2009 | XXX | XXX | Correctional Officers demonstrative exhibit re: Lt. Shannon DesRoche |
| 4 | | 9/23/2009 | XXX | XXX | 1st Demonstrative exhibit re: Dr. Hayes direct examination |
| 5 | | 9/23/2009 | XXX | XXX | 2nd Demonstrative exhibit re: Dr. Hayes direct examination |
| 6 | | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Cunningham cross examination on rebuttal |
| | 40 | 9/23/2009 | XXX | XXX | Article written by Dr. Jill Hayes re: Malingering Detection in a Mentally Retarded Forensic Population |
| | 41 | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Cunningham direct examination on rebuttal |
| | 42 | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Swanson direct examination |
| Deft Proffer No. 2 | | 9/23/2009 | XXX | XXX | Vita for Stephen Greenspan |
| Deft Proffer No. 3 | | 9/23/2009 | XXX | XXX | Article by James R. Flynn - Why WAIS-R IQs should be adjusted in capital cases (not peer reviewed) |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| **STUDIES, ARTICLES, ETC. (REFERENCED BY EXPERT WITNESSES)** | | | | | |
| S-1 | | 9/23/2009 | XXX | XXX | Age differences within secular IQ trends: An individual growth modeling approach (Kanaya, et al) |
| S-2 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Misconceptions About Criminal Defendants With A Mental Retardation Claim: A Response To Widaman And Siperstein (Denkowski, et al) |
| S-3 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Assessment Of Criminal Defendants With A Mental Retardation Claim (Denkowski, et al) |
| S-4 | | 9/23/2009 | XXX | XXX | Handbook Assessment in Persons with Intellectual Disability (Matson) |
| S-5 | | 9/23/2009 | XXX | XXX | SEALED - Vineland -II Vineland Adaptive Behavior Scales |
| S-6 | | 9/23/2009 | XXX | XXX | SEALED - Vineland-II Vineland Adaptive Behavior Scales Record Booklet |
| S-7 | | 9/23/2009 | XXX | XXX | Resolving Differences Among Methods of Establishing Confidence Limits for Test Scores (Glutting, et al) |
| S-8 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Assessment System-II: Clinical Use and Interpretation (Oakland, et al) |
| S-9 | | 9/23/2009 | XXX | XXX | Table 1-1 American Association on Mental Retardation's Ten Adaptive Skills And Three Adaptive Behavior Domains |
| S-10 | | 9/23/2009 | XXX | XXX | Adaptive Behavior, Mental Retardation, and the Death Penalty (Stevens, et al) |
| S-11 | | 9/23/2009 | XXX | XXX | Introduction to the Special Issue on Assessment of Mental Retardation in Death Cases (Greenspan) |
| S-12 | | 9/23/2009 | XXX | XXX | ABAS-II - Clinical Use and Interpretation (Oakland, et al) |