*INDEX TO DEFENDANT EXHIBITS 33, 34 & 35*

| | **Jill Hayes' Supplemental Documents Used Index** |
|---|---|

| | Bates No. | JH Rpt Ref | Description |
|---|---|---|---|
| A | JH000001 | | Title Page-Notes US V. Hardy |
| B | JH000002-6 | 1 | JH Terry Hardy Interview Notes 02-17-09 |
| C | JH000007-10 | 2 | JH Deroche-Laylle Interview Notes 03-05-09 |
| D | JH000011-13 | 3 | JH Paul Hardy Interview Notes 03-12-09 |
| E | JH000014-15 | 11 | JH  Faith Price Interview Notes 04-06-09 |
| F | JH000016-18 | 14 | JH Javetta Cooper Interview Notes 05-01-09 |
| G | JH000019 | 15 | JH Sammie Williams Interview Notes 06-03-09 |
| H | JH000020-21 | 18 | JH Meredith Burt Interview Notes 06-17-09 |
| I | JH000022-24 | 14 | JH Handwritten Notes--Javetta Coope |
| J | JH000025-27 | 11 | JH Handwritten Notes--Faith Price |
| K | JH000028-36 | 9 | JH Handwritten Notes--Paul Hardy |
| L | JH000037-38 | 5 | JH Handwritten Notes--Toni Van Buren |
| M | JH000039-40 | 7 | JH Handwritten Notes--Vance Ceaser |
| N | JH000041 | 8 | JH Handwritten Notes--Theresa Minor |
| O | JH000042-49 | 2 | JH Handwritten Notes—Hardy |
| P | JH000050 | 1 | JH Handwritten Notes--Terry Hardy |
| Q | JH000051 | | Hardy-Stability Coefficients of WAIS-R Test |
| R | JH000052 | | Hardy-Calculation of GPA |
| S | JH000053 | | Hardy-Barona Regression Equation |
| T | JH000054-55 | | Hardy-Inmate Education Data Transcript |
| U | JH000056-75 | 60 | Toni Van Buren-Criminal History Record |
| V | JH000076-95 | 61 | Gregory Williams-Criminal History Record |
| W | JH000096-103 | | Call Details-01/01/08-03/20/09 |
| X | JH000104-196 | 26 | 1999 US Court of Appeal Decision |
| Y | JH000197-203 | 27 | 2002 US Court of Appeal Decision |
| Z | JH000204-224 | 28 | 2004 US Court of Appeal Decision |
| AA | JH000225-230 | | 03/28/03 – Appeal from US District Court |
| BB | JH000231-250 | 37 | Criminal History Report |
| CC | JH000251-285 | 40 | Dr. Cunningham Psychological Testing |
| DD | JH000286-351 | 39 | Dr. Kevin Bianchini Psychological Testing |
| EE | JH000352-442 | 43 | Dr. Tetlow Psychological Testing |
| FF | JH000443-453 | 41 | Dr. Daniel A. Martell, PHD Report |
| GG | JH000454-481 | 29, 30 | Orleans Parish School Board |
| HH | JH000482-517 | 33 | St. Bernard Parish Jail Inmate Medical Req Form |
| II | JH000518-541 | 33 | St. Bernard Parish Jail Corrections Correspondence |
| JJ | JH000542-618 | 34 | Tangipahoa Parish Jail |
| KK | JH000619-774 | 36 | FBI Records (many docs, see attached source index) |

| LL | JH000775-776 | 53 | Dawn DeDeaux Website information |
|---|---|---|---|
| MM | JH000777-793 | 33 | Commissary Requests |
| NN | JH000794-820 | 42 | Swanson Report |
| OO | JH000821-864 | 42 | Swanson Psychological Testing |
| PP | JH000865-893 | 42 | Adaptive Functioning Measures |
| QQ | JH000894-949 | 36 g i | Transcript of Conversations C1-C25 |
| RR | JH000950-1007 | 36 g ii | Transcript of Conversations X1-X16 |
| SS | JH001008-1059 | 24, 25 | Closing Statements 05/01/96 |
| TT | JH001060-1079 | 40 | Mark Cunningham, PHD Report & CV |
| UU | JH001080-1231 | 22 | Penalty Phase Testimony 04/29/96 *Arceneaux, Cooper, Franklin, L Hardy, M Hardy, T Hardy, Mitchell, Van Buren* |
| VV | JH001232-1336 | 23 | Penalty Phase Testimony 04/29-96 *Stewart, Robinson, Tetlow, Bianchini Testimony* |
| WW | JH001337-1467 | 21 | Penalty Phase Testmimony 04/29/96 *Steve Jackson Testimony* |
| XX | JH001468-1610 | 23 | Penalty Phase Testimony 04/29/96 *Dr. Cunningham Testimony* |

YY                    25      NOTE FROM ORLEANS PARISH PRISON