AO 187(Rev. 4/82)                    EXHIBIT AND WITNESS LIST

| UNITED STATES OF AMERICA | VS. | PAUL HARDY | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|

| GOVERNMENT'S ATTORNEY Michael McMahon/Mark Miller Hale Boggs Federal Building 500 Poydras Street New Orleans, LA 70130 | DEFENDANT'S ATTORNEY Herbert Larson/Marilyn Michele Fournet 650 Poydras St. Suite 2105 New Orleans , LA 70130 | DOCKET NUMBER cr94-381 "C" |
|---|---|---|
| | | TRIAL DATE(S) 09/14/2009 through 9/23/2009 |

| PRESIDING JUDGE Helen G. Berrigan | COURT REPORTER Karen Ibos | COURTROOM DEPUTY Kimberly A. County |
|---|---|---|

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/14/2009 | XXX | XXX | Expert Report of Dr. Jill Hayes with attachments and documentation (including cds) - pages 7 through 18 of Dr. Hayes report lists the page numbers and/or location of the attachments |
| | 1 | 9/14/2009 | XXX | XXX | Report of Dr. Vickie Swanson of 01/17/09 with attached curriculum vitae |
| | 2 | 9/14/2009 | XXX | XXX | Letter of Dr. Vickie Swanson of 08/03/09 |
| | 3 | 9/14/2009 | XXX | XXX | Testing by Dr. Vickie Swanson |
| | 4 | 9/14/2009 | XXX | XXX | Testing by Dr. Jill Hayes |
| | 5 | 9/14/2009 | XXX | XXX | Five Assumptions Essential to Application of Definition of Mental Retardation |
| | 6 | 9/14/2009 | XXX | XXX | Eleven Assumptions About Adaptive Behavior Relevant to a Diagnosis of Mental Retardation |
| | 7 | 9/14/2009 | XXX | XXX | Eight Guidelines for Retrospective Diagnosis |
| | 8 | 9/14/2009 | XXX | XXX | Transcript of interview of Toni Van Buren by Dr. Jill Hayes |
| | 9 | 9/14/2009 | XXX | XXX | Transcript of interview of Gregg Williams by Dr. Jill Hayes |
| | 10 | 9/14/2009 | XXX | XXX | Transcript of interview of Theresa Minor by Dr. Jill Hayes |
| | 11 | 9/14/2009 | XXX | XXX | Transcript of interview of Vance Caesar by Dr. Jill Hayes |
| | 12 | 9/14/2009 | XXX | XXX | Transcript of interview of Paul Hardy by Dr. Jill Hayes |
| | 13 | 9/14/2009 | XXX | XXX | CDs (2) of interview of Toni Van Buren by Dr. Jill Hayes |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---------|----------|--------------|--------|----------|----------------------------------------|
|  | 14 | 9/14/2009 | XXX | XXX | CD of interview of Gregg Williams by Dr. Jill Hayes |
|  | 15 | 9/14/2009 | XXX | XXX | CD of interview of Theresa Minor by Dr. Jill Hayes |
|  | 16 | 9/14/2009 | XXX | XXX | CD of interview of Vance Caesar by Dr. Jill Hayes |
|  | 17 | 9/14/2009 | XXX | XXX | CDs (5) of interview of Paul Hardy by Dr. Jill Hayes |
|  | 18 | 9/14/2009 | XXX | XXX | 2 Volumes of Separately Indexed Binder (2 of 3 and 3 of 3) - Re: Medical Expert File on Paul Hardy |
|  | 19 | 9/14/2009 | XXX | XXX | Report of Mark D. Cunningham, Ph.D. 02-09-09 |
|  | 20 | 9/14/2009 | XXX | XXX | Curriculum Vitae of Mark D. Cunningham, Ph.D., ABPP |
|  | 21 | 9/14/2009 | XXX | XXX | Article re: Three Standard Errors of Measurement and the Wechsler Memory Scale - Revised |
|  | 22 | 9/14/2009 | XXX | XXX | Article re: A Clinical Evaluation of the Neurobehavioral Cognitive Status examination in a General Psychiatric Inpatient Population |
|  | 23 | 9/14/2009 | XXX | XXX | Halstead-Reitan Neuropsychological Test Battery definition, etc. |
|  | 24 | 9/14/2009 | XXX | XXX | The Wechsler Memory Scale - Revised: Psychometric Characteristics and Clinical Application |
|  | 25 | 9/14/2009 | XXX | XXX | The Flynn Effect and U.S. Policies - The Impact of Rising IQ Scores on American Society Via Mental Retardation Diagnoses |
|  | 26 | 9/14/2009 | XXX | XXX | Use of the Minnesota Multiphasic Personality Inventory (MMPI) to Identify Malingering Mental Retardation |
|  | 27 | 9/14/2009 | XXX | XXX | *Atkins v. Virginia*: Implications and Recommendations for Forensic Practice |
|  | 28 | 9/14/2009 | XXX | XXX | A Meta-Analysis of Malingering on the MMPI-2 |
|  | 29 | 9/14/2009 | XXX | XXX | Manual for Administration and Scoring re: MMPI-2 Minnesota Multiphasic Personality Inventory-2 |
|  | 30 | 9/14/2009 | XXX | XXX | Manual re: WAIS-R Wechsler Adult Intelligence Scale-Revised |
|  | 31 | 9/14/2009 | XXX | XXX | Millon Clinical Multiaxial Inventory-II MCMI-II |
|  | 32 | 9/15/2009 | XXX | XXX | Demonstrative aid used by Dr. Mark Cunningham during testimony |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 9/16/2009 | XXX | XXX | Demonstrative aid re: Dr. Mark Cunningham's testimony |
| Deft Proffer No. 1 | | 9/21/2009 | XXX | XXX | Certified copy of: *In the Matter of Texas State Board of Examiners of Psychologists v George C. Denkowski, Ph.D.* (Docket No. 52009-2882) - Request to Docket Case and Complaint (filed February 27, 2009) |
| | 33 thru 35 | 9/21/2009 | XXX | XXX | Govt exhibits that counsel for defendant has renumbered (3 binders) |
| | 36 | 9/23/2009 | XXX | XXX | Tube of Tolnaftate cream |
| | 37 | 9/23/2009 | XXX | XXX | Packet of Triple Antibiotic Ointment |
| | 38 | 9/23/2009 | XXX | XXX | Order form request |
| | 39 | 9/23/2009 | XXX | XXX | List of items available for inmate purchase |
| 3 | | 9/23/2009 | XXX | XXX | Correctional Officers demonstrative exhibit re: Lt. Shannon DesRoche |
| 4 | | 9/23/2009 | XXX | XXX | 1st Demonstrative exhibit re: Dr. Hayes direct examination |
| 5 | | 9/23/2009 | XXX | XXX | 2nd Demonstrative exhibit re: Dr. Hayes direct examination |
| 6 | | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Cunningham cross examination on rebuttal |
| | 40 | 9/23/2009 | XXX | XXX | Article written by Dr. Jill Hayes re: Malingering Detection in a Mentally Retarded Forensic Population |
| | 41 | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Cunningham direct examination on rebuttal |
| | 42 | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Swanson direct examination |
| Deft Proffer No. 2 | | 9/23/2009 | XXX | XXX | Vita for Stephen Greenspan |
| Deft Proffer No. 3 | | 9/23/2009 | XXX | XXX | Article by James R. Flynn - Why WAIS-R IQs should be adjusted in capital cases (not peer reviewed) |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **STUDIES, ARTICLES, ETC. (REFERENCED BY EXPERT WITNESSES)** |
| S-1 | | 9/23/2009 | XXX | XXX | Age differences within secular IQ trends: An individual growth modeling approach (Kanaya, et al) |
| S-2 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Misconceptions About Criminal Defendants With A Mental Retardation Claim: A Response To Widaman And Siperstein (Denkowski, et al) |
| S-3 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Assessment Of Criminal Defendants With A Mental Retardation Claim (Denkowski, et al) |
| S-4 | | 9/23/2009 | XXX | XXX | Handbook Assessment in Persons with Intellectual Disability (Matson) |
| S-5 | | 9/23/2009 | XXX | XXX | SEALED - Vineland -II Vineland Adaptive Behavior Scales |
| S-6 | | 9/23/2009 | XXX | XXX | SEALED - Vineland-II Vineland Adaptive Behavior Scales Record Booklet |
| S-7 | | 9/23/2009 | XXX | XXX | Resolving Differences Among Methods of Establishing Confidence Limits for Test Scores (Glutting, et al) |
| S-8 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Assessment System-II: Clinical Use and Interpretation (Oakland, et al) |
| S-9 | | 9/23/2009 | XXX | XXX | Table 1-1 American Association on Mental Retardation's Ten Adaptive Skills And Three Adaptive Behavior Domains |
| S-10 | | 9/23/2009 | XXX | XXX | Adaptive Behavior, Mental Retardation, and the Death Penalty (Stevens, et al) |
| S-11 | | 9/23/2009 | XXX | XXX | Introduction to the Special Issue on Assessment of Mental Retardation in Death Cases (Greenspan) |
| S-12 | | 9/23/2009 | XXX | XXX | ABAS-II - Clinical Use and Interpretation (Oakland, et al) |
| S-13 through S-21 | | 8/5/2010 | XXX | XXX | Studies referenced by Dr. Hayes (submitted by the Government) - SEE ATTACHED LIST |
| S-22 through S-40 | | 8/5/2010 | XXX | XXX | Studies referenced by Dr. Swanson and Dr. Cunningham (submitted by the Defendant) - SEE ATTACHED LIST |
| | | | | | |
| | | | | | |

*ANNEX TO DEFENDANT
EXHIBITS 33, 34 & 35*

## Jill Hayes' Supplemental Documents Used Index

| | Bates No. | JH Rpt Ref | Description |
|---|---|---|---|
| A | JH000001 | | Title Page-Notes US V. Hardy |
| B | JH000002-6 | 1 | JH Terry Hardy Interview Notes 02-17-09 |
| C | JH000007-10 | 2 | JH Deroche-Laylle Interview Notes 03-05-09 |
| D | JH000011-13 | 3 | JH Paul Hardy Interview Notes 03-12-09 |
| E | JH000014-15 | 11 | JH Faith Price Interview Notes 04-06-09 |
| F | JH000016-18 | 14 | JH Javetta Cooper Interview Notes 05-01-09 |
| G | JH000019 | 15 | JH Sammie Williams Interview Notes 06-03-09 |
| H | JH000020-21 | 18 | JH Meredith Burt Interview Notes 06-17-09 |
| I | JH000022-24 | 14 | JH Handwritten Notes--Javetta Coope |
| J | JH000025-27 | 11 | JH Handwritten Notes--Faith Price |
| K | JH000028-36 | 9 | JH Handwritten Notes--Paul Hardy |
| L | JH000037-38 | 5 | JH Handwritten Notes--Toni Van Buren |
| M | JH000039-40 | 7 | JH Handwritten Notes--Vance Ceaser |
| N | JH000041 | 8 | JH Handwritten Notes--Theresa Minor |
| O | JH000042-49 | 2 | JH Handwritten Notes—Hardy |
| P | JH000050 | 1 | JH Handwritten Notes--Terry Hardy |
| Q | JH000051 | | Hardy-Stability Coefficients of WAIS-R Test |
| R | JH000052 | | Hardy-Calculation of GPA |
| S | JH000053 | | Hardy-Barona Regression Equation |
| T | JH000054-55 | | Hardy-Inmate Education Data Transcript |
| U | JH000056-75 | 60 | Toni Van Buren-Criminal History Record |
| V | JH000076-95 | 61 | Gregory Williams-Criminal History Record |
| W | JH000096-103 | | Call Details-01/01/08-03/20/09 |
| X | JH000104-196 | 26 | 1999 US Court of Appeal Decision |
| Y | JH000197-203 | 27 | 2002 US Court of Appeal Decision |
| Z | JH000204-224 | 28 | 2004 US Court of Appeal Decision |
| AA | JH000225-230 | | 03/28/03 – Appeal from US District Court |
| BB | JH000231-250 | 37 | Criminal History Report |
| CC | JH000251-285 | 40 | Dr. Cunningham Psychological Testing |
| DD | JH000286-351 | 39 | Dr. Kevin Bianchini Psychological Testing |
| EE | JH000352-442 | 43 | Dr. Tetlow Psychological Testing |
| FF | JH000443-453 | 41 | Dr. Daniel A. Martell, PHD Report |
| GG | JH000454-481 | 29, 30 | Orleans Parish School Board |
| HH | JH000482-517 | 33 | St. Bernard Parish Jail Inmate Medical Req Form |
| II | JH000518-541 | 33 | St. Bernard Parish Jail Corrections Correspondence |
| JJ | JH000542-618 | 34 | Tangipahoa Parish Jail |
| KK | JH000619-774 | 36 | FBI Records (many docs, see attached source index) |

| LL | JH000775-776 | 53 | Dawn DeDeaux Website information |
|----|----|----|----|
| MM | JH000777-793 | 33 | Commissary Requests |
| NN | JH000794-820 | 42 | Swanson Report |
| OO | JH000821-864 | 42 | Swanson Psychological Testing |
| PP | JH000865-893 | 42 | Adaptive Functioning Measures |
| QQ | JH000894-949 | 36 g i | Transcript of Conversations C1-C25 |
| RR | JH000950-1007 | 36 g ii | Transcript of Conversations X1-X16 |
| SS | JH001008-1059 | 24, 25 | Closing Statements 05/01/96 |
| TT | JH001060-1079 | 40 | Mark Cunningham, PHD Report & CV |
| UU | JH001080-1231 | 22 | Penalty Phase Testimony 04/29/96 *Arceneaux, Cooper, Franklin, L Hardy, M Hardy, T Hardy, Mitchell, Van Buren* |
| VV | JH001232-1336 | 23 | Penalty Phase Testimony 04/29-96 *Stewart, Robinson, Tetlow, Bianchini Testimony* |
| WW | JH001337-1467 | 21 | Penalty Phase Testmimony 04/29/96 *Steve Jackson Testimony* |
| XX | JH001468-1610 | 23 | Penalty Phase Testimony 04/29/96 *Dr. Cunningham Testimony* |
| YY | | 25 | NOTE FROM ORLEANS PARISH PRISON |

## UNITED STATES OF AMERICA V. PAUL HARDY

*Criminal Action No.: 94-381*

## HAYES REFERENCE LIST

American Psychiatric Association.  (2000). *Diagnostic and statistical manual of mental disorders (4th ed., Text revision)*.  Washington, DC:  Author.

***Admitted into evidence already***

American Association on Intellectual and Developmental Disabilities.  (2007). *User's guide:  Mental retardation:  Definition, classification, and system of supports.* (10th ed.).  Washington, D.C.:  Author.

***Admitted into evidence already***

S-13  Barona, A., Reynolds, C.R., & Chastain, R. (1984). A demographically based index of premorbid intelligence for the WAIS-R. *Journal of Consulting and Clinical Psychology,* 52(5), 885-887.

***See attached***

S-14  Denkowski, G.C. & Denkowski, K.M. (2007). WAIS-III IQ's of criminal defendants with a mental retardation claim should not be reduced for the 'Flynn Effect.' *American Journal of Forensic Psychology*, 25(4), 41-63.

***See attached***

S-15  Fitzgerald, S., Gray, N.S., & Snowden, R.J. (2007). A comparison of WAIS-R and WAIS-III in the lower IQ range: Implications for learning disability diagnosis. *Journal of Applied Research in Intellectual Disabilities*, 20, 323-330.

***See attached***

S-16  Hagan, L.D., Drogin, E.Y., & Guilmette, T.J. (2008). Adjusting IQ scores for the Flynn Effect: Consistent with the standard of practice? *Professional Psychology: Research and Practice*, 39(6), 619-625.

***See attached***

S-17  Iverson, G. (2003).  Detecting malingering in civil forensic evaluations.  In A.M. Horton & L.C. Hartlage (Eds.), *Handbook of forensic neuropsychology (pp. 137-177)*.  New York:  Springer Publishing Company.

***See attached***

S-18  Light, M. & Chambers, W. (1958). A comparison of the Wechsler Adult Intelligence Scale and the Wechsler-Bellevue II with mental defectives. *American Journal of Mental Deficiency*, 62, 878-881.

***See attached***

S-19  Simon, C.L. & Clopton, J.R. (1984). Comparison of WAIS and WAIS-R scores of mildly and moderately mentally retarded adults. *American Journal of Mental Deficiency*, 89(3), 301-304.

***See attached***

Sparrow, S.S., Cicchetti, D.V., & Balla, D.A. (2005). Vineland Adaptive Behavior Scales, Second Edition (Vineland-II): Survey Forms Manual. Minneapolis, MN: Pearson assessments, p. 33.

***Manual***

S-20  Spitz, H.H. (1989). Variations in Wechsler interscale IQ disparities at different levels of IQ. *Intelligence*, 13, 157-167.

***See attached***

S-21  Spruill, J. & Beck, B.L. (1988). Comparison of the WAIS and the WAIS-R: Different results for different IQ groups. *Professional Psychology: Research and Practice*, 19, 31-34.

***See attached***

Wechsler, D., Coalson, D.L., & Raiford, S.E. (2009). *Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV): Technical and interpretive manual*. San Antonio, TX: Pearson.

***Manual***

Wechsler, D. (2001). *Wechsler Test of Adult Reading*. San Antonio, TX: The Psychological Corporation.

    ***Manual***

### United States v. Paul Hardy
### Cases referenced in Vicki Swanson Report and Testimony at Atkins Hearing

Report References

1)  *Atkins v. Virginia,* 536 U.S. 304 (2002).

S-22  2)  Baker, Bruce. (2006). Message from the president. Psychology In Mental Retardation and Developmental Disabilities, 31(2).

3)  Baroff, G.S. (1991). Establishing mental retardation in capital cases: A potential matter of life and death. Mental Retardation, 29 (6), 343-349.

4)  Baroff, G.S. (2003). Establishing mental retardation in capital cases: An update. Mental Retardation, 41, (3), 198-202.

S-23  5)  Bonnie, R. J. (2004). The American Psychiatric Associations resource document on mental retardation and capital sentencing: Implementing *Atkins v. Virginia.* Journal of the American Academy of Psychiatry and the Law, 32, 304-308.

6)  DeMatteo, D., Marczyk, G., & Pich, M. (2007). A national survey of state legislation defining mental retardation: Implications for policy and practice after *Atkins.* Behavioral Sciences and the Law, 25, 781-802 .

S-24  7)  Ellis, J.W. (2003). Mental retardation and the death penalty: A guide to state legislative issues. Mental and Physical disability Law Reporter, 27 (1). 11-24.

S-25  8)  Everington, C. & Olley, J.G. (2008). Implications of *Atkins v. Virginia:* Issues in defining and diagnosing mental retardation, Journal of Forensic Psychology Practice, Vol. 8 (1)

S-26  9)  Flynn, J. R. (2006). Tethering the elephant: Capital cases, IQ, and the Flynn Effect. Psychology, Public Policy and Law, 170-189.

S-27  10)  Flynn, J. R. (2007). Capital offenders and the death sentence: A scandal that must be addressed. Psychology in Mental Retardation and Developmental Disabilities, 32, 3-7.

11)  Flynn, J.R (In press) The WAIS-1II and WAIS-IV: *Daubert* motions favor the certainly false over the approximately true. Applied Neuropsychology.

S-28  12)  Greenspan, S. (2006). Issues in the use of the "Flynn Effect" to adjust IQ scores when diagnosing MR. Psychology in Mental Retardation and Developmental Disabilities, 31(3), p 3-7.

**United States v. Paul Hardy**
**Cases referenced in Vicki Swanson Report and Testimony at Atkins Hearing**

13)    Greenspan. S. (2007). Flynn-adjustment is a matter of basic fairness: Response to Roger B. Moore, Jr. Psychology in Mental Retardation and Developmental Disabilities, 32(3). p 3-7.

S-29    14)    Greenspan, S., Switzky, H. J., & Granfield, J,M. (1996). Everyday intelligence and adaptive behavior: A theoretical framework. In J.W. Jacobson & JA Mulick (Eds.), Manual Of Diagnosis And Professional Practice In Mental Retardation (pp. 127-136). Washington, DC: American Psychological Association.

15)    Jacobson, J,W., & Mulick, J.A (Eds.). (1996). Manual On Diagnosis And Professional Practice In Mental Retardation. Washington, DC: American Psychological Association.

16)    Kaufman, AS" & Lichtenberger, E.O. (1999). Essentials of WAIS-1I1 Assessment New York, NY: John Wiley & Sons, Inc.

S-30    17)    MacVaugh Ill, G. S. & Cunningham, M.D. (in press). *Atkins v. Virginia:* Implications and recommendations for forensic practice. Journal of Psychiatry and Law.

S-31    18)    Olley, J.G. (2006a). The assessment of adaptive behavior in adult forensic cases: Part 1. Psychology in Mental Retardation and Developmental Disabilities, 32(1), 2-4.

S-32    19)    Olley, J.G. (2006b). The assessment of adaptive behavior in adult forensic cases: Part 2. The importance of adaptive behavior. Psychology in Mental Retardation and Developmental Disabilities, 32(3), 7-8.

S-33    20)    Olley, J.G. (2007). The assessment of adaptive behavior in adult forensic cases: Part 3. Sources of adaptive behavior information. Psychology in Mental Retardation and Developmental Disabilities, 33(1), 3-6.

21)    Olley, J.G. & Cox, AW. (in press). Assessment of adaptive behavior in adult forensic cases: The use of the Adaptive Behavior Assessment Systems-II. In P.L. Harrison & T. Oakland (eds.), Adaptive Behavior Assessment System: Assessment and applications for professional and paraprofessional practice. New York: Elsevier.

S-34    22)    Olley, J.G., Greenspan, S., & Switsky, H. (2006). Division 33 *ad hoc* committee on mental retardation and the death penalty, Psychology in Mental Retardation and Developmental Disabilities, 31(2), p 11-12.

## United States v. Paul Hardy
### Cases referenced in Vicki Swanson Report and Testimony at Atkins Hearing

S-35  23)     Schalock. R. L. (1999). The merging of adaptive behavior and intelligence: Implications for the field of mental retardation. In R. L. Schalock (Ed.) Adaptive behavior and its measurement: Implications for the field of mental retardation (pp. 43-59). Washington, DC: American Association on Mental Retardation.

*Various additional documents, books, and manuals referred to in report are noted in Rec. Doc. 2107.

Testimony References

*Documents, books, and manuals referred to during testimony are noted in Rec. Doc. 2107.

### Cases referenced in Dr. Cunningham's Report and Testimony at Atkins Hearing

1)   **IQ Gains and the Binet Decrements - James R. Flynn**

S-36  2)   **The Mean IQ of Americans:  Massive Gains 1932 to 1978 - James R. Flynn**

S-37  3)   **Massive IQ Gains in 14 Nations:  What IQ Tests Really Measure - James R. Flynn**

4)   **No Document**

S-38  5)   **The Hidden History of IQ and Special Education.  Can the Problems Be Solved? James R. Flynn**

6)   **Flynn, J.R. (2006).  Tethering the elephant:  Capital cases, IQ, and the Flynn Effect. Psychology, Public Policy, and Law, *12*, 170-189.  + *See Swanson 9***

S-39  7)   **The Flynn Effect and U.S. Policies.  *The Impact of Rising IQ Scores on American Society Via Mental Retardation Diagnoses*.  Tomoe Kanaya, Matthew H. Scullin and Stephen J. Ceci**

8)   **The Rising Curve:  Long-Term Gains in IQ and Related Measures.  Ulric Neisser**

9)   **Flynn, J.R. (2007).  Capital offenders and the death sentence:  A scandal that must be addressed.  Psychology in Mental Retardation and Developmental Disabilities, *32*, 3-7.  +*See Swanson 10***

10)  **Greenspan, S. (2006).  Issues in the use of the "Flynn Effect" to adjust IQ scores when diagnosing MR.  Psychology in Mental Retardation and Developmental Disabilities, *37*(3), 3-7, +*See Swanson 12***

11)    Greenspan, S. (2007).  Flynn-adjustment is a matter of basic fairness:  Response to Roger B. Moore, Jr. <u>Psychology in Mental Retardation and Developmental Disabilities</u> *32*, 7-8, +*See Swanson 13*

12)    MacVaugh, G. & Cunningham, M.D. (*in press*).  *Atkins v. Virginia*:  Implications and recommendations for forensic practice.  <u>Journal of Psychiatry and Law,</u> +*See Swanson 17*

13)    Manual of Diagnosis and Professional Practice in Mental Retardation.  John W. Jacobson and James A. Mulick

S-40 14)    Base Rate Data for the WAIS-R:  Test-Retest Stablility and VIQ-PIQ Differences.  Joseph D. Matarazzo and David O. Herman