AO 187(Rev. 4/82)        EXHIBIT LIST

| UNITED STATES OF AMERICA | VS. | PAUL HARDY | DISTRICT COURT<br>Eastern District of Louisiana |
|---|---|---|---|
| GOVERNMENT'S ATTORNEY<br>Michael McMahon/Mark Miller<br>Hale Boggs Federal Building<br>500 Poydras Street<br>New Orleans, LA 70130 |  | DEFENDANT'S ATTORNEY<br>Herbert Larson/Marilyn Michele Fournet<br>650 Poydras St.<br>Suite 2105<br>New Orleans, LA 70130 | DOCKET NUMBER<br>cr94-381 "C"<br><br>TRIAL DATE(S)<br>09/14/2009 through 9/23/2009 |
| PRESIDING JUDGE<br>Helen G. Berrigan |  | COURT REPORTER<br>Karen Ibos | COURTROOM DEPUTY<br>Kimberly A. County |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 9/14/2009 | XXX | XXX | Expert Report of Dr. Jill Hayes with attachments and documentation (including cds) - pages 7 through 18 of Dr. Hayes report lists the page numbers and/or location of the attachments. See attached Index to documentary attachments contained in Vol. I, Vol. II and Vol. III (Attachment "A") and Index to compact discs (Attachment "B") |
| | 1 | 9/14/2009 | XXX | XXX | Report of Dr. Vickie Swanson of 01/17/09 with attached curriculum vitae |
| | 2 | 9/14/2009 | XXX | XXX | Letter of Dr. Vickie Swanson of 08/03/09 |
| | 3 | 9/14/2009 | XXX | XXX | Testing by Dr. Vickie Swanson |
| | 4 | 9/14/2009 | XXX | XXX | Testing by Dr. Jill Hayes |
| | 5 | 9/14/2009 | XXX | XXX | Five Assumptions Essential to Application of Definition of Mental Retardation |
| | 6 | 9/14/2009 | XXX | XXX | Eleven Assumptions About Adaptive Behavior Relevant to a Diagnosis of Mental Retardation |
| | 7 | 9/14/2009 | XXX | XXX | Eight Guidelines for Retrospective Diagnosis |
| | 8 | 9/14/2009 | XXX | XXX | Transcript of interview of Toni Van Buren by Dr. Jill Hayes |
| | 9 | 9/14/2009 | XXX | XXX | Transcript of interview of Gregg Williams by Dr. Jill Hayes |
| | 10 | 9/14/2009 | XXX | XXX | Transcript of interview of Theresa Minor by Dr. Jill Hayes |
| | 11 | 9/14/2009 | XXX | XXX | Transcript of interview of Vance Caesar by Dr. Jill Hayes |
| | 12 | 9/14/2009 | XXX | XXX | Transcript of interview of Paul Hardy by Dr. Jill Hayes |

Cr94-381 *Atkins* Hearing - Page 1 of __4__ Pages

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 13 | 9/14/2009 | XXX | XXX | CDs (2) of interview of Toni Van Buren by Dr. Jill Hayes |
| | 14 | 9/14/2009 | XXX | XXX | CD of interview of Gregg Williams by Dr. Jill Hayes |
| | 15 | 9/14/2009 | XXX | XXX | CD of interview of Theresa Minor by Dr. Jill Hayes |
| | 16 | 9/14/2009 | XXX | XXX | CD of interview of Vance Caesar by Dr. Jill Hayes |
| | 17 | 9/14/2009 | XXX | XXX | CDs (5) of interview of Paul Hardy by Dr. Jill Hayes |
| | 18 | 9/14/2009 | XXX | XXX | 2 Volumes of Separately Indexed Binder (2 of 3 and 3 of 3) - Re: Medical Expert File on Paul Hardy |
| | 19 | 9/14/2009 | XXX | XXX | Report of Mark D. Cunningham, Ph.D. 02-09-09 |
| | 20 | 9/14/2009 | XXX | XXX | Curriculum Vitae of Mark D. Cunningham, Ph.D., ABPP |
| | 21 | 9/14/2009 | XXX | XXX | Article re: Three Standard Errors of Measurement and the Wechsler Memory Scale - Revised |
| | 22 | 9/14/2009 | XXX | XXX | Article re: A Clinical Evaluation of the Neurobehavioral Cognitive Status examination in a General Psychiatric Inpatient Population |
| | 23 | 9/14/2009 | XXX | XXX | Halstead-Reitan Neuropsychological Test Battery definition, etc. |
| | 24 | 9/14/2009 | XXX | XXX | The Wechsler Memory Scale - Revised: Psychometric Characteristics and Clinical Application |
| | 25 | 9/14/2009 | XXX | XXX | The Flynn Effect and U.S. Policies - The Impact of Rising IQ Scores on American Society Via Mental Retardation Diagnoses |
| | 26 | 9/14/2009 | XXX | XXX | Use of the Minnesota Multiphasic Personality Inventory (MMPI) to Identify Malingering Mental Retardation |
| | 27 | 9/14/2009 | XXX | XXX | *Atkins v. Virginia*: Implications and Recommendations for Forensic Practice |
| | 28 | 9/14/2009 | XXX | XXX | A Meta-Analysis of Malingering on the MMPI-2 |
| | 29 | 9/14/2009 | XXX | XXX | Manual for Administration and Scoring re: MMPI-2 Minnesota Multiphasic Personality Inventory-2 |
| | 30 | 9/14/2009 | XXX | XXX | Manual re: WAIS-R Wechsler Adult Intelligence Scale-Revised |
| | 31 | 9/14/2009 | XXX | XXX | Millon Clinical Multiaxial Inventory-II MCMI-II |
| | 32 | 9/15/2009 | XXX | XXX | Demonstrative aid used by Dr. Mark Cunningham during testimony |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 2 | | 9/16/2009 | XXX | XXX | Demonstrative aid re: Dr. Mark Cunningham's testimony |
| Deft Proffer No. 1 | | 9/21/2009 | XXX | XXX | Certified copy of: *In the Matter of Texas State Board of Examiners of Psychologists v George C. Denkowski, Ph.D.* (Docket No. 52009-2882) - Request to Docket Case and Complaint (filed February 27, 2009) |
| | 33 thru 35 | 9/21/2009 | XXX | XXX | Govt exhibits that counsel for defendant has renumbered (3 binders) - See attached Index to Defendant exhibits 33, 34 and 35 |
| | 36 | 9/23/2009 | XXX | XXX | Tube of Tolnaftate cream |
| | 37 | 9/23/2009 | XXX | XXX | Packet of Triple Antibiotic Ointment |
| | 38 | 9/23/2009 | XXX | XXX | Order form request |
| | 39 | 9/23/2009 | XXX | XXX | List of items available for inmate purchase |
| 3 | | 9/23/2009 | XXX | XXX | Correctional Officers demonstrative exhibit re: Lt. Shannon DesRoche |
| 4 | | 9/23/2009 | XXX | XXX | 1st Demonstrative exhibit re: Dr. Hayes direct examination |
| 5 | | 9/23/2009 | XXX | XXX | 2nd Demonstrative exhibit re: Dr. Hayes direct examination |
| 6 | | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Cunningham cross examination on rebuttal |
| | 40 | 9/23/2009 | XXX | XXX | Article written by Dr. Jill Hayes re: Malingering Detection in a Mentally Retarded Forensic Population |
| | 41 | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Cunningham direct examination on rebuttal |
| | 42 | 9/23/2009 | XXX | XXX | Demonstrative exhibit re: Dr. Swanson direct examination |
| Deft Proffer No. 2 | | 9/23/2009 | XXX | XXX | Vita for Stephen Greenspan |
| Deft Proffer No. 3 | | 9/23/2009 | XXX | XXX | Article by James R. Flynn - Why WAIS-R IQs should be adjusted in capital cases (not peer reviewed) |
| | | | | | |
| | | | | | |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | | | | | |

| GOV NO. | DEFT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **STUDIES, ARTICLES, ETC. (REFERENCED BY EXPERT WITNESSES)** | | | | | |
| S-1 | | 9/23/2009 | XXX | XXX | Age differences within secular IQ trends: An individual growth modeling approach (Kanaya, et al) |
| S-2 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Misconceptions About Criminal Defendants With A Mental Retardation Claim: A Response To Widaman And Siperstein (Denkowski, et al) |
| S-3 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Assessment Of Criminal Defendants With A Mental Retardation Claim (Denkowski, et al) |
| S-4 | | 9/23/2009 | XXX | XXX | Handbook Assessment in Persons with Intellectual Disability (Matson) |
| S-5 | | 9/23/2009 | XXX | XXX | SEALED - Vineland -II Vineland Adaptive Behavior Scales |
| S-6 | | 9/23/2009 | XXX | XXX | SEALED - Vineland-II Vineland Adaptive Behavior Scales Record Booklet |
| S-7 | | 9/23/2009 | XXX | XXX | Resolving Differences Among Methods of Establishing Confidence Limits for Test Scores (Glutting, et al) |
| S-8 | | 9/23/2009 | XXX | XXX | Adaptive Behavior Assessment System-II: Clinical Use and Interpretation (Oakland, et al) |
| S-9 | | 9/23/2009 | XXX | XXX | Table 1-1 American Association on Mental Retardation's Ten Adaptive Skills And Three Adaptive Behavior Domains |
| S-10 | | 9/23/2009 | XXX | XXX | Adaptive Behavior, Mental Retardation, and the Death Penalty (Stevens, et al) |
| S-11 | | 9/23/2009 | XXX | XXX | Introduction to the Special Issue on Assessment of Mental Retardation in Death Cases (Greenspan) |
| S-12 | | 9/23/2009 | XXX | XXX | ABAS-II - Clinical Use and Interpretation (Oakland, et al) |
| S-13 through S-21 | | 8/5/2010 | XXX | XXX | Studies referenced by Dr. Hayes (submitted by the Government) - SEE ATTACHED LIST |
| S-22 through S-40 | | 8/5/2010 | XXX | XXX | Studies referenced by Dr. Swanson and Dr. Cunningham (submitted by the Defendant) - SEE ATTACHED LIST |
| S-41 | | 11/24/2010 | XXX | XXX | Manual of Diagnosis and Professional Practice in Mental Retardation (Jacobson & Mulick) Pages 17 & 18 |

INDEX OF ATTACHMENTS TO GOVERNMENT EXHIBIT 1 - VOLUMES I AND II

EXHIBIT A - TRANSCRIPT OF INTERVIEW WITH TONI VAN BUREN

EXHIBIT B - TRANSCRIPT OF INTERVIEW WITH GREG WILLIAMS

EXHIBIT C - TRANSCRIPT OF INTERVIEW WITH THERESA MINOR

EXHIBIT D - TRANSCRIPT OF INTERVIEW WITH VANCE CEASER

EXHIBIT E - TRANSCRIPT OF INTERVIEW WITH PAUL HARDY

EXHIBIT F - CHRONOLOGICAL SUMMARY OF RECORDS

EXHIBIT G - CURRICULUM VITAE AND DEPOSITION/TRIAL TESTIMONY FOR JILL HAYES, Ph.D.

EXHIBIT H - EXCERPTS FROM INTERVIEW WITH PAUL HARDY WITH ADAPTIVE DOMAINS INDICATED

INDEX OF ATTACHMENTS TO GOVERNMENT EXHIBIT 1 - VOLUME III

1. CALL DETAILS 01/01/2008 TO 03/30/2009

2. KEVIN BIANCHINI - PSYCHOLOGICAL TESTING

2.5. TETLOW - PSYCHOLOGICAL TESTING

3. MARK CUNNINGHAM, Ph.D. - REPORT AND CV

4. DANIEL A. MARTELL, Ph.D. - REPORT

5. ORLEANS PARISH SCHOOL BOARD - RECENT

6. ST. BERNARD PARISH JAIL INMATE MEDICAL REQUEST FORM

7. ST. BERNARD PARISH JAIL CORRECTIONS CORRESPONDENCE

8. TANGIPAHOA PARISH JAIL

9. SWANSON PSYCHIATRIC TESTING

10. ADAPTIVE FUNCTIONING MEASURES

11. FBI RECORDS

12. DAWN DEDEAUX - WEBSITE INFORMATION

13. COMMISSARY REQUESTS

14. DR. CUNNINGHAM - PSYCHOLOGICAL TESTING

## ATTACHMENT "B"
## Index of Compact Discs Attached to Govt. Exh. 1

1. Paul Hardy interview by Dr. Hayes, discs 1-5;

2. Toni Van Buren interview by Dr. Hayes, discs 1-2;

3. Theresa Minor interview by Dr. Hayes;

4. Vance Ceasar interview by Dr. Hayes;

5. Gregg Williams interview by Dr. Hayes;

6. Drive By Shooting;

7. Dawn Dedeaux Video: City Park

8. Dawn Dedeaux Video: Exhibit, Foti, Brother, Park;

9. Dawn Dedaux Video: In Car, Police on Scene, Drive By Shooting;

10. Vol. I, Bureau of Prisons;

11. Vol. II, Tangipahoa Parish Jail;

12. Vol. III, Orleans Parish School Board;

13. Various Documents Received from Discovery;

14. Jailhouse Calls: SBPP:2/11/09 - 3/24/09;

15. OPP Calls;

16. Len Davis: Case in Chief;

17. Len Davis: Cross Examination

18. Paul Hardy: Atkins Excerpts: Audio CD

*INDEX TO DEFENDANT EXHIBITS 33, 34 & 35*

## Jill Hayes' Supplemental Documents Used Index

|   | Bates No. | JH Rpt Ref | Description |
|---|---|---|---|
| A | JH000001 |  | Title Page-Notes US V. Hardy |
| B | JH000002-6 | 1 | JH Terry Hardy Interview Notes 02-17-09 |
| C | JH000007-10 | 2 | JH Deroche-Laylle Interview Notes 03-05-09 |
| D | JH000011-13 | 3 | JH Paul Hardy Interview Notes 03-12-09 |
| E | JH000014-15 | 11 | JH Faith Price Interview Notes 04-06-09 |
| F | JH000016-18 | 14 | JH Javetta Cooper Interview Notes 05-01-09 |
| G | JH000019 | 15 | JH Sammie Williams Interview Notes 06-03-09 |
| H | JH000020-21 | 18 | JH Meredith Burt Interview Notes 06-17-09 |
| I | JH000022-24 | 14 | JH Handwritten Notes--Javetta Coope |
| J | JH000025-27 | 11 | JH Handwritten Notes--Faith Price |
| K | JH000028-36 | 9 | JH Handwritten Notes--Paul Hardy |
| L | JH000037-38 | 5 | JH Handwritten Notes--Toni Van Buren |
| M | JH000039-40 | 7 | JH Handwritten Notes--Vance Ceaser |
| N | JH000041 | 8 | JH Handwritten Notes--Theresa Minor |
| O | JH000042-49 | 2 | JH Handwritten Notes—Hardy |
| P | JH000050 | 1 | JH Handwritten Notes--Terry Hardy |
| Q | JH000051 |  | Hardy-Stability Coefficients of WAIS-R Test |
| R | JH000052 |  | Hardy-Calculation of GPA |
| S | JH000053 |  | Hardy-Barona Regression Equation |
| T | JH000054-55 |  | Hardy-Inmate Education Data Transcript |
| U | JH000056-75 | 60 | Toni Van Buren-Criminal History Record |
| V | JH000076-95 | 61 | Gregory Williams-Criminal History Record |
| W | JH000096-103 |  | Call Details-01/01/08-03/20/09 |
| X | JH000104-196 | 26 | 1999 US Court of Appeal Decision |
| Y | JH000197-203 | 27 | 2002 US Court of Appeal Decision |
| Z | JH000204-224 | 28 | 2004 US Court of Appeal Decision |
| AA | JH000225-230 |  | 03/28/03 – Appeal from US District Court |
| BB | JH000231-250 | 37 | Criminal History Report |
| CC | JH000251-285 | 40 | Dr. Cunningham Psychological Testing |
| DD | JH000286-351 | 39 | Dr. Kevin Bianchini Psychological Testing |
| EE | JH000352-442 | 43 | Dr. Tetlow Psychological Testing |
| FF | JH000443-453 | 41 | Dr. Daniel A. Martell, PHD Report |
| GG | JH000454-481 | 29, 30 | Orleans Parish School Board |
| HH | JH000482-517 | 33 | St. Bernard Parish Jail Inmate Medical Req Form |
| II | JH000518-541 | 33 | St. Bernard Parish Jail Corrections Correspondence |
| JJ | JH000542-618 | 34 | Tangipahoa Parish Jail |
| KK | JH000619-774 | 36 | FBI Records (many docs, see attached source index) |

1 | Page

| LL | JH000775-776 | 53 | Dawn DeDeaux Website information |
|---|---|---|---|
| MM | JH000777-793 | 33 | Commissary Requests |
| NN | JH000794-820 | 42 | Swanson Report |
| OO | JH000821-864 | 42 | Swanson Psychological Testing |
| PP | JH000865-893 | 42 | Adaptive Functioning Measures |
| QQ | JH000894-949 | 36 g i | Transcript of Conversations C1-C25 |
| RR | JH000950-1007 | 36 g ii | Transcript of Conversations X1-X16 |
| SS | JH001008-1059 | 24, 25 | Closing Statements 05/01/96 |
| TT | JH001060-1079 | 40 | Mark Cunningham, PHD Report & CV |
| UU | JH001080-1231 | 22 | Penalty Phase Testimony 04/29/96 *Arceneaux, Cooper, Franklin, L Hardy, M Hardy, T Hardy, Mitchell, Van Buren* |
| VV | JH001232-1336 | 23 | Penalty Phase Testimony 04/29-96 *Stewart, Robinson, Tetlow, Bianchini Testimony* |
| WW | JH001337-1467 | 21 | Penalty Phase Testmimony 04/29/96 *Steve Jackson Testimony* |
| XX | JH001468-1610 | 23 | Penalty Phase Testimony 04/29/96 *Dr. Cunningham Testimony* |
| YY | | 25 | NOTE FROM ORLEANS PARISH PRISON |

ZZ   LETTER TO DR. CUNNINGHAM FROM DR. TETLOW DATED 2/25/1996 AND PSYCHOLOGICAL REPORT OF DR. TETLOW 4/29/1996

AAA   LETTER TO DANIEL MARKEY FROM DR. CUNNINGHAM DATED 3/7/1996

BBB   CAPTIAL SENTENCING EVALUATION BY DR. CUNNINGHAM DATED 4/18/1996

# UNITED STATES OF AMERICA V. PAUL HARDY

*Criminal Action No.: 94-381*

## HAYES REFERENCE LIST

American Psychiatric Association. (2000). *Diagnostic and statistical manual of mental disorders (4th ed., Text revision)*. Washington, DC: Author.

***Admitted into evidence already***

American Association on Intellectual and Developmental Disabilities. (2007). *User's guide: Mental retardation: Definition, classification, and system of supports.* (10th ed.). Washington, D.C.: Author.

***Admitted into evidence already***

S-13  Barona, A., Reynolds, C.R., & Chastain, R. (1984). A demographically based index of premorbid intelligence for the WAIS-R. *Journal of Consulting and Clinical Psychology*, 52(5), 885-887.

***See attached***

S-14  Denkowski, G.C. & Denkowski, K.M. (2007). WAIS-III IQ's of criminal defendants with a mental retardation claim should not be reduced for the 'Flynn Effect.' *American Journal of Forensic Psychology*, 25(4), 41-63.

***See attached***

S-15  Fitzgerald, S., Gray, N.S., & Snowden, R.J. (2007). A comparison of WAIS-R and WAIS-III in the lower IQ range: Implications for learning disability diagnosis. *Journal of Applied Research in Intellectual Disabilities*, 20, 323-330.

***See attached***

S-16  Hagan, L.D., Drogin, E.Y., & Guilmette, T.J. (2008). Adjusting IQ scores for the Flynn Effect: Consistent with the standard of practice? *Professional Psychology: Research and Practice*, 39(6), 619-625.

***See attached***

S-17 Iverson, G. (2003). Detecting malingering in civil forensic evaluations. In A.M. Horton & L.C. Hartlage (Eds.), *Handbook of forensic neuropsychology (pp. 137-177)*. New York: Springer Publishing Company.

    ***See attached***

S-18 Light, M. & Chambers, W. (1958). A comparison of the Wechsler Adult Intelligence Scale and the Wechsler-Bellevue II with mental defectives. *American Journal of Mental Deficiency*, 62, 878-881.

    ***See attached***

S-19 Simon, C.L. & Clopton, J.R. (1984). Comparison of WAIS and WAIS-R scores of mildly and moderately mentally retarded adults. *American Journal of Mental Deficiency*, 89(3), 301-304.

    ***See attached***

Sparrow, S.S., Cicchetti, D.V., & Balla, D.A. (2005). Vineland Adaptive Behavior Scales, Second Edition (Vineland-II): Survey Forms Manual. Minneapolis, MN: Pearson assessments, p. 33.

    ***Manual***

S-20 Spitz, H.H. (1989). Variations in Wechsler interscale IQ disparities at different levels of IQ. *Intelligence*, 13, 157-167.

    ***See attached***

S-21 Spruill, J. & Beck, B.L. (1988). Comparison of the WAIS and the WAIS-R: Different results for different IQ groups. *Professional Psychology: Research and Practice*, 19, 31-34.

    ***See attached***

Wechsler, D., Coalson, D.L., & Raiford, S.E. (2009). *Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV): Technical and interpretive manual*. San Antonio, TX: Pearson.

    ***Manual***

Wechsler, D. (2001). *Wechsler Test of Adult Reading.* San Antonio, TX: The Psychological Corporation.

***Manual***

# United States v. Paul Hardy
## Cases referenced in Vicki Swanson Report and Testimony at Atkins Hearing

Report References

1) *Atkins v. Virginia,* 536 U.S. 304 (2002).

S-22  2)  Baker, Bruce. (2006). Message from the president. Psychology In Mental Retardation and Developmental Disabilities, 31(2).

3) Baroff, G.S. (1991). Establishing mental retardation in capital cases: A potential matter of life and death. Mental Retardation, 29 (6), 343-349.

4) Baroff, G.S. (2003). Establishing mental retardation in capital cases: An update. Mental Retardation, 41, (3), 198-202.

S-23  5)  Bonnie, R. J. (2004). The American Psychiatric Associations resource document on mental retardation and capital sentencing: Implementing *Atkins v. Virginia.* Journal of the American Academy of Psychiatry and the Law, 32, 304-308.

6) DeMatteo, D., Marczyk, G., & Pich, M. (2007). A national survey of state legislation defining mental retardation: Implications for policy and practice after *Atkins.* Behavioral Sciences and the Law, 25, 781-802.

S-24  7)  Ellis, J.W. (2003). Mental retardation and the death penalty: A guide to state legislative issues. Mental and Physical disability Law Reporter, 27 (1). 11-24.

S-25  8)  Everington, C. & Olley, J.G. (2008). Implications of *Atkins v. Virginia:* Issues in defining and diagnosing mental retardation, Journal of Forensic Psychology Practice, Vol. 8 (1)

S-26  9)  Flynn, J. R. (2006). Tethering the elephant: Capital cases, IQ, and the Flynn Effect. Psychology, Public Policy and Law, 170-189.

S-27  10) Flynn, J. R. (2007). Capital offenders and the death sentence: A scandal that must be addressed. Psychology in Mental Retardation and Developmental Disabilities, 32, 3-7.

11) Flynn, J.R (In press) The WAIS-1II and WAIS-IV: *Daubert* motions favor the certainly false over the approximately true. Applied Neuropsychology.

S-28  12) Greenspan, S. (2006). Issues in the use of the "Flynn Effect" to adjust IQ scores when diagnosing MR. Psychology in Mental Retardation and Developmental Disabilities, 31(3), p 3-7.

# United States v. Paul Hardy
## Cases referenced in Vicki Swanson Report and Testimony at Atkins Hearing

13) Greenspan. S. (2007). Flynn-adjustment is a matter of basic fairness: Response to Roger B. Moore, Jr. <u>Psychology in Mental Retardation and Developmental Disabilities,</u> 32(3). p 3-7.

S-29  14) Greenspan, S., Switzky, H. J., & Granfield, J,M. (1996). Everyday intelligence and adaptive behavior: A theoretical framework. In J.W. Jacobson & JA Mulick (Eds.), <u>Manual Of Diagnosis And Professional Practice In Mental Retardation</u> (pp. 127-136). Washington, DC: American Psychological Association.

15) Jacobson, J,W., & Mulick, J.A (Eds.). (1996). <u>Manual On Diagnosis And Professional Practice In Mental Retardation.</u> Washington, DC: American Psychological Association.

16) Kaufman, AS" & Lichtenberger, E.O. (1999). <u>Essentials of WAIS-1I1 Assessment</u> New York, NY: John Wiley & Sons, Inc.

S-30  17) MacVaugh III, G. S. & Cunningham, M.D. (in press). *Atkins v. Virginia:* Implications and recommendations for forensic practice. <u>Journal of Psychiatry and Law.</u>

S-31  18) Olley, J.G. (2006a). The assessment of adaptive behavior in adult forensic cases: Part 1. <u>Psychology in Mental Retardation and Developmental Disabilities, 32(1), 2-4.</u>

S-32  19) Olley, J.G. (2006b). The assessment of adaptive behavior in adult forensic cases: Part 2. The importance of adaptive behavior. Psychology in Mental Retardation and Developmental Disabilities, 32(3), 7-8.

S-33  20) Olley, J.G. (2007). The assessment of adaptive behavior in adult forensic cases: Part 3. Sources of adaptive behavior information. <u>Psychology in Mental Retardation and Developmental Disabilities,</u> 33(1), 3-6.

21) Olley, J.G. & Cox, AW. (in press). Assessment of adaptive behavior in adult forensic cases: The use of the Adaptive Behavior Assessment Systems-II. In P.L. Harrison & T. Oakland (eds.), <u>Adaptive Behavior Assessment System: Assessment and applications for professional and paraprofessional practice.</u> New York: Elsevier.

S-34  22) Olley, J.G., Greenspan, S., & Switsky, H. (2006). Division 33 *ad hoc* committee on mental retardation and the death penalty, <u>Psychology in Mental Retardation and Developmental Disabilities,</u> 31(2), p 11-12.

United States v. Paul Hardy
## Cases referenced in Vicki Swanson Report and Testimony at Atkins Hearing

S-35  23)   Schalock. R. L. (1999). The merging of adaptive behavior and intelligence: Implications for the field of mental retardation. In R. L. Schalock (Ed.) <u>Adaptive behavior and its measurement: Implications for the field of mental retardation</u> (pp. 43-59). Washington, DC: American Association on Mental Retardation.

*Various additional documents, books, and manuals referred to in report are noted in Rec. Doc. 2107.

<u>Testimony References</u>

*Documents, books, and manuals referred to during testimony are noted in Rec. Doc. 2107.

## Cases referenced in Dr. Cunningham's Report and Testimony at Atkins Hearing

1)   IQ Gains and the Binet Decrements - James R. Flynn

S-36  2)   The Mean IQ of Americans:  Massive Gains 1932 to 1978 - James R. Flynn

S-37  3)   Massive IQ Gains in 14 Nations:  What IQ Tests Really Measure - James R. Flynn

4)   No Document

S-38  5)   The Hidden History of IQ and Special Education. Can the Problems Be Solved? James R. Flynn

6)   Flynn, J.R. (2006). Tethering the elephant:  Capital cases, IQ, and the Flynn Effect. Psychology, Public Policy, and Law, *12*, 170-189.  + *See Swanson 9*

S-39  7)   The Flynn Effect and U.S. Policies. *The Impact of Rising IQ Scores on American Society Via Mental Retardation Diagnoses.* Tomoe Kanaya, Matthew H. Scullin and Stephen J. Ceci

8)   The Rising Curve:  Long-Term Gains in IQ and Related Measures. Ulric Neisser

9)   Flynn, J.R. (2007). Capital offenders and the death sentence: A scandal that must be addressed. <u>Psychology in Mental Retardation and Developmental Disabilities,</u> *32*, 3-7.  +*See Swanson 10*

10)  Greenspan, S. (2006). Issues in the use of the "Flynn Effect" to adjust IQ scores when diagnosing MR. <u>Psychology in Mental Retardation and Developmental Disabilities,</u> *37*(3), 3-7, +*See Swanson 12*

11) Greenspan, S. (2007). Flynn-adjustment is a matter of basic fairness: Response to Roger B. Moore, Jr. <u>Psychology in Mental Retardation and Developmental Disabilities</u> *32*, 7-8, +*See Swanson 13*

12) MacVaugh, G. & Cunningham, M.D. (*in press*). *Atkins v. Virginia*: Implications and recommendations for forensic practice. <u>Journal of Psychiatry and Law,</u> +*See Swanson 17*

13) Manual of Diagnosis and Professional Practice in Mental Retardation. John W. Jacobson and James A. Mulick

S-40  14) Base Rate Data for the WAIS-R: Test-Retest Stablility and VIQ-PIQ Differences. Joseph D. Matarazzo and David O. Herman