**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

**MOTION TO VACATE GRANT OF _FARETTA_ RELIEF**

NOW COMES Len Davis, through undersigned counsel, who respectfully moves the Court to vacate its May 16, 2011 order (Doc. No. 2231) allowing Mr. Davis to represent himself in his capital § 2255 proceedings. Because—unlike in trial and sentencing proceedings—Len Davis has _no constitutional right to represent himself in § 2255 litigation_, because the courts distinguish between trial level and post-trial self-representation, and because the interests of justice counsel against _pro se_ representation in capital post-conviction proceedings, this Court's should vacate its May 16, 2011 order (Doc. No. 2231) allowing Mr. Davis to represent himself in his capital § 2255 proceedings.

Respectfully submitted,


/s Sarah L. Ottinger_____
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org


## CERTIFICATE OF SERVICE


I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 20th day of March, 2012.


/s Sarah Ottinger_____

Sarah Ottinger