# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CASE NO. 2:94-cr-00381** |
| | \* | |
| **v.** | \* | |
| | \* | **SECTION "C"** |
| **LEN DAVIS** | \* | |
| | \* | **THIS IS A DEATH CASE** |

## ORDER

Considering the foregoing Motion to Vacate *Faretta* Order,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and this Court's May 16, 2011 order (Doc. No. 2231) allowing Mr. Davis to represent himself in his capital § 2255 proceedings is vacated.

Signed on this _____ day of _____, 2012, New Orleans, Louisiana.


_____
District Judge Helen G. Berrigan