**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A DEATH CASE** |

## MOTION FOR LEAVE TO CONDUCT DISCOVERY

NOW COMES Len Davis, through undersigned counsel, who respectfully moves the

Court to grant him leave to conduct certain discovery, as set forth in detail in the *Memorandum*

*In Support of Motion for Leave to Conduct Discovery*.  This request is made pursuant to Rule 6

of the Rules Governing Section 2255 Proceedings, the Federal Rules of Civil Procedure, the

Federal Rules of Criminal Procedure, and the due process clause of the Fifth Amendment and the

Eighth Amendment to the U.S. Constitution.  The requested discovery is essential to guarantee

Mr. Davis a full and fair opportunity to prosecute his motion under 28 U.S.C. § 2255, as well as

to ensure that this Court reviews and resolves his claims for relief in light of a fully developed

factual record.

WHEREFORE, Mr. Davis respectfully moves this Court for leave to conduct discovery.

Respectfully submitted,


/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 20th day of March, 2012.


/s Sarah Ottinger_____
Sarah Ottinger