## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CASE NO. 2:94-cr-00381** |
| | \* | |
| **v.** | \* | |
| | \* | **SECTION "C"** |
| **LEN DAVIS** | \* | |
| | \* | **THIS IS A DEATH CASE** |

### <u>ORDER</u>

Considering the foregoing Motion for Leave to Conduct Discovery,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the Government shall

respond to the Requests for Production within the applicable delays.

Signed on this _____ day of _____, 2012, New Orleans, Louisiana.


_____
District Judge Helen G. Berrigan