**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A DEATH CASE** |

---

**REQUESTS FOR PRODUCTION**

Now into court, through undersigned counsel, comes Len Davis, who propounds the following Requests for Production, pursuant to Federal Civil Rule of Civil Procedure R. 26 and 34, et seq, and any other applicable Rules of Federal Civil and Criminal Procedure, to be answered within the delays allowed by law:

Request for Production No. 1:

Any and all documents related to Operation Shattered Shield, including but not limited to the operational plan and any and all reports and documents related to the investigation from its inception to present date.

Request for Production No. 2:

Any and all documents related to the investigation of Paul Hardy, including but not limited to FBI 302s, internal reports, incident reports.

Request for Production No. 3:

Any and all tapes and recordings of monitoring of Paul Hardy, Damon Causey, and any other associates of Paul Hardy.

Request for Production No. 4:

Any and all reports or documents pertaining to the DOJ investigation of the wiretap recordings of the murders of Carlos Adams, Christopher Woods, Shawn King, Kim Groves, and any other murders or attempted murders taped in connection the wiretap monitoring in Operational Shattered Shield.

Request for Production No. 5:

Any and all documents relating to any and all wiretap recordings pertaining to the murders of Carlos Adams, Christopher Woods, Shawn King, Kim Groves, and any other murders or attempted murders taped in connection the wiretap monitoring in Operational Shattered Shield.

Request for Production No. 6:

Any and all documents pertaining to the investigation of the murders of Carlos Adams, Christopher Woods, Shawn King, Kim Groves, and any other murders or attempted murders taped in connection the wiretap monitoring in Operational Shattered Shield.

Request for Production No. 7:

Any and all documents and materials and other information in the possession of the government reflecting the process whereby both the local U.S. Attorney's office, as well as the Department of Justice in Washington, determined to certify his (and his co-defendant's) case as a death penalty case, as well as all such information concerning the process whereby it was determined that his case would be prosecuted in federal rather than state court.  Such documents include, but are not limited to, any items within the local U.S. Attorney's file concerning their request for death certification from the Department of Justice and the reasons therefore, any items at the Department of Justice concerning same, and any documents or information in the possession of the Court concerning the same.

Request for Production No. 8:

Any and all documents regarding information that Government representatives possesses about Sammie Williams's including but not limited to criminal history activity (charged and uncharged conduct), immunity, plea deals, witness protection, monetary payments from the Government to Williams.

Request for Production No. 9:

Any and all documents regarding information about any contacts between Government prosecutors and any state prosecutors in Louisiana or elsewhere who would have had jurisdiction over any state charges that could have been brought against Williams in connection with any of the criminal conduct he admitted to the Government during his debriefings.

Request for Production No. 10:

Please produce for inspection any and all forensic evidence regarding the murder of Kim Groves.

Request for Production No. 11:

Any all documents regarding demographic information pertaining to the venire for the grand jury who indicted Mr. Davis in 1994.

Request for Production No. 12:

Any and all documents regarding demographic information pertaining to the petite jury who were summonsed to appear for the 1996 trial.

Request for Production No. 13:

Any and all documents regarding demographic information pertaining to the petite jury who were summonsed to appear for the 2005 trial.

Respectfully submitted,


/s Sarah L. Ottinger_____
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_hudsmith@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been

filed with the Clerk of the Court by using the CM/ECF System which will send a notice of

electronic filing to all counsel of record on this 20th day of March, 2012.



/s Sarah Ottinger_____
Sarah Ottinger