**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## MOTION TO INTERVIEW JURORS

NOW COMES Len Davis, through counsel, and requests that this Court allow counsel or their agents to interview the jurors and alternates who sat during the first trial of this matter. Several jurors indicated during voir dire and/or trial that they had personal biases and crises which prevented them from judging this case impartially. Furthermore, there are indications on the record that the jury's verdict was tainted by extrajudicial contacts. In order to fully present all claims for relief in Mr. Davis' 2255 Motion, counsel must investigate these matters and ascertain the extent to which juror bias or extrajudicial contacts violated his Sixth Amendment rights.

WHEREFORE, Mr. Davis moves this Court for leave to interview those jurors who agree to be interviewed either by counsel or their agents.

1

Respectfully submitted,


/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
Capital Appeals Project
636 Baronne Street
New Orleans, LA 70113

(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*


## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 20th day of March, 2012.



/s Sarah Ottinger_____
Sarah Ottinger

2