# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A DEATH CASE** |

## ORDER

Considering the foregoing Motion to Interview Jurors,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and counsel or their agents are permitted to interview the jurors and alternates who sat during the first and second trials of this matter.

Signed on this _____ day of _____, 2012, New Orleans, Louisiana.

_____
District Judge Helen G. Berrigan