UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 94-381

LEN DAVIS                                   SECTION "C"

<u>ORDER</u>

IT IS ORDERED that the Clerk's Office shall take no further action with regard to any motion filed by Sarah L. Ottinger and/or Rebecca L. Hudsmith, pending further order of the Court.   Rec. Doc. 2265-2268.

IT IS FURTHER ORDERED that no response from the United States is required with regard to any motion filed by Sarah L. Ottinger and/or Rebecca L. Hudsmith, pending further order of the Court.   *Id.*

New Orleans, Louisiana, this 20th day of March, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE