UNITED  STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 94-381

LEN DAVIS                               SECTION  "C"

### ORDER

**IT IS ORDERED** that a status/telephone status conference will be held on April

17, 2012, at 10:00 a.m.  The defendant will participate by telephone.

New Orleans, Louisiana, this 9th day of April, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE