MINUTE ENTRY
BERRIGAN, J.
APRIL 17, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER: 94-381

LEN DAVIS                                   SECTION: "C"

**STATUS CONFERENCE**

**APPEARANCES:**    Michael McMahon, Asst. U.S. Attorney
Len Davis, Pro Se (by telephone)
Sarah Ottinger/Angelique Thomas, Standby Counsel/Paralegal for Len Davis

COURT REPORTER:       Jodi Simcox
COURTROOM DEPUTY:   Kimberly County

The following issues were discussed and/or determined:

Conference with the Court, Davis and McMahon:
• Court questions Mr. Davis regarding whether he attempted to file any post-conviction documents - Mr. Davis responds that he hasn't.
• Court questions Mr. Davis as to whether he received a copy of the 2255 and other motions that were filed on his behalf by standby counsel Ottinger and Hudsmith, rec. doc. nos. 2265, 2266, 2267, 2268 - he responded that he has received and read the documents.
• Deft advised the Court that he did not authorize standby counsel to file anything, however, he would like to adopt portions of the filing. Deft also advised the Court that he would not consent to anyone filing anything regarding his being incompetent.
• Counsel for the Government questioned Mr. Davis regarding whether he gave consent for the 2255 to be filed - deft responded that he did not authorize the filing.
• Counsel for the Government questioned Mr. Davis as to whether he received a copy of the 2255, etc. prior to the date it was filed - he responded that he did.
• Court instructs deft to write a letter to the Court regarding which portions of the 2255 and the other motions filed he would like to adopt and which portions he would like to reject - said letter to be mailed by April 23, 2012.

**CONTINUED ON PAGE 2**

JS-10:  00:30

CR94-381 "C" - USA vs DAVIS
Status Conference - April 17, 2012
Page 2 of 2

Conference continues with Court, Davis, McMahon, Ottinger and Thomas:
- Ottinger advised the Court that she objects to the Govt being allowed in the conference since attorney matters are being discussed.
- Deft advised Ottinger that the only issues that he is interested in pursuing are conviction issues.
- Counsel for Govt advised that he will be filing a motion for sanctions and to strike - Govt's motion shall be filed by May 1, 2012 - Deft to file response thereto by May 15, 2012.
- Deft advised the Court that standby counsel is authorized to file a response to the afore-mentioned motion.  The Clerk shall accept the response when it is filed.

Exparte conference held with the Court, Davis and standby counsel under seal.
- Standby Counsel to file a proposed budget by May 18, 2012.

Court adjourned.