UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL ACTION

VERSUS                               NO. 94-381

LEN DAVIS                            SECTION "C"

## ORDER

   **IT IS ORDERED** that by May 1, 2012, the defendant Len Davis shall mail a

statement as to whether or not he consents to the filing of the following:

3.     Motion to vacate grant of *Faretta* relief (Rec. Doc. 2266);

2.     Motion to conduct discovery (Rec. Doc. 2267); and

3.     Motion to interview jurors (Rec. Doc. 2268).

**The defendant Len Davis is advised that failure to timely mail this statement shall be**

**construed by the Court as a lack of consent by him with regard to the filing of the**

**above referenced motions.**

   **IT IS FURTHER ORDERED** that a copy of this order shall be sent to the

defendant Len Davis, certified mail, return receipt requested, at his record address.

   New Orleans, Louisiana, this 24th day of April, 2012.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE