

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 94 cr 381 |
| Total Postage & Fees | $ | |

Sent To
Len Davis
#24325-034
Street, Apt. No.; or PO Box No.
FCC Terre Haute
U.S. Penitentiary
P.O. Box 33
City, State, ZIP+4
Terre Haute, IN 47808-0033

PS Form 3800, August 2006                    See Reverse for Instructions

7003 0800 0002 2464 9005