**UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          *          **CRIMINAL DOCKET NO. 94-381**

                         **v.**                         *          **SECTION: "C"**

**LEN DAVIS**                                 *

                                   *          *          *

**O R D E R**

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the government's motion to strike the petition under

28 U.S.C. § 2255 and for sanctions is granted/denied for reasons to be filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE