**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

**NOTICE OF HEARING**

TO:   Rebecca L. Hudsmith
      Federal Public Defender (Lafayette)
      Western & Middle Districts of Louisiana
      102 Versailles Blvd.
      Suite 816
      Lafayette, LA 70501

and

      Sarah L. Ottinger
      Attorney at Law
      Capital Appeals Project
      636 Baronne St.
      New Orleans, LA 70113

**PLEASE TAKE NOTICE** that the undersigned will bring the attached

government's motion to strike the petition under 28 U.S.C. § 2255 and for sanctions before the

Honorable Helen G. Berrigan, United States District Judge, at 9:30 a.m. on the 23rd day of May,

2012.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3027