SENDER

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Len Davis
#24325-034
FCC Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808-0033

94-0381 #2274

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

4-27-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 0080 0002 2464 9005

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 APR 30  PM 12:40

LORETTA G. WHYTE
CLERK

Sender: Please print your name, address, and ZIP+4 in this box

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130

94cr 381 C    # 2274