**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**   \*  **CRIMINAL DOCKET NO. 94-381**

    **v.**        \*  **SECTION: "C"**

**LEN DAVIS**       \*

        \*  \*  \*

<u>**NOTICE OF HEARING**</u>

TO: Rebecca L. Hudsmith
   Federal Public Defender (Lafayette)
   Western & Middle Districts of Louisiana
   102 Versailles Blvd.
   Suite 816
   Lafayette, LA 70501

and

   Sarah L. Ottinger
   Attorney at Law
   Capital Appeals Project
   636 Baronne St.
   New Orleans, LA 70113

    **PLEASE TAKE NOTICE** that the undersigned will bring the attached

government's motion to strike the petition under 28 U.S.C. § 2255 and for sanctions before the

Honorable Helen G. Berrigan, United States District Judge, at 9:30 a.m. on the 23rd day of May,

2012.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone:  (504) 680-3027