# United States District Court
## Eastern District of Louisiana

United States of America
vs.
Len Davis

Criminal Action
No. 94-381
Section "C"(5)



U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAY - 3 2012  wp

LORETTA G. WHYTE
CLERK

Defendant's Response To
Court's 'Order' Pertaining
To Acceptance Of 2255 Motions

Comes Now Defendant Len Davis Who States
That He Only Remembered Being Told To List
'Claims' He Wanted To Proceed Forward With.
Defendant Believed That During Phone Confer-
ence He Stated That Both: "Faretta" Motion And
"Incompetent" Motion Were To Be Dismissed.
Defendant Believed That "Discovery" Motion And
"Juror" Motion Would Automatically Be Connected
With "Conviction Claims" In 2255.
For The Record: Defendant Does <u>Not</u> Accept
'Faretta' Motion
For The Record: Defendant <u>Does</u> Accept Discovery
Motion. *Note* 2005 Request Pertaining To "Petit
Jury" Demographics" Are Not Needed. — But 2005
Request Pertaining To Samuel Williams Status Is
<u>Definitely</u> Needed.

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk
MAY - 3 2012
TENDERED FOR FILING

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
Doc No. _____

FOR THE RECORD: DEFENDANT DOES ACCEPT "JUROR INTERVIEW" MOTION. *NOTE* 2005 REQUEST TO INTERVIEW SENTENCING JURY IS NOT NEEDED.

DEFENDANT POINTS OUT THAT HE RECEIVED THIS COURT'S ORDER ON APRIL 27, 2012 AT 1:15PM. (FRIDAY) MAILED ITEMS ARE NOT PICKED UP BY B.O.P UNTIL SUNDAY NIGHT (APRIL 29, 2012). THIS RESPONSE LEFT MY CELL ON APRIL 29, 2012.

RESPECTFULLY SUBMITTED
BY Len D
LEN DAVIS
APRIL 27, 2012 1:30PM.

MR. LEN DAVIS 24325034
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

INMATE
IDENTIFICATION
CONFIRMED

TERRE HAUTE IN 478



CLERKs OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130

ATTN: JUDGE BERRIGAN    CASE # 94-381
7013033333