UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following motions noticed for submission/hearing on **MAY 23, 2012,** will be considered on the briefs.

cr94-381       UNITED STATES OF AMERICA V LEN DAVIS
               Motion by the United States of America to strike petition under 28 U.S.C. 2255 and for sanctions (2277)


09-2813        ANTHONY BROWN, ET AL V JACK STRAIN, JR., ET AL
               Motion by plaintiffs to exclude or limit the expert reports and trial testimony of defendants' expert Dr. Robert D. Cox (103)
               Motion by plaintiffs to exclude or limit the expert reports and trial testimony of defendants' expert Kerry Najolia (104)
               Motion by Rodney Jack Strain, Jr. and Brian Steinert in limine to limit and exclude certain testimony of plaintiffs' expert, Lloyd Grafton (109)
               Motion by Anthony Brown and Monique Brown for partial summary judgment on liability as to defendants Bryan Steinert and Rodney Strain on state law negligence and for constitutional violations in the conditions of confinement of Anthony Brown (111)
               Motion by Rodney J. Strain, Jr. and Bryan "Ricky" Steinert for summary judgment pursuant to Rule 56(b) of Federal Rules of Civil Procedure (113)
               Motion by Rodney J. Strain, Jr. and Bryan "Ricky" Steinert in limine seeking exclusion of expert testimony & reports of Mr. James O'Donnell, Mr. Gary McGarity, and Dr. James Houser (114)


11-1475        SHIRLEY MUHLIESEN, ETC. V RECEIVABLE RECOVERY SERVICES, LLC
               Motion by Receivable Recovery Systems, LLC to disqualify Shirley Muhleisen, a non-lawyer from representing Devon Muhleisen (53)
               Motion by Receivable Recovery Systems, LLC to require Shirley Muhleisen, a non-lawyer to obtain counsel (54)


11-2213        MI MI, INC. V AMERICAN SECURITY INSURANCE COMPANY
               Motion by American Security Insurance Company for judgment on the pleadings (16)
               Motion by MiMi, Inc. for stay of proceedings (17)


11-2761        PENN MARITIME, INC. V RHODES ELECTRONIC SERVICES, INC., ET AL
               Rule 12(b)(6) motion for partial dismissal for failure to state a claim upon which relief can be granted filed by Navico, Inc. (42)

12-0355    LATASHA GALES, ET AL V STATE FARM MUTUAL AUTOMOBILE INSURANCE
           COMPANY, ET AL
           Motion by Eric Teplitz to dismiss (17)

New Orleans, Louisiana, this 17th day of May 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE