UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 94-381

LEN DAVIS                                    SECTION "C"

ORDER

IT IS ORDERED that stand by counsel for the defendant are allowed to file a

response to the designations made by Len Davis in conjunction with the government's

pending motion to strike and for sanctions.  Rec. Docs. 2273, 2277, 2278.   Any response

shall be filed no later than July 6, 2012.

New Orleans, Louisiana, this 6th day of June, 2012.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE