UNITED  STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                            NO. 94-381

LEN DAVIS, #24325-034             SECTION  "C"

ORDER

In light of the ongoing issue regarding the defendant's competency,

IT IS ORDERED that Ned P. Masbaum, M.D.,  be appointed to conduct an

evaluation and provide an expert report and opinion regarding the defendant's

competency.   His curriculum vitae is provided at www.fornpsych.com.

IT IS FURTHER ORDERED that the defendant be made available to Dr.

Masbaum at the prison facilities in Terre Haute as soon as possible.

IT IS FURTHER ORDERED that prison officials at USP Terre Haute, Indiana,

provide copies of all of the defendant's psychiatric records possessed or  maintained by

USP Terra Haute, Indiana, to Dr. Masbaum for his evaluation as soon as possible.

Copies of this Order will be sent by the Court to John Edwards, Special Confinement

Counsel at USP Terre Haute, Indiana, at jsedwards@bop.gov and Todd Royer, Case

Manager, at USP Terre Haute, Indiana at troyer@bop.gov with the request that copies of the psychiatric records, or a statement that no such records exist, be provided to Dr. Masbaum's office (317-846-7727)  prior to 9:00 a.m. on July 9, 2012, Terre Haute time. Earlier provision of the records to Dr. Masbaum would be appreciated.  In addition, a copy of Dr. Mancuso's May 11, 2011, sealed evaluation is being provided to counsel for the government for expedited provision to Dr. Masbaum.  Rec. Doc. 2232.

New Orleans, Louisiana, this 27th day of June, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

2