## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the Petitioners' *Motion to Videotape Competency Evaluation,* and supporting memorandum in support,

IT IS ORDERED that any examination of the defendant by a court-appointed or Government expert shall be visual/audio recorded in its entirety.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1