UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 94-381

LEN DAVIS, #24325-034                        SECTION "C"

## ORDER

**IT IS ORDERED** that by July 20, 2012, the defendant, Len Davis, shall advise

the Court in writing as to his position with regard to the motion to videotape

competency evaluation filed by standby counsel. Rec. Doc. 2284. This statement shall

also explain the meaning of the statement set forth in the motion that "Mr. Davis wishes

to make clear that he will not submit to an evaluation that is not videotaped."  Rec.

Doc. 2284 at 2. **The defendant Len Davis is advised that failure to timely mail this**

**statement shall be construed by the Court as a lack of consent by him with regard to**

**the filing of the above referenced motion.**

**IT IS FURTHER ORDERED** that any opposition to the motion shall be filed by

July 25, 2012, at which time the motion will be taken under advisement on the briefs.

**IT IS FURTHER ORDERED** that a copy of this order shall be sent to the

defendant Len Davis, certified mail, return receipt requested, at his record address.

New Orleans, Louisiana, this 5th day of July 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE