CR 94-381 "C"
doc 2285

**U.S. Postal Service** ᴛᴍ
**CERTIFIED MAIL** ᴛᴍ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Rec (Endorsement R | Len Davis |
| Restricted Deliv (Endorsement R | #24325-034 |
| | FCC Terre Haute |
| Total Postage | U.S. Penitentiary |
| | P.O. Box 33 |

Postmark Here

Sent To        Terre Haute, IN 47808-0033

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions