UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following motions noticed for submission/hearing on **JULY 18, 2012,** will be considered on the briefs.

CR94-381      UNITED STATES OF AMERICA V LEN DAVIS
              Motion by Len Davis to videotape competency evaluation (2284)

09-3646 &     IN THE MATTER OF THE COMPLAINT OF ANTILL PIPELINE
Consol.       CONSTRUCTION COMPANY, INC., ETC.
Cases         Motion by Chartis Specialty Insurance Company for summary judgment (521)
              [REF: 11-3058]
              Motion by International Placement Services, Inc. for summary judgment (525)
              Motion by International Placement Services, Inc. and Chartis Specialty Insurance
              Company to deconsolidate (536) [REF: 11-3058]
              Motion by Jane Voss, Spencer Voss, Taylor William Voss and Zachary Voss for
              summary judgment (541) [REF: 09-3646]

09-7375       DAVID WILLIAMS V TRIPLE C ENTERPRISE, INC. OF LOUISIANA, ET AL
              Motion by Manson Gulf, LLC, International Construction Group, LLC and Lexington
              Insurance Company for summary judgment (188)

10-1907       JOEY MCLEOD V THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION,
              ETC.
              Renewed motion by the New Orleans Public Belt Railroad Commission for judgment
              as a matter of law and remittitur, or alternatively for new trial (146)

10-2125       ANDREA FRISCHHERTZ, ETC., ET AL V SMITHKLINE BEECHAM CORPORATION,
              ETC.
              Motion by Glaxosmithkline LLC to strike the affidavit of Dr. Rama Kongara (150)

10-4290       ESTHER H. LEVINSON V JPMORGAN CHASE BANK, N.A.
              Motion by JPMorgan Chase Bank, N.A. to strike "Registration of Foreign Judgment"
              (2)

11-0868       SUSAN GIBBENS V CHAMPION INDUSTRIES, INC.
              Motion by Champion Industries, Inc. for partial dismissal and alternatively for
              partial judgment on the pleadings (24)

11-1098       MARIA JONGEBLOED HOLDEN V NOVARTIS PHARMACEUTICAL CORPORATION
              Motion by plaintiff for substitution of plaintiff Maria Jongebloed Holden (40)
              Motion by Novartis Pharmaceuticals Corporation to dismiss (41)

12-0411       FERRIS CLARK, SR. V PHI, INC., ET AL
              Motion by PHI, Inc. and Allianz Global Corporate and Specialty AG to continue
              hearing [re: Bell's Motion for Summary Judgment] (34)

12-1309      ANTILL PIPELINE CONSTRUCTION CO., INC. V W&T OFFSHORE, INC., ET AL
             Rule 12(b)(6) motion to dismiss by W&T Offshore, Inc. (19)


New Orleans, Louisiana, this 12th day of July 2012.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE