

**SENDER**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

94-381 #2285

1. Article Addressed to:

en Davis
#24325-034
FCC Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808-0033

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
J Griffin

C. Date of Delivery
7-9-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7010 1870 0001 8228 8061

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 JUL 12

CLERK

LORETTA G. WHYTE
CLERK OF THE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C-151
NEW ORLEANS, LA 70130

CR 94-381 "C", doc 2285