**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

**GOVERNMENT'S MOTION TO EXTEND TIME TO FILE OPPOSITION**
**TO MOTION TO VIDEOTAPE COMPETENCY EVALUATION**

Now into Court comes the United States, appearing by and through the undersigned Assistant United States Attorney, who moves this Court for an extension of two weeks, or until August 8, 2012, in which to file its opposition to the motion to videotape the competency evaluation of the defendant (Rec. Doc. 2284), which is currently due on July 25, 2012.

Stand-by counsel, Sarah L. Ottinger, was apprised of this motion and does not oppose it; the defendant's position regarding the extension is not known and, because he cannot be contacted immediately since he is incarcerated at the federal penitentiary at Terre Haute, Indiana, this motion is being filed based upon Ms. Ottinger's representation, for the sake of expediency, since the deadline of July 25, 2012, may expire before defendant Davis can be contacted, and he can respond.

WHEREFORE, the United States respectfully moves the Court to extend by two weeks the time within which to file its opposition to Record Document 2284.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

/s/Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3027

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

/s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney