**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME TO FILE**
**OPPOSITION TO MOTION TO VIDEOTAPE COMPETENCY EVALUATION**

The Court ordered on July 5, 2012, that any opposition to the defendant's motion to videotape his competency evaluation be filed by July 25, 2012. Rec. Doc. 2285. The government, however, needs additional time to consult with Dr. Ned Masbaum, whom the Court appointed to evaluate the defendant's competency to waive certain issues authored by "stand-by counsel" in their habeas corpus application, which was filed on March 20, 2012.

Dr. Masbaum apprised me that he would appreciate it if he could have more time to evaluate materials preparatory to his examination and then provide his input, which I would like to incorporate into my opposition. Two additional weeks, or until August 8, 2012, should be sufficient time to accomplish this task.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

 /s/Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3027

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

/s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney