**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

## O R D E R

Considering the foregoing motion by the United States;

IT IS HEREBY ORDERED that the request for a two-week extension to file any opposition to the motion to videotape the defendant's competency evaluation by Dr. Ned Masbaum is granted and is now due on August 8, 2012.

New Orleans, Louisiana this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE