**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

## MOTION FOR LEAVE TO FILE REPLY TO REQUEST FOR APPOINTMENT OF COUNSEL (DOCUMENT 2286)

Now into Court come the United States of America, appearing by and through the undersigned Assistant United States Attorney, who moves the Court for leave to file a reply to the defendant's request for appointment of counsel (Rec. Doc. 2286).

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

/s/Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3027

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

/s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney