**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          *          **CRIMINAL DOCKET NO. 94-381**

            **v.**                              *          **SECTION: "C"**

**LEN DAVIS**                              *

                        *          *          *

**O R D E R**

Considering the foregoing motion by the United States;

**IT IS HEREBY ORDERED** that the motion for leave to file a reply to Document 2286,

defendant's request for appointment of counsel, is granted.

New Orleans, Louisiana this _____ day of July, 2012**.**

_____
UNITED STATES DISTRICT JUDGE