UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET NO. 94-381

                    v.                              *          SECTION: "C"

LEN DAVIS                                      *

                              *          *          *

## O R D E R

Considering the foregoing motion by the United States;

**IT IS HEREBY ORDERED** that the motion for leave to file a reply to Document 2286,

defendant's request for appointment of counsel, is granted.

New Orleans, Louisiana this __25th__ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE