TENDERED TO FILING

JUL 13 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUL 13 2012 WP

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                                           NO. 94-381

LEN DAVIS                                       SECTION "C"

MOTION OF DEFENDANT
PERTAINING TO COMPETENCY EXAM;
COUNSEL FOR COMPETENCY EXAM;
AND STANDBY COUNSEL'S AUTHORITY
TO REPRESENT DEFENDANT ON
"DESIGNATED CLAIMS"

COMES NOW DEFENDANT LEN DAVIS WHO
STATES THE FOLLOWING:

(A.)

THE COURT HAS SCHEDULED YET ANOTHER
COMPETENCY EXAM FOR DEFENDANT. IN TOTAL;
DEFENDANT BELIEVES THIS IS THE "SEVENTH EXAM"
SINCE 1996. UNFORTUNATELY, DEFENDANT HAS
NOTICED A DISTURBING PATTERN OF INACCURACIES
IN PSYCHIATRIST (WRITTEN REPORTS. AS THE COURT
IS AWARE DEFENDANT OBJECTED TO DR. MANCUSO'S
WRITTEN REPORT ON MAY 18, 2001. [ONE WHO DIDN'T
KNOW ANY BETTER COULD BE MISLEAD INTO BELIEVING
THAT DEFENDANT FALSELY ACKNOWLEDGED SOME FORM

Fee
Process
Dktd
CtRmDep
Doc No.

OF GUILT TO CHARGES.] REPORT ONLY HAD "HALF ANSWERS" OF DEFENDANT. REPORT IS PREPARED FROM HANDWRITTEN NOTES OF PSYCHIATRIST AND LEAVES OUT THE 'HEART' OF DEFENDANT RESPONSES. THERE IS NOTHING MORE IMPORTANT TO A 'PRO SE' DEFENDANT THAN HIS COMPETENCY. FOR THIS REASON DEFENDANT WILL ONLY SUBMIT TO ANOTHER 'EXAM', IF IT'S EITHER VIDEOTAPED, OR AUDIO TAPED. THIS WILL AVOID ALL THE INACCURACIES THAT ARE CONTAINED IN REPORTS. HERE IS A QUESTION DEFENDANT POSES TO THE COURT: IF DEFENDANT AND DR. MASBAUM DISAGREE WITH WHAT'S IN HIS REPORT, WHO WILL COURT BELIEVE? .... LET'S AVOID THIS PROBLEM AND TAPE RECORD THE EXAM.

(B.) DEFENDANT DOES NOT NEED ANYMORE ATTORNEYS APPOINTED TO ASSIST ON COMPETENCY EXAM. DR. MASBAUM CAN SIMPLY VIDEO-TAPE EXAM AND "BE DONE". THIS COURT AND THE GOVERNMENT ARE FULLY AWARE OF DEFENDANT'S COMPETENCY. ESPECIALLY SINCE DEFENDANT JUST PASSED 6TH EXAM 14 MONTHS AGO. THIS MEANS ANY QUESTIONS ABOUT DEFENDANT'S COMPETENCY FROM 12-05-94 UNTIL 05-11-12 HAVE BEEN ANSWERED.

(C). DEFENDANT NOW NOTIFYS COURT THAT STANDBY COUNSEL SARAH OTTINGER AND REBECCA HUDSMITH HAVE PERMISSION OF PRO SE DEFENDANT [LEAD COUNSEL] TO FULLY REPRESENT DEFENDANT ON All "DESIGNATED CLAIMS". THIS INCLUDES ANY MOTIONS FILED; HEARINGS; ETC ETC.

- CONCLUSION -

DEFENDANT DOES NOT NEED TO RETURN TO NEW ORLEANS FOR ANY REASON. DEFENDANT HAS ACCESS TO WHAT HE NEEDS HERE AT TERRE HAUTE TO ASSIST STANDBY COUNSEL. IF NEC-ESSARY DEFENDANT CAN APPEAR VIA TELEPHONE, AS WAS DONE BETWEEN 2001 -2005 AND 2011-2012.

RESPECTFULLY SUBMITTED
BY PRO SE DEFENDANT

LEN DAVIS
07-09-12

MR. LEN DAVIS 24325034
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

INMATE
IDENTIFICATION
CONFIRMED

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130

"LEGAL MAIL"    ATTN: JUDGE HELEN G. BERRIGAN
CASE# 94-381