**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | THIS IS A CAPITAL CASE |

**UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S
MEMORANDUM IN OPPOSITION TO THE DEFENSE REQUEST FOR
APPOINTMENT OF COUNSEL**

NOW COMES undersigned standby counsel, who respectfully move the Court to grant

leave to file a Response to the Government's Memorandum opposing the defense request for

counsel to represent Mr. Davis in his competency proceedings.  Assistant United States Attorney

McMahon was contacted by undersigned counsel's paralegal, Angelique Thomas, on July 30,

2012 and he indicated that he does not object to the filing of a response.

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 30th day of July, 2012.

/s Sarah Ottinger_____
Sarah Ottinger