**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S MEMORANDUM IN OPPOSITION TO THE DEFENSE REQUEST FOR APPOINTMENT OF COUNSEL

In response to this Court's Order of June 6, 2012, inviting undersigned standby counsel to respond to Len Davis' letter designating which claims in his § 2255 Motion that he intends to pursue, counsel filed a *Response to Designation and Request for Counsel* on July 6, 2012. On July 24, 2012, the Government filed a *Motion for Leave to File a Reply to Defendant's Request for Appointment of Counsel*, and a *Memorandum in Support* thereof (Doc. Nos. 2291-1 and 2291-2). The Government's *Memorandum* supporting its motion for leave is, in effect, a written opposition to the defense *Request for Appointment of Counsel* to represent Mr. Davis in his competency proceedings.

The defense requires an opportunity to be heard in response to the Government's *Memorandum*. It ignores critical jurisprudence pled in the defense *Request for Appointment of Counsel*, makes several key errors of law, and manifests a fundamental misunderstanding of the importance of ethical and conflict-free representation in a death penalty case. Counsel

accordingly requests leave to file a response to the Government's *Memorandum* no later than August 13, 2012.

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 30th day of July, 2012.


/s Sarah Ottinger_____
Sarah Ottinger

2