# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Unopposed Motion for Leave to File Response to Government's Memorandum in Opposition to the Defense Request for Appointment of Counsel,*

IT IS HEREBY ORDERED THAT standby counsel is granted leave to file a response on or before August 13, 2012.

New Orleans, Louisiana, this 31st day of _____July_____, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1