**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTION TO VIDEOTAPE COMPETENCY EVALUATION**

On June 27, 2012, this Court ordered that "in light of ongoing competency issues," Dr. Masbaum be appointed to conduct a competency evaluation of Mr. Davis. (Doc. No. 2283).

Following the Court's Order, on July 3, 2012, Mr. Davis filed a *Motion to Videotape Competency Evaluation*. (Doc. No. 2284). The Court then ordered Mr. Davis to personally advise the Court in writing of his position respecting videotaping the competency evaluation and to explain his statement, represented by standby counsel in the *Motion to Videotape Competency Evaluation*, that he would not submit to an evaluation that is not videotaped. (Doc. No. 2285). In a letter filed July 13, 2012, Mr. Davis indicated his desire that the competency evaluation be videotaped and repeated that due to past misquotes and inaccuracies in competency evaluations, he will not submit to another competency evaluation unless it is video- or audio- taped. (Doc. No. 2293).

On August 8, 2012, the Government filed an *Opposition to the Motion to Videotape Competency Evaluation*. (Doc. No. 2304). In its *Opposition*, the Government claims that Mr.

Davis has never voiced concern for the accuracy of competency evaluations in the past. It asserts that Dr. Musbaum has an interest in the "sanctity of his work product" when conducting an evaluation for the Court. And it quotes Dr. Musbaum saying that he should control the circumstances surrounding the evaluation that this Court ordered.

The Government's assertions require a response. Mr. Davis accordingly requests leave to file a response to the Government's *Memorandum* no later than August 23, 2012.[1]

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

---

[1] In a related matter, standby counsel recently requested and received leave of the Court to respond to the Government's *Memorandum in Opposition to the Defense Request for Appointment of Counsel*. (Doc. Nos. 2295, 2298). Following the request, upon further consideration, counsel determined that a response would be redundant, and no response was filed.

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 15th day of August, 2012.

/s Sarah Ottinger
Sarah Ottinger