# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | |

## ORDER

Having considered the *Unopposed Motion for Leave to File Response to Government's Opposition to Motion to Videotape Competency Evaluation,*

IT IS HEREBY ORDERED THAT standby counsel is granted leave to file a response on or before August 23, 2012.

New Orleans, Louisiana, this ___ day of _____, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1