# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CASE NO. 2:94-cr-00381** |
| | \* | |
| **v.** | \* | |
| | \* | **SECTION "C"** |
| **LEN DAVIS** | \* | |
| | \* | |

## ORDER

Having considered the *Unopposed Motion for Leave to File Response to Government's Opposition to Motion to Videotape Competency Evaluation,*

IT IS HEREBY ORDERED THAT standby counsel is granted leave to file a response on or before August 23, 2012.

New Orleans, Louisiana, this 16th day of _____August_____, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1