UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA           CRIMINAL ACTION

VERSUS                             NO. 94-381

LEN DAVIS, #24325-034             SECTION "C"

## ORDER

IT IS ORDERED that the defendant shall advise the Court in writing and within 10 days of receipt of this order regarding his choice as between the following options regarding the competency hearing: (1) travel to FMC Butner in Butner, North Carolina for a competency hearing at that facility; or (2) consent to a non-taped competency hearing at Terre Haute by Dr. Mausbaum as set forth in the Court's June 27, 2012, order. Rec. Doc. 2283. In the event the defendant does not indicate his choice in a timely manner, he shall be evaluated at Butner.

IT IS FURTHER ORDERED that the motion to videotape competency evaluation filed by Len Davis is DENIED. The parties are advised that, as in the past, the Court ordered the evaluation *sua sponte* and out of an abundance of caution in this capital proceeding and because the defendant is representing himself. In the event that the defendant chooses to be evaluated at FMC Butner and the defendant obtains permission from prison officials and examiners to allow taping of the competency hearing, the defendant can re-file his motion to videotape. Rec. Doc. 2284.

IT IS FURTHER ORDERED that the request for appointment of counsel filed by Sarah Ottinger and Rebecca Hudsmith, treated as a motion, is DENIED. Rec. Doc. 2286.

The Court notes that the request is opposed by the defendant and the government. Rec. Docs. 2293 at 2, 2294.   The response of Sarah Ottinger and Rebecca Hudsmith pertaining to the defendant's designation of claims will be considered in conjunction with the motion to strike petition and for sanctions filed by the government, if appropriate.  Rec. Doc. 2277.

IT IS FURTHER ORDERED that Sarah Ottinger and Rebecca Hudsmith will be permitted to file on behalf of the defendant on designated claims and motions, contingent on the outcome of the government's motion to strike, based on defendant's written advice.  Rec. Docs. 2277, 2293 at 3.

**A copy of this order shall be sent certified mail, return receipt requested, to the defendant at his record address.**

New Orleans, Louisiana, this 14th day of September, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE