

**U.S. Postal Service**™

**CERTIFIED MAIL**™ **RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

94-381
# 2309

Len Davis
#24325-034
FCC Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808-0033

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions

7009 0080 0002 2464 9401