UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS.
LEN DAVIS

CRIMINAL ACTION
NO. 94-381
SECTION "C"

DEFENDANT'S RESPONSE TO
COURT'S ORDER REC. DOC. 2309

COMES NOW DEFENDANT LEN DAVIS WHO STATES HE WILL ALLOW DR. HAUSBAUM TO CONDUCT A NON-TAPED COMPETENCY EXAM HERE IN TERRE HAUTE.

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   SEP 21 2012

LORETTA G. WHYTE
Clerk

RESPECTFULLY SUBMITTED
BY PRO SE
DEFENDANT

LEN DAVIS

09-17-12

TENDERED FOR FILING

SEP 21 2012

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

INMATE
IDENTIFICATION
CONFIRMED

MR. LEN DAVIS 21325034
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130
ATTN: JUDGE BERRIGAN CASE # 94-381