UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VS.

LEN DAVIS

CRIMINAL ACTION

NO. 94-381

SECTION 'C'

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED SEP 2 1 2012

LORETTA G. WHYTE
Clerk

TENDERED FOR FILING
SEP 2 1 2012
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

DEFENDANT'S REQUEST TO COURT TO STATE IT'S POSITION ON DEFENDANT'S "RIGHT" TO WAIVE THE FILING OF ANY 2255 MOTION

COMES NOW DEFENDANT LEN DAVIS, WHO REQUEST THAT COURT STATES IT'S POSITION ON "WELL ESTABLISHED LAW" THAT ALLOWS DEFENDANT TO WAIVE THE FILING OF ANY 2255 MOTION.

THIS CASE LAW IS WELL ESTABLISHED THAT DEFENDANT COULD SIMPLY WAIVE THE FILING OF HIS 2255 MOTION AND THIS COURT COULD SET DEFENDANT'S 'MURDER DATE' HERE AT TERRE HAUTE.

IF THIS COURT AGREE'S THAT THIS WELL ESTABLISHED PRECEDENT DOES INDEED APPLY TO 'LEN DAVIS', DEFENDANT REQUEST THAT COURT STATES SO FOR THE RECORD.

RESPECTFULLY
SUBMITTED BY PRO SE'

LEN DAVIS 09-17-12.

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

MR. LEN DAVIS 21325034
PO. BOX 33
TERRE HAUTE, INDIANA 47808



INDIANAPOLIS IN 460

18 SEP 2012 PM 1

INMATE
IDENTIFICATION
CONFIRMED

CIerKs OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70180
ATTN: JUDGE BERRIGAN, CASE # 94-381