UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                              NO. 94-381

LEN DAVIS, #24325-034                           SECTION "C"

## ORDER

IT IS ORDERED that a competency evaluation shall be conducted by Ned P.

Masbaum, M.D. at USP Terre Haute, Indiana, as set forth in the Court's June 27, 2012

order.   Rec. Docs. 2310, 2283.

IT IS FURTHER ORDERED that the defendant's request to Court to state its

position on defendant's "right" to waive the filing of any 2255 motion is DENIED.

Rec. Doc. 2311.  The Court does not give advisory opinions.

New Orleans, Louisiana, this 24th day of September, 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE