

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

□ Agent
□ Addressee

C. Date of Delivery
1-2-12

1. Article Addressed to:

Len Davis
#24323-034
FCC Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808-0033

94-381

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
☑ Certified Mail  □ Express Mail
□ Registered  □ Return Receipt for Merchandise
□ Insured Mail  □ C.O.D.

4. Restricted Delivery? (Extra Fee) □ Yes

2. Article Number
(Transfer from service label)

7009 0080 0002 2464 9401

PS Form 3811, February 2004    Domestic Return Receipt

