UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 94-381

LEN DAVIS                                    SECTION "C"

ORDER

IT IS ORDERED that any opposition to the motion to vacate grant of *Faretta* relief

filed by standby counsel shall be filed by March 14, 2013.  Rec.Doc.2266

IT IS FURTHER ORDERED that the Court adopts the opinion of Dr. Masbaum as

its own, and finds that the defendant is competent.  Rec. Doc. 2314.

New Orleans, Louisiana, this 7th  day of February, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE