UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S.A

V.

LEN DAVIS

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED    FEB 1 9 2013

LORETTA G. WHYTE
Clerk

TENDERED FOR FILING

FEB 19 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

CRIMINAL ACTION
NO. 94-381
SECTION "C"

MOTION OF DEFENDANT OPPOSING THE VACATING OF DEFENDANT'S CONSTITUTIONAL RIGHT UNDER 6TH AMENDMENT TO 'PRO SE' REPRESENTATION MADE CLEAR UNDER "FARETTA"

COMES NOW DEFENDANT LEN DAVIS, WHO STATES THAT HE OPPOSES ANY VACATING OF HIS 6TH AMENDMENT CONSTITUTIONAL RIGHT, TO SELF REPRESENTATION. THE RIGHT TO 'SELF REPRESENTATION' HAS BEEN AFFIRMED FOR DECADES. AND DEFENDANT'S RIGHT WAS AFFIRMED ON TWO OCCASIONS BY 5TH CIRCUIT. SEE; (U.S. V. DAVIS 2001 WL 34712238 (5TH CIR. JULY 17, 2001); (U.S. V. DAVIS 285 F. 3D 378 (5TH CIR MARCH 11, 2002).

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

THE FACT THAT THIS QUESTION IS ONCE AGAIN REARING IT'S 'UGLY HEAD' IS DISTURBING. DEFENDANT DOES NOT NEED TO REMIND THIS COURT OF THE "LAW OF THE CASE DOCTRINE".

— CONCLUSION —

DEFENDANT IS 'SICK AND TIRED' OF SUPREME COURT PRECEDENT APPLYING TO EVERYONE IN THE COUNTRY, BUT HIM (DEFENDANT)!! THEREFORE, IF ANY ATTEMPT IS MADE TO ONCE AGAIN VIOLATE DEFENDANT'S CONSTITUTIONAL RIGHT; WITHOUT HESITATION, DEFENDANT WILL 'WAIVE THE FILING OF ANY 2255 APPEAL. SEE; (BOBBY WILCHER V. JAMES V. ANDERSON NO. 06-70031, 5TH CIR. 188 FED. 279, 2006); (DANIELLE SIMPSON V. NATHANIEL QUARTERMAN NO. 07-70011 341 FED. 68, 2009 5TH CIR.) IT'S PRETTY CLEAR THE 5TH CIRCUIT HAS NO QUALM'S ABOUT DEFENDANT'S WAIVING CAPITAL APPEALS.

RESPECTFULLY
SUBMITTED BY
PRO SE DEFENDANT

02-14-13



MR. LEON DAVIS

Name

24325034

Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☒ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☐ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

INDIANAPOLIS IN 460

15 FEB 2013 PM 5 L

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130

CASE # 94 381 "C"