**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CASE NO. 2:94-cr-00381** |
| | \* | |
| **v.** | \* | |
| | \* | **SECTION "C"** |
| **LEN DAVIS** | \* | |
| | \* | **THIS IS A DEATH CASE** |

**MOTION TO STRIKE SENTENCING CLAIMS**
**FROM SECTION 2255 MOTION**

COME NOW undersigned counsel, who have been appointed to represent Mr. Davis on certain claims in his *Motion Under 28 U.S.C. § 2255 for Collateral Relief, to Vacate, Set Aside, or Correct Illegal Sentence, and For a New Trial* (hereinafter "§ 2255 Motion"), and respectfully move this Court to strike all claims Mr. Davis does not desire to pursue (*see* Doc. No. 2273) from the § 2255 Motion, Doc. No. 2265, in accordance with Mr. Davis' wishes and for the reasons asserted in the accompanying Memorandum.

Respectfully submitted,

/s Sarah L. Ottinger_____
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 11th day of April, 2013.


/s Sarah Ottinger_____
Sarah Ottinger