**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A DEATH CASE** |

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE SENTENCING CLAIMS FROM SECTION 2255 MOTION

Undersigned counsel submit the following memorandum in support of the *Motion to Strike Sentencing Claims from Section 2255 Motion.*

On April 9, 2013, this Court appointed undersigned counsel to represent Mr. Davis on claims he does not desire to pursue in his *Motion Under 28 U.S.C. § 2255 for Collateral Relief, to Vacate, Set Aside, or Correct Illegal Sentence, and For a New Trial* (hereinafter "§ 2255 Motion"), pending before the Court. Doc. No. 2321 (citing Doc. No. 2273 (in which Mr. Davis elects to proceed with some claims raised in the §2255 Motion, but not others)).

Since that time, undersigned counsel has consulted with Mr. Davis on the telephone today, and he persists in requesting that the above-referenced claims be abandoned. Indeed, as Mr. Davis recently informed the Court, and as he reiterated to counsel today, he is so adamant about abandoning the claims that he intends to waive all collateral proceedings in this capital case if the claims are not struck from the § 2255 Motion:

> DEFENDANT IS 'SICK AND TIRED' OF SUPREME COURT PRECEDENT
> APPLYING TO EVERYONE IN THE COUNTRY, BUT HIM (DEFENDANT).
> THEREFORE, IF ANY ATTEMPT IS MADE TO ONCE AGAIN VIOLATE

1

> DEFENDANT'S CONSTITUTIONAL RIGHT; WITHOUT HESITATION DEFENDANT WILL WAIVE THE FILING OF ANY 2255 APPEAL.  SEE; (BOBBY WILCHER V. JAMES ANDERSON NO. 06-70031, 5TH CIR. 188 FED. 279, 2006); (DANIELLE SIMPSON V. NATHANIEL QUARTERMAN NO. 07-70011 348 FED. 68, 2009 5TH CIR.) IT'S PRETTY CLEAR THAT THE 5TH CIRCUIT HAS NO QUALMS ABOUT DEFENDANT'S WAIVING CAPITAL APPEALS.

Doc. No. 2319, at 2.

This Court has previously found Mr. Davis competent to proceed on four occasions—most recently in an order issued on February 7, 2013.  Doc. No. 2319.

Counsel for Mr. Davis relies upon this Court's findings of competence and our ethical obligation to pursue Mr. Davis' stated goal in the Section 2255 litigation: to pursue relief only on those claims pertaining to guilt proceedings and to be "murdered by the United States government" in the event he does not prevail on those claims.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully request that this Court strike all claims from the § 2255 Motion which Mr. Davis does not desire to pursue, as set out in Doc. No. 2273.  Counsel will continue to serve as standby counsel, per this Court's order, to litigate the remainder of claims in the § 2255 Motion,

Respectfully submitted,


/s Sarah L. Ottinger_____
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 11th day of April, 2013.


/s Sarah Ottinger_____
Sarah Ottinger

3