### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | THIS IS A DEATH CASE |

### ORDER

Considering the foregoing *Motion to Strike Sentencing Claims from Section 2255 Motion*,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and all claims specified in

Doc. No. 2273 as those Mr. Davis does not wish to pursue are struck from the *Motion Under 28*

*U.S.C. § 2255 for Collateral Relief, to Vacate, Set Aside, or Correct Illegal Sentence, and For a*

*New Trial*.

Signed on this _____ day of _____, 2013, New Orleans, Louisiana.


_____
District Judge Helen G. Berrigan