UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

IT IS ORDERED that the following motion noticed for submission/hearing on **MAY 8, 2013,** will be considered on the briefs.

CR94-381      UNITED STATES OF AMERICA V LEN DAVIS
                      Motion by Len Davis to strike sentencing claims (2323)

New Orleans, Louisiana, this 1st day of May 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE