**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  94-381** |
| **v.** | * | **SECTION:  "C"** |
| **LEN DAVIS** | * | |

*     *     *

**GOVERNMENT'S RESPONSE TO MOTION TO STRIKE SENTENCING CLAIMS**
**FROM SECTION 2255 MOTION (DOC. 2323)**

The United States does not oppose the "motion to strike sentencing claims from § 2255 motion" (Doc. 2323), filed on Len Davis's behalf by standby counsel, in which they move to strike all claims from the § 2255 motion which the defendant does not desire to pursue, as he set out in Document 2273.

Respectfully Submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

/s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney
La. Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3027
E-mail:  michael.mcmahon @usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney

2