**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  94-381** |
| **v.** | * | **SECTION:  "C"** |
| **LEN DAVIS** | * | |

*        *        *

**GOVERNMENT'S MOTION FOR PARTIAL RECONSIDERATION**
**OF ORDER AND REASONS GRANTING IN PART**
**STAND-BY COUNSEL'S MOTION TO VACATE COURT'S**
**GRANT OF *FARETTA* RELIEF (REC. DOC. 2321)**

**NOW INTO** COURT, through undersigned counsel, comes the United States of America, and, for the reasons stated in the accompanying "Government's Memorandum in Support of Motion for Partial Reconsideration of Order and Reasons Granting in Part Stand-By Counsel's Motion to Vacate Court's Grant of Relief under *Faretta v. California*," hereby moves the Court to reconsider in part its order and reasons of April 9, 2013. (Rec. Doc. 2321).

The government only seeks reconsideration of the court's Order and Reasons vacating in part its previous order (Rec. Doc. 2266) allowing defendant Len Davis ("Davis") to proceed *pro se*, as he has repeatedly and adamantly requested throughout these proceedings, on his petition for habeas relief brought under 28 U.S. § 2255.  The government specifically does not seek reconsideration of the court's decision allowing defendant Len Davis to proceed *pro se* on the claims he listed in Rec. Doc. 2273   The government does seek reconsideration of the court's finding that (1) Davis does not have the right under *Faretta v. California*, 422 U.S. 806 (1975) to proceed *pro se* in this *habeas* proceeding brought under 28 U.S. § 2255:  (2) that Davis must be represented by stand-by counsel on *habeas* claims and/or issues he did not file or specifically adopt in Rec. Doc. 2273; (3) that *Martinez v. Court of Appeal of Cal.*, 528 U.S. 152 (2000) holds,

1

as a matter of law, that Davis does not have the right to represent himself and control the

litigation in this § 2255 proceeding;  and (4) that defendant Davis has waived his rights under 28

U.S.C. § 1654 to proceed *pro se.*

Respectfully Submitted,


DANA J. BOENTE
UNITED STATES ATTORNEY


/s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney
La. Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3027
E-mail:  michael.mcmahon @usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, I electronically filed the foregoing with the Clerk of
Court by using the CM/ECF system which will send a notice of electronic filing to all defense
counsel of record, and by mailing the same to Len Davis, properly addressed and postage
prepaid.

s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney

2