## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *     **CRIMINAL DOCKET NO. 94-381**

       **v.**     *     **SECTION: "C"**

**LEN DAVIS**     *

       *    *    *

## NOTICE OF HEARING

TO:    Rebecca L. Hudsmith
       Federal Public Defender
       Western & Middle Districts of Louisiana
       102 Versailles Blvd
       Suite 816
       Lafayette, LA 70501

       Sarah L. Ottinger
       636 Baronne St.
       New Orleans, LA 70113

       Len Davis
       Prisoner No. 24325-034
       FCC Terre Haute
       U. S. Penitentiary
       P. O. Box 33
       Terre Haute, IN 47808-0033

       **PLEASE TAKE NOTICE** that the undersigned will bring the attached Government's

Motion for Partial Reconsideration of Order and Reasons Granting in Part Stand-by Counsel's

Motion to Vacate Court's Grant of *Faretta* Relief (Doc. 2321) before the Honorable Helen G.

Berrigan, United States District Judge, at United States District Court, Eastern District of

Louisiana, 500 Poydras Street, Courtroom C-552, New Orleans, Louisiana 70130, on the 22nd

day of May, 2013, at 9:30 a.m.

> Respectfully submitted,
>
> DANA J. BOENTE
> United States Attorney
>
>
> */s/ Michael E. McMahon*              .
> MICHAEL E. McMAHON
> Assistant United States Attorney
> Louisiana Bar Roll Number 10095
> 650 Poydras Street, Suite 1600
> New Orleans, LA  70130
> Telephone:  (504) 680-3027
> E-mail: michael.mcmahon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

> s/Michael E. McMahon
> MICHAEL E. McMAHON
> Assistant United States Attorney