## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Motion for Leave to File Amendment to 2255 Motion,*

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Mr. Davis is granted leave to file the Amendment and the claim asserted therein is incorporated into his previously-filed § 2255 Motion (Doc. No. 2265).

.

New Orleans, Louisiana, this ___ day of _____, 2013.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1