UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

IT IS ORDERED that the following motions noticed for submission/hearing on **MAY 22, 2013,** will be considered on the briefs.

CR94-381   UNITED STATES OF AMERICA V LEN DAVIS
Motion by the United States of America for partial reconsideration of order and reasons granting in part stand-by counsel's motion to vacate court's grant of *Faretta* relief (2326)

CR11-157   UNITED STATES OF AMERICA V MARK J. TITUS
Motion by Mark J. Titus for a hearing and to recover his attorney fees and litigation expenses due to the Government's vexatious, frivolous and/or bad faith prosecution (296)

New Orleans, Louisiana, this 15th day of May 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE