N THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | |

## MOTION FOR LEAVE TO FILE AMENDMENT TO § 2255 MOTION

NOW COMES Len Davis, with and through standby counsel, pursuant to the Fifth and Sixth Amendments, Rule 12 of the Rules Governing § 2255 Cases and Fed. R. Civ. P. 15, and respectfully requests, for the reasons asserted in the accompanying Memorandum of Law, that this Court grant him leave to file an amendment to his § 2255 Motion with additional grounds for relief. Mr. Davis respectfully requests that the accompanying claim be incorporated as part of his previously-filed § 2255 Motion (Doc. No. 2265).

WHEREFORE, Mr. Davis asks that this Court grant his Motion for Leave to File an Amendment, and incorporate the accompanying claim into his previously-filed § 2255 Motion (Doc. No. 2265).

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 17th day of May, 2013.

/s Sarah Ottinger_____
Sarah Ottinger