**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| LEN DAVIS | * | |
| | * * * | |

## MOTION FOR EXTENSION TO FILE RESPONSE TO DOCUMENT 2329

NOW INTO COURT comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect moves the court to extend the time to file the government's response to "Motion for Leave to File Amendment to § 2255 Motion," filed by the defendant on May 17, 2013.  The government's response is due May 28, 2013, and a hearing on the motion has been set for Wednesday, June 5, 2013.

The government respectfully moves the court for a two-and-a-half week extension, or until June 14, 2013, within which to file its opposition, for reasons set forth in the memorandum accompanying this motion.

Respectfully submitted,

DANA J. BOENTE
United States Attorney


*/s/ Michael E. McMahon*
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3027
E-mail: michael.mcmahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney