**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |

\*   \*   \*

## **O R D E R**

Considering the foregoing unopposed motion,

**IT IS ORDERED** that the government's motion for extension to file response to

Document 2329 is granted and it is now due on June 14, 2013.

New Orleans, Louisiana, this _____ day of _____, 2013.


_____
UNITED STATES DISTRICT JUDGE