**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| LEN DAVIS | * | |
| | * * * | |

**MEMORANDUM IN SUPPORT**
**OF THE MOTION FOR EXTENSION TO FILE RESPONSE TO DOCUMENT 2329**

The government seeks a two-and-a-half week extension, from May 28, 2013, to June 14, 2013, within which to file its response due May 28, 2013, to Document 2329, the "Motion for Leave to File Amendment to § 2255 Motion." The undersigned will be out of the state on personal business from May 22 until May 28, and, despite due diligence, there is insufficient time to properly research the response and file it before the departure date. The defendant will not be prejudice by this extension, since there are already pending motions in this matter awaiting decision by the court, and because the defendant is incarcerated in the Federal Penitentiary at Terre Haute, Indiana, under a sentence of death. Standby counsel have been apprised of this motion for extension and does not oppose it.

Respectfully submitted,

DANA J. BOENTE
United States Attorney

*/s/ Michael E. McMahon*
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3027
E-mail: michael.mcmahon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney
