UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *     CRIMINAL DOCKET NO. 94-381

        v.              *     SECTION: "C"

LEN DAVIS               *

                  *    *    *

**O R D E R**

Considering the foregoing unopposed motion,

**IT IS ORDERED** that the government's motion for extension to file response to

Document 2329 is granted and it is now due on June 14, 2013.

New Orleans, Louisiana, this 20th day of     May    , 2013.

UNITED STATES DISTRICT JUDGE