UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORDER

IT IS ORDERED that the following motion noticed for submission/hearing on **JUNE 5, 2013**, will be considered on the briefs.

CR 94-381    UNITED STATES OF AMERICA V LEN DAVIS
Motion by Len Davis for leave to file amendment to § 2255 motion (2329)

New Orleans, Louisiana, this 30th day of May 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE