**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

### GOVERNMENT'S *EX PARTE* MOTION TO EXTEND DEADLINE
### IMPOSED IN DOCUMENT 2321

In its Order and Reasons (doc. 2321) of April 9, 2013, the Court ordered, among other things, that the government file a response no later than June 28, 2013, to motions to conduct discovery (docs. 2267, 2268). The government moves to extend the deadline:

On Friday, June 21, 2013, the undersigned consulted with the Court's clerk and we agreed that, in the interest of judicial economy and order, the June 28, 2013 deadline should be extended because there are several outstanding motions to be decided, filed following the April 9, 2013 Order: the motion to strike sentencing claims from § 2255 motion (doc. 2323, filed by standby counsel on April 11, 2013); the government's motion for partial reconsideration of order and reasons granting in part standby counsel's motion to vacate courts grant of *Faretta* relief (doc. 2326, filed May 7, 2013); motion for leave to file amendment to § 2255 motion (doc. 2327, filed May 13, 2013); and the government's opposition to motion for leave to file amendment to § 2255 motion (doc. 2333, filed June 14, 2013).

In light of these outstanding motions, which affect the order to conduct discovery since the issues to be litigated have yet to be established by the on-going motion practice, the United States moves *ex parte*, in the interest of judicial economy and efficiency, to extend the time to conduct discovery until the outstanding motions are resolved.

Respectfully submitted,

DANA J. BOENTE
United States Attorney

*/s/ Michael E. McMahon*
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3027
E-mail: michael.mcmahon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

*/s/ Michael E. McMahon*
MICHAEL E. McMAHON
Assistant United States Attorney