**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET NO. 94-381

          v.                                *          SECTION: "C"

LEN DAVIS                                   *

                              *     *     *

## ORDER

Considering the foregoing ex parte motion by the United States,

**IT IS HEREBY ORDERED** that the government's response to motions to conduct discovery, currently set for June 28, 2013, is extended until such time as the outstanding motions in this capital litigation are decided.

New Orleans, Louisiana, this _____ day of _____, 2013.

                              _____
                              UNITED STATES DISTRICT JUDGE