**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

## ORDER

Considering the foregoing ex parte motion by the United States,

**IT IS HEREBY ORDERED** that the government's response to motions to conduct

discovery, currently set for June 28, 2013, is extended to be reset by the Court.

.

New Orleans, Louisiana, this 25th   day of   June   , 2013.

_____
UNITED STATES DISTRICT JUDGE