UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 94-381

LEN DAVIS                                   SECTION "C"

ORDER

It has come to the attention of the Court that older documents in this record are not remotely accessible to counsel and/or the public.  As a result of counsel's restricted access, standby counsel was unable to cite to this Court's record in the motion under 2255 and related motions.

Accordingly,

IT IS ORDERED that as soon as possible and no later than July 24, 2013, the Clerk of Court shall ensure that all non-sealed documents in the record of this matter are accessible to counsel and the public electronically via PACER and/or CM/ECF to the same extent they are available at the courthouse.

IT IS FURTHER ORDERED that by August 23, 2013, standby counsel for the defendant shall provide the Court a supplement containing the translation of the record citations contained in the motion under § 2255 to relate to this Court's record.  Rec. Doc.

2265.  The Court will attempt to expedite approval of this expenditure, estimated at 8

hours of paralegal time.

New Orleans, Louisiana, this 19th day of July, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE