**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO COMPLETE CONVERSION OF RECORD CITATIONS

NOW COMES Len Davis, through undersigned counsel, and respectfully requests that this Court grant an additional 30 days to complete conversion of the record citations in his § 2255 Motion to the format requested by this Court.

Throughout Mr. Davis' § 2255 Motion, undersigned counsel cited to the record on appeal as compiled for his post-resentencing appeal to the Fifth Circuit. This record on appeal consisted of a sequentially-paginated record, two supplemental records, exhibits from the first and second trials, and various loose transcripts cited by date. On July 19, 2013, this Court ordered that counsel for Mr. Davis convert the citations to reflect the documents and transcripts available on the CM/ECF docket, by August 23, 2013.

It has since become apparent that the amount of time required to convert hundreds of citations to hundreds of different documents into a different format was greatly underestimated. Counsel for Mr. Davis has contacted A.U.S.A. Michael McMahon, who has no objection to this Court granting thirty additional days to complete this task.

1

WHEREFORE, for the foregoing reasons, Petitioner respectfully moves for an additional 30 days to complete conversion of the record citations in his § 2255 Motion to the format requested by this Court.

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Standby Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 23rd day of August, 2013.

/s Sarah Ottinger_____
Sarah Ottinger

2