# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Unopposed Motion for 30 Day Extension of Time to Complete Conversion of Record Citations,*

IT IS HEREBY ORDERED THAT standby counsel shall complete the conversion of the record citations contained in the § 2255 Motion on or before September 23, 2013.

New Orleans, Louisiana, this 27th day of _____August_____, 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1