UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 94-381

LEN DAVIS                               SECTION "C"

ORDER AND REASONS

IT IS ORDERED that any opposition to the motion for leave to conduct discovery filed by the Len Davis shall be filed no later than November 18, 2013, at which time the motion will be taken under advisement.  Rec. Doc. 2267.  The government should address all issues set forth in the motion.

IT IS FURTHER ORDERED that any opposition to the motion to interview jurors filed by Len Davis shall be filed no later than November 18, 2013, at which the motion will be taken under advisement.  Rec. Doc. 2268.  The government should address all issues raised in the motion.

New Orleans, Louisiana, this 18th day of October, 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE