**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE
OPPOSITIONS TO DEFENDANT'S MOTION FOR LEAVE TO CONDUCT
DISCOVERY (DOC. 2267) AND MOTION TO INTERVIEW JURORS (DOC. 2268)**

NOW INTO COURT comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect moves the court to extend the time to file the government's oppositions to "Motion for Leave to Conduct Discovery" and "Motion to Interview Jurors," filed by the defendant on March 20, 2013.   The government's oppositions are currently due on November 18, 2013.

Stand-by counsel, Rebecca L. Hudsmith, was apprised of this motion and does not oppose it; the defendant's position regarding the extension is not known and, because he cannot be contacted immediately since he is incarcerated at the federal penitentiary at Terre Haute, Indiana, this motion is being filed based upon Ms. Hudsmith's representation, for the sake of expediency, since the deadline of November 18, 2013, may expire before defendant Davis can be contacted, and he can respond.

The government respectfully moves the court for a two-and-a-half week extension, or until December 2, 2013, within which to file its oppositions, for reasons set forth in the memorandum accompanying this motion.

WHEREFORE, the United States respectfully moves the Court to extend by two weeks the time within which to file its opposition to Record Document 2284.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

 /s/Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana    70130
Telephone: (504) 680-3027

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

/s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney

2