**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTION FOR LEAVE TO CONDUCT DISCOVERY (DOC. 2267) AND MOTION TO INTERVIEW JURORS (DOC. 2268)**

The Court ordered on October 18, 2013, that any opposition to the defendant's "Motion for Leave to Conduct Discovery" and "Motion to Interview Jurors" be filed by November 18, 2012. (Doc. 2343). The government, however, needs additional time to prepare responses to said motions because the undersigned has just completed an appellate brief to the United States Court of Appeals for the Fifth Circuit, the completion of which has interfered with the research and writing attendant to responding to the two motions.

Two additional weeks, or until December 2, 2013, should be sufficient time to accomplish this task.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana    70130
Telephone: (504) 680-3027

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

/s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney