**UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**      *      **CRIMINAL DOCKET NO. 94-381**

        **v.**                *      **SECTION: "C"**

**LEN DAVIS**               *

                *     *     *

**O R D E R**

Considering the foregoing motion by the United States;

**IT IS HEREBY ORDERED** that the request for a two-week extension to file oppositions to defendant's Motion for Leave to Conduct Discovery (Doc. 2267) and Motion to Interview Jurors (Doc. 2268) is **GRANTED** and is now due on December 2, 2013.

New Orleans, Louisiana this _____ day of November, 2013**.**

_____
UNITED STATES DISTRICT JUDGE