**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**   \*   **CRIMINAL DOCKET NO. 94-381**

    **v.**   \*   **SECTION: "C"**

**LEN DAVIS**   \*

      \*   \*   \*

### O R D E R

Considering the foregoing motion by the United States;

**IT IS HEREBY ORDERED** that the request for a two-week extension to file

oppositions to defendant's Motion for Leave to Conduct Discovery (Doc. 2267) and Motion to

Interview Jurors (Doc. 2268) is **GRANTED** and is now due on December 2, 2013.

New Orleans, Louisiana this __14th__ day of November, 2013**.**

                _____
              UNITED STATES DISTRICT JUDGE