### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CASE NO. 2:94-cr-00381** |
| | \* | |
| **v.** | \* | |
| | \* | **SECTION "C"** |
| **LEN DAVIS** | \* | |
| | \* | **THIS IS A CAPITAL CASE** |

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY

Now comes Len Davis, through standby counsel, and respectfully moves this Court for leave to file replies to the Government's Oppositions to Mr. Davis' Motion for Discovery and Motion for Jury Interviews, and further requests that his replies be due sixty (60) days from the date of this Court's order.

This Court originally ordered the Government to file responses to Mr. Davis' Motion for Discovery (Doc. 2267) and Motion for Juror Interviews (Doc. 2268) by June 28, 2013. Doc. 2321. After several extensions of time, the Government ultimately filed these responses on November 27, 2013. Docs. 2346, 2347.

Due to undersigned counsel's time commitments in other capital cases and administrative matters, as well as the holidays, counsel request additional time to reply to the extensive arguments made in the Government's recent pleadings.

Counsel for the Government has been contacted and has no objection to extending the time to reply..

1

WHEREFORE, Mr. Davis respectfully requests leave to file replies to the Government's Oppositions to Mr. Davis' Motion for Discovery and Motion for Jury Interviews, and further requests that these Replies be due sixty (60) days from the date of this Court's order.

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 2nd day of January, 2014.

/s Sarah Ottinger_____
Sarah Ottinger