**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

**ORDER**

Having considered the *Unopposed Motion for Leave to File Reply,*

IT IS HEREBY ORDERED THAT standby counsel is granted leave to file replies to the

Government's Oppositions to Motion for Discovery and Motion for Jury Interviews within 60

days of the date of this order.

New Orleans, Louisiana, this ___ day of _____, 2014.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1