# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Unopposed Motion for Leave to File Reply,*

IT IS HEREBY ORDERED THAT standby counsel is granted leave to file replies to the Government's Oppositions to Motion for Discovery and Motion for Jury Interviews within 60 days of the date of this order.

New Orleans, Louisiana, this 2nd day of _____ January _____, 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1