**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**      *      **CRIMINAL DOCKET NO. 94-381**

**v.**                            *

                                         **SECTION: "C"**

**LEN DAVIS**                     *

                    *      *      *

**GOVERNMENT'S MOTION TO BE NOTICED AND ALLOWED TO PARTICIPATE**
**IN JUROR INTERVIEWS AND TO STAY INTERVIEWS**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, who, for the reasons set forth in the attached Memorandum in Support, respectfully moves this Honorable Court to order that the government be noticed of and allowed to attend and participate in any interview of any juror, and further moves for a brief stay of the Court's order granting counsel's motion to interview jurors, Rec. Docs 2268, 2352, until after June 5, 2014, to permit government participation.

**WHEREFORE**, the government respectfully requests that the Court order that the government be noticed of the time and date, and allowed to attend and participate in, any interview of any juror, and that the Court's order granting counsel's motion to interview jurors

be stayed until after June 5, 2014, to permit government participation.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

/s/ Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana    70130
Telephone: (504) 680-3027

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney