**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**        \*        **CRIMINAL DOCKET NO. 94-381**

**v.**                                                        \*

                                                                **SECTION: "C"**

**LEN DAVIS**                                              \*

                                                \*        \*        \*

## ORDER

Considering the foregoing, the government's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that counsel for the defendant provide advance notice to the government of the time and date of any interview of any 1996 or 2005 juror in the foregoing case. **IT IS FURTHER ORDERED** that the government is allowed to be present at and participate in any such interview.

**IT IS FURTHER ORDERED** that this Court's order granting counsel's motion to interview jurors, Rec. Doc. 2352, is stayed until after June 5, 2014, to permit government participation.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
HONORABLE HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE