UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | SECTION: "C" |
| LEN DAVIS | * | |
| | * * * | |

## NOTICE OF HEARING

TO:    Rebecca L. Hudsmith
       Federal Public Defender
       Western & Middle Districts of Louisiana
       102 Versailles Blvd, Suite 816
       Lafayette, LA 70501

       Sarah L. Ottinger
       Capital Appeals Project
       636 Baronne St.
       New Orleans, LA 70113

       Len Davis
       Prisoner No. 24325-034
       FCC Terre Haute
       U. S. Penitentiary
       P. O. Box 33
       Terre Haute, IN 47808-0033

**PLEASE TAKE NOTICE** that the undersigned will bring the attached Government's

Motion to Be Noticed and Allowed to Participate in Juror Interviews and to Stay Interviews

before the Honorable Helen G. Berrigan, United States District Judge, at United States District

Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom C-552, New Orleans, Louisiana 70130, on the 4th day of June, 2014, at 9:30 a.m.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
United States Attorney


*/s/ Michael E. McMahon*
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3027
E-mail: michael.mcmahon@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney