**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**UNITED STATES OF AMERICA**          \*          **CRIMINAL DOCKET NO. 94-381**

**v.**                                              \*

                                                              **SECTION: "C"**

**LEN DAVIS**                                \*

                                   \*     \*     \*

### GOVERNMENT'S MOTION FOR EXPEDITED HEARING

   **NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests an expedited hearing on the Government's Motion to Be Noticed and Allowed to Participate in Juror Interviews and to Stay Interviews, for the following reasons:

   Undersigned Assistant United States Attorney Michael E. McMahon will be out of the country until June 5, 2014.   In order to effectuate the Government's request for a stay of any interviews of jurors in this matter pending the undersigned's return, it is necessary to address that motion expediently. However, the Court's next regularly scheduled hearing date is June 4, 2014.   Should the Court decide only after a hearing on June 4, 2014, to grant a stay, the Government's motion may be rendered moot, as counsel for the defense would be able to interview jurors without the government's presence and participation at least until that date.   To avoid this situation, and for the reasons set forth in the Government's memorandum in support of its motion to be noticed and participate in juror interviews and

to stay interviews, the Government requests that the hearing on the motion be expedited.

**WHEREFORE**, the Government requests that its Motion for an Expedited Hearing be granted.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana    70130
Telephone: (504) 680-3027




**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney