**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | |
| | | **SECTION: "C"** |
| **LEN DAVIS** | * | |
| | * * * | |

## ORDER

Considering the foregoing, the government's motion to expedite is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the hearing on Government's Motion to Be Noticed

and Allowed to Participate in Juror Interviews and to Stay Interviews (Doc. 2354), is scheduled

for _____, 2014 at _____ a.m.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
HONORABLE HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE