IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | THIS IS A CAPITAL CASE |

## OPPOSITION TO GOVERNMENT'S MOTION TO BE NOTICED AND ALLOWED TO PARTICIPATE IN JUROR INTERVIEWS AND FOR STAY

NOW COMES Len Davis, through undersigned counsel, who respectfully requests that this Court deny the Government's Motion to be Noticed and Allowed to Participate in Juror Interviews and for Stay (Doc. No. 2354) for the following reasons:

1.    The order the Government seeks is unprecedented.[1]  In essence, it requests that this Court order the defense to notice the Government of defense interviews of witnesses, and allow the Government to participate in defense interviews of witnesses.[2]  The Government points to no authority supporting its right to be notified of and present at defense witness interviews.[3]

---

[1] In addition, the Government seeks to re-litigate a matter that has already been fully litigated.  *See* Motion to Interview Jurors (Doc. No. 2268); Government's Opposition to Motion to Interview Jurors (Doc. No. 2347); Reply Memorandum in Support of Motion to Interview Jurors (Doc. No. 2351); Orders and Reasons (Doc. No. 2352).

[2] The Government has not requested, nor has it been granted by this Court, permission to interview jurors, except perhaps pursuant to this Court's notification of jurors at the 1996 trial that they could talk to "attorneys" in the case. Doc. No. 2352 at 2.

[3] In support of the general proposition that this Court may impose the limitations it seeks upon juror interviews, the Government cites *United States v. Harrelson*, 713 F.2d 1114 (5ᵗʰ Cir. 1983).  Doc. No. 2354-1 at 1.  In *Harrelson*, the district court imposed upon media seeking juror interviews limitations that it should go without saying undersigned counsel, as officers of the court, will respect: they are the law.  *Id*. at 1116 (jurors may refuse interviews or comment and once a juror has declined to be interviewed, a repeat request for an interview cannot be made); *see also* LR 47.5(B) ("No person may make repeated requests for interviews or questioning after a juror has expressed

1

Indeed, in § 2255 litigation, no court has ordered limitations of defense juror interviews other than those already imposed by law, which undersigned counsel are bound to respect as officers of the court.

2.      To the extent the Government's motion implies that juror witnesses must somehow be protected from interviews conducted by the defense, there is no cause for concern. Both undersigned counsel have interviewed countless jurors in capital cases in Louisiana, and have never received complaints of misconduct, or even unprofessional or disrespectful conduct. It is our long-held belief, based upon significant experience interviewing capital jurors, that they perform a critical, thankless and incomprehensibly burdensome job in our criminal justice system, and should be treated by all with utmost respect.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Government's Motion to be Noticed and Allowed to Participate in Juror Interviews and for Stay be denied.

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

---

his or her desire not to be interviewed"). The court did not require that the Government be notified of or allowed to participate in the interviews. *Harrelson*, at 116.

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 22nd day of May, 2014.

/s Sarah Ottinger_____
Sarah Ottinger