UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL NO. 94-381

V.

SECTION "C"

LENDAVIS

TENDERED FOR FILING

MAY 19 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    MAY 19 2014.

WILLIAM W. BLEVINS
CLERK

COMES NOW MOVANT LEN DAVIS WHO REQUEST THAT APPELLATE COUNSEL BE APPOINTED BY THIS COURT TO FILE "EMERGENCY WRIT" TO FIFTH CIRCUIT COURT OF APPEALS PERTAINING TO THIS COURT'S 'ORDER' DISSOLVING MOVANT OF HIS SIXTH AMENDMENT RIGHT OF SELF REPRESENTATION PROTECTED BY THE SIXTH AMENDMENT OF THE UNITED STATES CONSTITUTION

COMES NOW MOVANT LEN DAVIS WHO STATES THE FOLLOWING: IN THIS COURT'S 'ORDER AND REASONS' DATED APRIL 9, 2013 COURT GRANTED MOVANT'S CO-COUNSEL'S

①

MOTION TO DISSOLVE MOVANT OF HIS SIXTH AMENDMENT RIGHT TO SELF REPRESENTATION. MOVANT ASSERTS THAT THIS IS IN VIOLATION OF THE UNITED STATES CONSTITUTION; THE UNITED STATES SUPREME COURT'S PRE-CEDENT; THE UNITED STATES FIFTH CIRCUIT COURT OF APPEAL'S MANDATES AND CONGRESS'S STATUTORY LAWS.

THIS OFCOURSE WOULD BE A HUGE 'CONFLICT OF INTEREST' FOR CO-COUNSEL TO HANDLE ANY APPEALS ON THIS CLAIM DUE TO FACT IT WAS CO-COUNSEL'S MOTION THAT COURT GRANTED TO DISSOLVE MOVANT OF HIS CONSTITUTIONALLY PROTECTED RIGHT.

IT IS FOR THESE REASONS THAT MOVANT REQUEST THAT COURT APPOINT APPELLATE COUNSEL TO HANDLE APPEAL ON THIS SIGNIFICANT APPELLATE ISSUE.

②

THEREFORE, MOVANT REQUEST THAT COURT APPOINT APPELLATE COUNSEL TO THIS CASE FOR THE SOLE PURPOSE OF FILING 'EMERGENCY WRIT' TO FIFTH CIRCUIT COURT OF APPEALS. (SEE OTHER ATTACHED MOTION THAT'S IN CONJUNCTION WITH THIS ONE)

RESPECTFULLY SUBMITTED
BY 'PRO SE' MOVANT

LEN DAUH

MAY 14, 2014



MR. LEN DAVIS

24325634

Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801.

☒ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☐ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130
CASE #94-381 "C"

ATTN: JUDGE HELEN BERRIGAN