## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Considering the foregoing *Motion Opposing Transfer of Petitioner from USP Terre Haute to a District Prison,*

IT IS HEREBY ORDERED that at this time, the Court will allow Mr. Davis to remain at USP Terre Haute.

New Orleans, Louisiana, this ___ day of _____, 2014.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1