## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the attached Motion Opposing Transfer of Petitioner from USP Terre Haute to a District Prison before the Honorable Helen G. Berrigan, United States District Court Judge, on Wednesday, June 18, 2014 at 9:30 a.m.

Respectfully submitted,

/s Sarah L. Ottinger_____
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
rebecca_hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 23rd day of May, 2014.

/s Sarah Ottinger_____
Sarah Ottinger