UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 94-381

LEN DAVIS                                   SECTION "C"

ORDERS AND REASONS

IT IS ORDERED that the government's motion to be noticed and allowed to

participate in juror interviews and to stay interviews is DENIED.   Rec. Doc. 2354–55.

The Court previously stated that it would not assist counsel in locating jurors, and now

adds that it will not otherwise be involved in the interview of any juror as a matter of

course.  In the event there are allegations of impropriety, appropriate motions can be

filed.

New Orleans, Louisiana, this 27th day of May, 2014.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1