UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S.A.

V.

LEN DAVIS

CRIMINAL CASE NO. 94-381

SECTION 'C'

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 09 2014

WILLIAM W. BLEVINS
CLERK

MOTION OF MOVANT REQUESTING THAT HE RECEIVED 'LEAVE' TO PROCEED IN FORMA PAUPERIS ON APPEAL TO FIFTH CIRCUIT

TENDERED FOR FILING

JUN - 9 2014

U.S. DISTRICT COURT
Eastern District of Louisiana

COMES NOW MOVANT LEN DAVIS WHO STATES THE FOLLOWING: MOVANT WAS TOLD ORIGINALLY THAT DUE TO FACT HE WAS ALREADY GRANTED 'FORMA PAUPERIS' STATUS IN DISTRICT COURT; THAT IT WAS UNNECC-ESSARY TO APPLY AGAIN ON APPEAL.

HOWEVER, MOVANT RECEIVED A NOTICE FROM FIFTH CIRCUIT CLERK LYLE W. CAYCE ON JUNE 5, 2014 NOTIFYING MOVANT THAT HE NEEDED TO RECEIVE PERMISSION FROM THIS CLERKS OFFICE GRANTING IN FORMA PAUPERIS STATUS.

THEREFORE, THIS IS A FORMAL REQUEST ASKING THIS CLERKS OFFICE TO NOTIFY FIFTH CIRCUIT CLERKS OFFICE OF MOVANT'S "IN FORMA PAUPERIS" STATUS. ALSO, THERE IS NO NEED FOR TRANSCRIPT ON THIS APPEAL, JUST COURT'S ORDERS AND REASONS WHICH ARE ALREADY ON FILE IN THIS OFFICE. ALSO, ANYTHING I'M NOT AWARE OF THAT MOVANT NEEDS TO PROCEED FORWARD WITH THIS APPEAL MOVANT IS NOW REQUESTING IN THIS MOTION. MOVANTS APPEAL NUMBER FOR CASE IS NO. 14-30516. DEPUTY CLERK OF FIFTH CIRCUIT ASSIGNED THIS CASE IS DANTRELL L. JOHNSON.

RESPECTFULLY SUBMITTED BY

LEN DAVIS
06-05-14

MR. LEN DAVIS
Name
24325034
Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

☒ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

☐ U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

INMATE
IDENTIFICATION
CONFIRMED

INDIANAPOLIS IN 460
06 JUN 2014 PM 4 L



CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130

70130899999