## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *     CASE NO. 2:94-cr-00381

VERSUS     *     SECTION: "C"

LEN DAVIS     *

**MOTION FOR LEAVE TO FILE UNDER SEAL *EX PARTE* MOTION FOR APPROVAL OF PROPOSED BUDGET FOR ATTORNEYS FEES AND EXPENSES AND INTERIM PAYMENT OF ATTORNEYS FEES AND EXPENSES, *EX PARTE* MEMORANDUM IN SUPPORT AND *EX PARTE* ORDER REGARDING BUDGET FOR ATTORNEYS FEES AND EXPENSES AND INTERIM PAYMENTS**

NOW INTO COURT comes LEN DAVIS, through undersigned counsel, and pursuant to Local Rule 5.6, requests leave to file under seal an *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments.  In support, Mr. Davis submits the attached memorandum.

WHEREFORE, Mr. Davis prays that this Court order the *ex parte* pleadings filed under seal as requested.

Respectfully submitted,

/s/ Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 429-5955
Saraho@thejusticecenter.org

/s/ Rebecca L. Hudsmith
Federal Public Defender for the Middle and
Western Districts of Louisiana
102 Versailles Blvd., Suite 816

Lafayette, LA 70506
(337) 262-6336
Rebecca_Hudsmith@fd.org

**COUNSEL FOR LEN DAVIS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with

the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record on this 13th day of June, 2014.

/s/ Rebecca L. Hudsmith
Rebecca L. Hudsmith