**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| **VERSUS** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL *EX PARTE* MOTION FOR
APPROVAL OF PROPOSED BUDGET FOR ATTORNEYS FEES AND EXPENSES
AND INTERIM PAYMENT OF ATTORNEYS FEES AND EXPENSES,
*EX PARTE* MEMORANDUM IN SUPPORT AND *EX PARTE* ORDER
REGARDING BUDGET FOR ATTORNEYS FEES AND EXPENSES
AND INTERIM PAYMENTS**

NOW INTO COURT comes LEN DAVIS, through undersigned counsel, and pursuant to Local Rule 5.6, has moved for leave to file under seal an *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments.

According to the *Guide to Judiciary Policy*, Vol. 7, Ch. 2, § 230.26.20, governing case budgeting procedures, "[c]ase budgets should be submitted *ex parte* and filed and maintained under seal." § 230.26.20(c). In this way, counsel's privileged and work product litigation strategy and plans are not made known to the prosecution or the public in violation of the attorney-client and work product privileges.

WHEREFORE, Mr. Davis prays that this Court order the *ex parte* pleadings filed under seal as requested.

Respectfully submitted,

/s/ Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 429-5955
Saraho@thejusticecenter.org

/s/ Rebecca L. Hudsmith
Federal Public Defender for the Middle and
Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70506
(337) 262-6336
Rebecca_Hudsmith@fd.org

**COUNSEL FOR LEN DAVIS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 13th day of June, 2014.

/s/ Rebecca L. Hudsmith
Rebecca L. Hudsmith