**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          *          **CASE NO. 2:94-cr-00381**

**VERSUS**          *          **SECTION: "C"**

**LEN DAVIS**          *

**ORDER GRANTING
LEAVE TO FILE UNDER SEAL *EX PARTE* MOTION FOR
APPROVAL OF PROPOSED BUDGET FOR ATTORNEYS FEES AND EXPENSES
AND INTERIM PAYMENT OF ATTORNEYS FEES AND EXPENSES,
*EX PARTE* MEMORANDUM IN SUPPORT AND *EX PARTE* ORDER
REGARDING BUDGET FOR ATTORNEYS FEES AND EXPENSES
AND INTERIM PAYMENTS**

Considering the foregoing Motion for Leave to File Under Seal *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments,

IT IS HEREBY ORDERED THAT pursuant to the *Guide to Judiciary Policy*, Vol. 7, Ch. 2, § 230.26.20(c), the *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments should be submitted *ex parte* and filed and maintained under seal.

The Clerk of Court is DIRECTED to file *ex parte* and under seal the above-referenced pleadings and to reflect the sealing of these pleadings on the docket of the Court. The pleadings will remain *ex parte* and under seal until further notice of the Court.

New Orleans, Louisiana, on this ___ day of _____, 2014.


_____
HELEN G. BERRIGAN, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA