**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| **VERSUS** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the undersigned will bring the attached Motion for Leave to File Under Seal *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments before the Honorable Helen G. Berrigan, United States District Judge, on Wednesday, July 2, 2014 at 9:30 a.m.

Respectfully submitted,

/s/ Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 429-5955
Saraho@thejusticecenter.org

/s/ Rebecca L. Hudsmith
Federal Public Defender for the Middle and
Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70506
(337) 262-6336
Rebecca_Hudsmith@fd.org

**COUNSEL FOR LEN DAVIS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with

the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record on this 13th day of June, 2014.

/s/ Rebecca L. Hudsmith
Rebecca L. Hudsmith