AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
**EASTERN DISTRICT of Louisiana**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JUN 16 2014   WP
WILLIAM W. BLEVINS
CLERK

**U.S.A**

_____
Plaintiff

V.

**LEN EDWIN DAVIS**
_____
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **94-381 C (S)**

I, **LEN EDWIN DAVIS** , declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant         ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **TERRE HAUTE, INDIANA U.S.P.**

   Are you employed at the institution? **NO** Do you receive any payment from the _____

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.     **N/A**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   **DECEMBER 5, 1994 - $500.00 EVERY TWO WEEKS - NEW ORLEANS POLICE DEPARTMENT.**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes     ☑ No
   b. Rent payments, interest or dividends     ☐ Yes     ☑ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☑ No
   d. Disability or workers compensation payments     ☐ Yes     ☑ No
   e. Gifts or inheritances     ☐ Yes     ☑ No
   f. Any other sources     ☑ Yes     ☐ No

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

   **ATTORNEY - SARAH OTTINGER   $130.00 PAST SIX MONTHS**
   **PARALEGAL - ANGELIQUE THOMAS - CAPITAL APPEAL PROJECT INDIGENT FUND**
   **DON'T EXPECT TO RECEIVE ANY MORE FROM THESE SOURCES. - THIS WAS FOR TEN DAYS AND THAT STANDS.**

U.S. DISTRICT COURT Eastern District of Louisiana JUN 13 2014 TENDERED FOR FILING

AO 240 Reverse (EDLA Rev. 8/02)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

If "Yes," state the total amount. _____N/A_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
thing of value?    ☐ Yes    ☑ No

If "Yes," describe the property and state its value.

N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|------|--------------|-------------------------------|
| N/A  | N/A          | N/A                           |

I declare under penalty of perjury that the above information is true and correct.

JUNE 11, 2014
_____Date_____

_____Signature of Applicant_____

---

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _____, has a present inmate account balance of                        at the                                           institution. I further certify
$ _____    _____

that the average monthly deposits for the preceding six months is  $ _____

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is  $ _____

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

---

Date Certified                                        Authorized Officer of Institution

(SEE ATTACHED DOCUMENT)
18 U.S.C. 4001

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 24325034 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | DAVIS, LEN | Housing Unit: | THP-X-A |
| Report Date: | 06/11/2014 | Living Quarters: | X02-318L |
| Report Time: | 1:13:53 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0178 |
| PAC #: | 609937973 |
| Revalidation Date: | 16th |
| FRP Participation Status: | No Obligation |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 9/20/2005 |
| Local Account Activation Date: | 5/24/2011 4:37:02 AM |
| | |
| Sort Codes: | |
| Last Account Update: | 6/2/2014 11:14:24 AM |
| Account Status: | Active |
| Phone Balance: | $0.15 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ___ Payroll    ___ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $7.08 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

_____
Case Manager

Outstanding Negotiable Instruments: $0.00
Administrative Hold Balance: $0.00
Available Balance: $7.08
National 6 Months Deposits: $130.00
National 6 Months Withdrawals: $123.20
Available Funds to be considered for IFRP Payments: ($320.00)
National 6 Months Avg Daily Balance: $9.00
Local Max. Balance - Prev. 30 Days: $62.43
Average Balance - Prev. 30 Days: $13.09

## Commissary History

### Purchases

Validation Period Purchases: $57.30
YTD Purchases: $162.45
Last Sales Date: 6/2/2014 11:14:24 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $320.00
Expended Spending Limit: $57.30
Remaining Spending Limit: $262.70

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

https://10.33.25.106/truweb/InmateInquiryCombined.aspx

6/11/2014

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

## Comments

**Comments:**

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager

InmateStatementCombined

Page 1 of 1

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 24325034 | |
| Inmate Name: | DAVIS, LEN | |
| Report Date: | 06/11/2014 | |
| Report Time: | 1:14:07 PM | |

| | | |
|---|---|---|
| Current Institution: | Terre Haute - FCC | |
| Housing Unit: | THP-X-A | |
| Living Quarters: | X02-318L | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 6/2/2014 11:14:24 AM | 51 | | | Sales | ($55.35) | | $7.08 |
| THA | 5/29/2014 3:07:42 PM | 33314149 | | | Western Union | $60.00 | | $62.43 |
| THA | 5/27/2014 8:40:17 AM | 72 | | | Sales | ($1.95) | | $2.43 |
| THA | 5/5/2014 11:43:37 AM | 3 | | | Sales | ($23.75) | | $4.38 |
| THA | 4/29/2014 7:19:05 AM | 2 | | | Sales | ($1.20) | | $28.13 |
| THA | 4/28/2014 1:23:29 PM | 90 | | | Sales | ($5.10) | | $29.33 |
| THA | 4/24/2014 6:08:11 PM | 33314114 | | | Western Union | $30.00 | | $34.43 |
| THA | 3/11/2014 11:46:27 AM | 33 | | | Sales | ($2.40) | | $4.43 |
| THA | 3/10/2014 10:18:27 AM | 82 | | | Sales | ($6.05) | | $6.83 |
| THA | 3/3/2014 1:11:42 PM | 125 | | | Sales | ($6.15) | | $12.88 |
| THA | 2/25/2014 8:54:20 AM | 52 | | | Sales | ($12.70) | | $19.03 |
| THA | 2/18/2014 9:33:51 AM | 87 | | | Sales | ($8.55) | | $31.73 |
| THA | 2/12/2014 7:09:28 PM | 33314043 | | | Western Union | $40.00 | | $40.28 |
| THA | 10/21/2013 6:36:22 AM | 3 | | | Sales | ($0.60) | | $0.28 |
| THA | 10/15/2013 9:20:25 AM | 93 | | | Sales | ($5.25) | | $0.88 |
| THA | 10/8/2013 6:58:01 AM | 9 | | | Sales | ($13.75) | | $6.13 |
| THA | 10/1/2013 8:54:30 AM | 68 | | | Sales | ($19.65) | | $19.88 |
| THA | 9/16/2013 7:41:29 AM | 31 | | | Sales | ($61.60) | | $39.53 |

**Total Transactions: 18**

| | | |
|---|---|---|
| Totals: | ($94.05) | $0.00 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $7.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.08 |
| Totals: | $7.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.08 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $130.00 | $123.20 | $9.00 | $62.43 | $13.09 | N/A | N/A |

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

_____
Case Manager

LEN DAVIS

24325034
Name

Reg. No.

☐ Federal Prison Camp
P.O. Box 12014
Terre Haute, IN  47801

☒ Federal Correctional Institution
P.O. Box 33
Terre Haute, IN  47808

☐ U.S. Penitentiary
P.O. Box 12012
Terre Haute, IN  47801

INMATE IDENTIFICATION CONFIRMED

CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS LOUISIANA 70130

CASE # 94-381 — APPEAL # NO: 14-30516