UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER  94-381

LEN DAVIS                                   SECTION  "C" (5)

ORDER

Considering the application and affidavit to proceed in forma pauperis on appeal,

IT IS ORDERED that:

[xx]  the motion is **GRANTED**; the party is entitled to proceed in forma pauperis.

[ ]  the motion is **DENIED**; the party has sufficient funds to pay the appellate filing fees.

[ ]  the motion is **DENIED**; the party is not entitled to proceed in forma pauperis for the listed

reasons: _____

_____

_____

New Orleans, Louisiana, this 17th day of June, 2014.


UNITED STATES DISTRICT JUDGE