

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   SEP 16 2014
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 14-30552
USDC Nos. 2:94-CR-381 & 2:12-CV-752

United States Court of Appeals
Fifth Circuit

**FILED**

September 12, 2014

Lyle W. Cayce
Clerk

In re: LEN DAVIS,

Petitioner

Petition for a Writ of Mandamus to the
United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

Len Davis, federal prisoner # 24325-034, has filed in this court a pro se petition for a writ of mandamus. He also moves for leave to file his petition in forma pauperis (IFP) and for appointment of counsel.

Also pending before the court is Davis's interlocutory appeal No. 14-30516. Because the two proceedings raise alternative jurisdictional approaches to the same underlying issues, IT IS ORDERED that this case be consolidated with Appeal No. 14-30516. All further briefing in Appeal No. 14-30516 should also address the issues raised in Davis's mandamus petition. Davis's motions for leave to proceed IFP and for appointment of counsel are CARRIED WITH THE CASE.

/s/ E. Grady Jolly

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

A true copy   12 SEP 2014
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana

____ Fee____
____ Process____
X   Dkid____
____ CtRmDep____
____ Doc. No.____

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 12, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-30516,  Consolodated with 14-30552
In re: Len Davis
USDC No. 2:12-CV-752
USDC No. 2:94-CR-381-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Len Davis
Mr. Michael Edward McMahon

P.S. to All Parties: Attached is the updated case caption that must be used on all future filings in this case.

P.S. to Appellee's Counsel: The issues raised in the mandamus petition must be addressed in the appellee's brief that is currently due on October 14, 2014.

Case Caption

14-30516

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

LEN DAVIS,

Defendant - Appellant

----------------------------------------------

Consolidated with 14-30552

In re:  LEN DAVIS,

Petitioner