**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | |

**MOTION TO FIX DATE FOR REPLY**

NOW COMES Len Davis, through undersigned standby counsel, and moves this Court to fix a date for the filing of a Reply. Rule 5(e) of the Rules Governing Section 2254 and 2255 Cases provides that the petitioner may submit a reply to the respondent's answer or other pleading within a time fixed by the judge. On August 15, 2014, the Government submitted a Response to some of the issues presented in the § 2255 Motion which Mr. Davis specifically adopted in his pro se pleading (Doc. 2273). Doc. 2369. This Court has also ordered the Government to respond to all remaining claims in Mr. Davis' § 2255 Motion by October 15, 2014. Doc. 2352, at 3. In the interest of efficiency, counsel for Mr. Davis would like to file a single Reply to the Government's two responses within 90 days of the date that the Government files its second response.

WHEREFORE, Mr. Davis respectfully asks that this Court set the filing date for a Reply to the Government's responses for 90 days after the Government files its second response.

1

Respectfully submitted,


/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*


## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 25th day of September, 2014.


/s Sarah Ottinger_____
Sarah Ottinger