# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Motion to Fix Date for Reply,*

IT IS HEREBY ORDERED THAT counsel for Mr. Davis shall file a Reply within 90 days of the date that the Government files its response to the remaining issues in Mr. Davis' § 2255 Motion.

New Orleans, Louisiana, this ___ day of _____, 2014.


_____

HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE