# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | |

## MOTION TO DISCOVER NAMES OF JURORS

NOW COMES Len Davis, with and through standby counsel, pursuant to the Fifth, Sixth, and Eighth Amendments, and hereby moves this Court to provide undersigned counsel with the names of the jurors who served at Mr. Davis' 2005 trial. This Court has ruled that counsel for Mr. Davis may interview jurors from both the 1996 and 2005 trials. The names of the jurors who served at the 2005 trial, however, are not found in the record due to this Court's concerns with media and security. Counsel require access to the names of the 2005 jurors in order to interview them. In further support thereof, please see the attached Memorandum.

WHEREFORE, counsel respectfully move this Court to be given access to the names of the jurors[1] who served on the jury at the 2005 trial.

---

[1] The jurors and alternate jurors were referred to by the following numbers: 7 (71); 11 (69); 12 (127); 21 (131); 27 (156); 29 (142); 30 (177); 38 (68); 42 (48); 63 (108); 65 (61); 72 (122); 88 (52); 97 (150); 99 (166).

Respectfully submitted,


/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*


### CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 25th day of September, 2014.


/s Sarah Ottinger_____
Sarah Ottinger