**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

**MEMORANDUM IN SUPPORT OF MOTION TO DISCOVER NAMES OF JURORS**

At a status hearing prior to Mr. Davis' 2005 penalty re-trial, this Court stated that it did not want Mr. Davis to know the names of the prospective jurors, because of potential publicity and/or the jurors' concerns. Doc. 1716, at 9-10. Ultimately the parties agreed to keep the names secret from Mr. Davis and the public, but for the attorneys and court personnel to have access to the names. *Id.* at 12. Undersigned counsel, however, have no access to the jurors' names. Although the verdict form contains the jurors' signatures, counsel have been unable to decipher all of the names with certainty. *See* Doc. 1513, at 13. The record makes clear that this Court provided counsel for both sides with access to the jurors' names. Doc. 1716, at 13.

Mr. Davis has the right to a fair and impartial jury free from extraneous influences, and the right to effective counsel to select that jury. *See*, *e.g.*, *Parker v. Gladden*, 385 U.S. 363, 365 (1966); *Hughes v. United States*, 258 F.3d 453, 463 (6th Cir. 2001). In order to investigate the indications that biased and/or influenced jurors served at Mr. Davis' 2005 trial, counsel must be able to contact the jurors and, if they are willing, interview them. For those reasons, this Court has ruled that undersigned counsel may contact the jurors from the 2005 trial and determine if they will consent to be interviewed. Doc. 2352, at 2.

Accordingly, undersigned counsel ask that they too be provided with the names of the following jurors: 7 (71);[1] 11 (69); 12 (127); 21 (131); 27 (156); 29 (142); 30 (177); 38 (68); 42 (48); 63 (108); 65 (61); 72 (122); 88 (52); 97 (150); 99 (166).

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

**CERTIFICATE OF SERVICE**

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 25 day of September, 2014.

/s Sarah Ottinger_____
Sarah Ottinger

---

[1] The jurors are referred to by their juror number with their questionnaire number in parentheses.