**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

---

## ORDER

Having considered the *Motion to Discover Names of Jurors,*

IT IS HEREBY ORDERED THAT counsel for Mr. Davis, Sarah Ottinger and Rebecca Hudsmith, be given access to the names of the jurors who served at Mr. Davis' 2005 penalty re-trial.

New Orleans, Louisiana, this ___ day of _____, 2014.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE