**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| **VERSUS** | * | **SECTION: "C"** |
| **LEN DAVIS** | * | |

**ORDER GRANTING**
**LEAVE TO FILE UNDER SEAL *EX PARTE* MOTION FOR**
**APPROVAL OF PROPOSED BUDGET FOR ATTORNEYS FEES AND EXPENSES**
**AND INTERIM PAYMENT OF ATTORNEYS FEES AND EXPENSES,**
***EX PARTE* MEMORANDUM IN SUPPORT AND *EX PARTE* ORDER**
**REGARDING BUDGET FOR ATTORNEYS FEES AND EXPENSES**
**AND INTERIM PAYMENTS**

Considering the foregoing Motion for Leave to File Under Seal *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments,

IT IS HEREBY ORDERED THAT pursuant to the *Guide to Judiciary Policy*, Vol. 7, Ch. 2, § 230.26.20(c), the *Ex Parte* Motion for Approval of Proposed Budget for Attorneys Fees and Expenses and Interim Payment of Attorneys Fees and Expenses, *Ex Parte* Memorandum in Support and *Ex Parte* Order Regarding Budget for Attorneys Fees and Expenses and Interim Payments should be submitted *ex parte* and filed and maintained under seal.

The Clerk of Court is DIRECTED to file *ex parte* and under seal the above-referenced pleadings and to reflect the sealing of these pleadings on the docket of the Court. The pleadings will remain *ex parte* and under seal until further notice of the Court.

New Orleans, Louisiana, on this  8th day of _____October_____, 2014.

HELEN G. BERRIGAN, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA