UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 94-381 |
| v. | * | |
| | | SECTION: "C" |
| LEN DAVIS | * | |

*   *   *

## ORDER

Considering the foregoing motion by the United Sates;

**IT IS HEREBY ORDERED** that the government's response to non-guilt-related issues contained in the § 2255 petition filed on March 20, 2012, be delayed until the Fifth Circuit decides which, if any, of those issues will be litigated when it decides the defendant's interlocutory appeal and petition for a third writ of mandamus.

New Orleans, Louisiana, this 8th day of _____October_____, 2014.

The Court has been advised by standby counsel that there is no objection to this motion.

_____
HONORABLE HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE