**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

**MOTION TO PROHIBIT THE GOVERNMENT FROM CONTACTING LEN DAVIS**
**REGARDING THIS CASE**

NOW COMES Len Davis, through undersigned counsel, who respectfully moves the

Court to order the Government to refrain from contacting Mr. Davis regarding matters for which

he has counsel.  As grounds, Mr. Davis states as follows:

Attorneys have a clear ethical duty not to contact an opposing party who is represented

by counsel about the subject of the representation. La. Rules of Professional Conduct, Rule 4.2.

This principle applies with equal force between a prosecutor and criminal defendant. *See*, *e.g.*,

*Matter of Howes*, 940 P.2d 159, 164 (N.M. 1997) (disciplining Assistant United States Attorney

for communicating with a represented criminal defendant). Because Mr. Davis is represented by

counsel, *see* Doc. 2293, at 3 (stating that Sarah Ottinger and Rebecca Hudsmith "fully represent

Defendant on all 'designated claims.'"); Doc. 2321 (ordering counsel to proceed on all

"remaining claims"), an attorney for the Government violates the "no-contact" rule by directly

contacting Mr. Davis rather than going through counsel.

WHEREFORE, Mr. Davis, through counsel, moves this Court to prohibit any further

attempts by any attorney for the Government to contact Mr. Davis directly.

1

Respectfully submitted,


/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*


### CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 10th day of October, 2014.



/s Sarah Ottinger_____
Sarah Ottinger


2