# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Motion to Prohibit the Government from Contacting Len Davis Regarding this Case,*

IT IS HEREBY ORDERED THAT counsel for the Government must refrain from directly contacting Mr. Davis. All further communications about this case must be with counsel for Mr. Davis.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1