## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

## ORDER

Having considered the *Motion to for Leave to File Reply* to the Government's *Opposition to Motion to Fix Date for Reply* (Doc. 2374),

IT IS HEREBY ORDERED THAT Mr. Davis is granted leave to reply to the Government's *Opposition to Motion to Fix Date for Reply*.

New Orleans, Louisiana, this ___ day of _____, 2014.


_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1