**EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

---

### REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO FIX DATE FOR REPLY

Mr. Davis filed a Motion to Fix Date for Reply (Doc. 2371) to the Government's response to his § 2255 Motion (Doc. 2369). In response, the Government now claims undersigned counsel is prohibited from filing a reply. Doc. 2374.

The Assistant United States Attorney misreads this Court's Order granting in part the motion to vacate *Faretta* relief (Doc. 2321). While this Court stated that counsel are "not to interfere with litigation of the issues [Mr. Davis] has identified as ones on which he wishes to proceed pro se," this Court never prohibited counsel from acting on behalf of Mr. Davis on those issues. *See* Doc. 2321, at 5 (recognizing that undersigned counsel will be filing on Mr. Davis' behalf, as hybrid counsel, and that Mr. Davis may submit supplemental briefing if he desires). Moreover, Mr. Davis has made clear his intent to have undersigned counsel represent him on all designated issues. Doc. 2293, at 3 ("Defendant now notifies the Court that stand-by counsel have permission … of pro se Defendant [lead counsel] to fully represent Defendant on all 'Designated Claims'").

Neither the record in this case nor this Court's orders support the Assistant United States Attorney's contention that undersigned counsel cannot reply to the Government's response to the

1

§ 2255 Motion. It is inappropriate for the Government to assert and attempt to delineate the boundaries of Mr. Davis' attorney-client relationship.   That is a matter for Mr. Davis, undersigned counsel, and this Court to resolve—and the matter has been resolved.

Respectfully submitted,

/s Sarah L. Ottinger____
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 14th day of October, 2014.

/s Sarah Ottinger_____
Sarah Ottinger

2