**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | |

**ORDER**

Having considered the *Motion to for Leave to File Reply* to the Government's *Opposition to Motion to Fix Date for Reply* (Doc. 2374),

IT IS HEREBY ORDERED THAT Mr. Davis is granted leave to reply to the Government's *Opposition to Motion to Fix Date for Reply*.

New Orleans, Louisiana, this 15th day of _____October_____, 2014.

_____

HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1