UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

IT IS ORDERED that the following motions noticed for submission/hearing on **OCTOBER 22, 2014,** will be considered on the briefs.

cr94-381      UNITED STATES OF AMERICA V LEN DAVIS
Motion Len Davis to fix date for reply (2371)
Motion by Len Davis to discover names of jurors (2372)

New Orleans, Louisiana, this 15th day of October 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE