UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following motion noticed for submission/hearing on **NOVEMBER 5, 2014,** will be considered on the briefs.

cr94-381      UNITED STATES OF AMERICA V LEN DAVIS
              Motion by Len Davis to prohibit the Government from contacting Len Davis
              regarding this case (2387)

New Orleans, Louisiana, this 30th day of October 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE