STATE OF INDIANA
COUNTY OF VIGO

## Declaration of Len Davis

1. On October 7, 2014, AUSA McMahon called and asked if I would agree to an extension request pertaining solely to my pending interlocutory appeal before the Fifth Circuit. AUSA McMahon said that he wanted a 30-day extension to file the Government's brief in that matter.

2. AUSA McMahon told me that he needed the extension because he wanted to get permission from the Department of Justice (DOJ) to ask the Fifth Circuit to recuse District Court Judge Berrigan.

3. AUSA McMahon told me that he was in agreement with me about my Sixth Amendment right to self-representation. He complemented my *pro se* skills in defending the Sixth Amendment issue.

4. I agreed to AUSA McMahon's request for an extension on the Government's brief in the matter before the Fifth Circuit.

5. When the conversation was over, I called Counselor Edwards over to the telephone to speak with AUSA McMahon. I then overheard AUSA McMahon ask Counselor Edwards if the telephone conversation was "recorded." Counselor Edwards responded to AUSA McMahon that it was not.

I declare under penalty of perjury that what I have written in this declaration is true and correct to the best of my knowledge.

Len Davis

OCTOBER 24 2014
Date