**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM**

Now comes Len Davis, through undersigned counsel, and respectfully moves this Court

for leave to file a Supplemental Memorandum to his *Motion to Prohibit the Government from*

*Contacting Len Davis Regarding this Case* (Doc. 2387). New information has come to the

attention of counsel regarding the Government's prior contact with Mr. Davis, and should be

included in the record.

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org


Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 6th day of November, 2014.

/s Sarah Ottinger\_\_\_\_\_
Sarah Ottinger