**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

**ORDER**

Having considered the *Motion to for Leave to File Reply Supplemental Memorandum* to Mr. Davis' *Motion to Prohibit the Government from Contacting Len Davis Regarding this Case* (Doc. 2387),

IT IS HEREBY ORDERED THAT Mr. Davis is granted leave to file a Supplemental Memorandum to his *Motion to Prohibit the Government from Contacting Len Davis Regarding this Case*.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1