**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 94-381

LEN DAVIS                                   SECTION "C"

## ORDER

IT IS ORDERED that the motion to fix date for reply is DISMISSED without

prejudice to be refiled, if appropriate, after the United States Court of Appeals for the

Fifth Circuit rules on the pending appeals.  Rec. Doc. 2371. The Court notes that it has

ordered that the issues raised in the  §2255 motion be addressed in two separate briefs,

and will not accept a consolidated reply brief.

IT IS FURTHER ORDERED that the motion to discover names of jurors is

DISMISSED without prejudice to be refiled, if appropriate, after the United States Court

of Appeals for the Fifth Circuit rules on the pending appeals.  Rec. Doc. 2372.

IT IS FURTHER ORDERED that the motion to prohibit the government from

contacting Len Davis regarding this case is GRANTED.  Rec. Doc. 2387.  The issue may

be revisited by motion, if appropriate, after the United States Court of Appeals for the

Fifth Circuit rules on the pending appeals.

New Orleans, Louisiana, this 7th day of November, 2014.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**