# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | |
| | * | SECTION "C" |
| LEN DAVIS | * | |
| | * | |

## ORDER

Having considered the *Motion to for Leave to File Reply Supplemental Memorandum* to Mr. Davis' *Motion to Prohibit the Government from Contacting Len Davis Regarding this Case* (Doc. 2387),

IT IS HEREBY ORDERED THAT Mr. Davis is granted leave to file a Supplemental Memorandum to his *Motion to Prohibit the Government from Contacting Len Davis Regarding this Case*.

New Orleans, Louisiana, this 13th day of _____ November _____, 2014.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT JUDGE

1