UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES                                    CRIMINAL ACTION

VERSUS                                           NO. 94-381

LEN DAVIS                                        SECTION "C"

ORDER

Given the argument presented for the first time by the United States to the Fifth

Circuit with regard to reassignment and the lack of reply by the defense,

IT IS ORDERED that by January 16, 2015, the parties shall submit memoranda

directed to the issue whether the undersigned should recuse herself under 28 U.S.C. §

455(a) and/or § 455(b)(1).

New Orleans, Louisiana, this 5th day of January, 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE