**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 94-381** |
| **v.** | * | |
| | | **SECTION: "C"** |
| **LEN DAVIS** | * | |

*　　*　　*

## GOVERNMENT'S RESPONSE TO JANUARY 6, 2015 MINUTE ENTRY (DOC. 2404)

The minute entry dated January 6, 2015, (Doc 2404) ordered memoranda on the question whether the Court should recuse itself. The United States has already posed this issue to the United States Court of Appeals for the Fifth Circuit (in No. 14-30516, consolidated with No. 14-30552) in its memorandum brief filed on November 13, 2014, in response to Len Davis's interlocutory appeal and petition for a writ of mandamus. The matter awaits the panel's decision; therefore, the Court has been divested of jurisdiction on the recusal question. When an appeal is noticed, the district court is divested of jurisdiction as to matters involved in the appeal. *Taylor v. Sterrett*, 640 F.2d 663, 667-68 (5th Cir. 1981); *see also Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")

In light of the lack of jurisdiction on the matter, any consideration now by the Court as to whether it should recuse itself before the appeal is decided would be premature and could result in a redundant disposition: if the Fifth Circuit grants the government's request and removes the Court, further review becomes moot. On the other hand, the matter could be re-visited, if the appeal turns out otherwise.

Accordingly, the United States suggests that the Court, being divested of jurisdiction on the recusal question, await the Fifth Circuit's decision and then, if appropriate, reconsider the issue.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana    70130
Telephone: (504) 680-3027


## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to Len Davis, properly addressed and postage prepaid.

/s/ Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney