**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 94-381** |
| **v.** | * | **SECTION: "C" (5)** |
| **LEN DAVIS** | * | |
| | * * * | |

### GOVERNMENT'S *EX PARTE* MOTION TO WITHDRAW REC. DOC. 2419

NOW INTO COURT comes the undersigned Assistant United States Attorney, who

respectfully moves that Document 2419 be immediately withdrawn.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY


/s/ Michael E. McMahon
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll No. 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3027


### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I electronically filed the foregoing with the
Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all
defense counsel of record, and by mailing the same to Len Davis, properly addressed and
postage prepaid.


s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney