**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**          *          **CRIMINAL NO.  94-381**

                 **v.**                          *          **SECTION:  "C" (5)**

**LEN DAVIS**                            *

                        *          *          *


**O R D E R**

   Considering the foregoing Government's *Ex Parte* Motion To Withdraw Rec. Doc. 2419;

   IT IS ORDERED that Document Number 2419 be and is hereby withdrawn from the

Court's record.

   New Orleans, Louisiana, this _____ day of _____, 2015.


                           _____
                           HONORABLE GINGER BERRIGAN
                           UNITED STATES DISTRICT JUDGE


2