UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

LEN DAVIS
PAUL HARDY

CRIMINAL

NO. 94-381 and
C.A. 12-752 & 14-2305

SECTION: "C"

## ORDER RE-ALLOTTING CASE

Pursuant to 28 U.S.C. Section 455(a), I hereby recuse myself from acting on this case; therefore,

**IT IS ORDERED** that the Clerk of Court re-allot this matter to a section of this Court other than Section "C".

New Orleans, Louisiana, this 14th day of December, 2015.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

12/14/15
REALLOTTED TO
**SECT. B MAG 5**