# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

**No.**
**CAPITAL CASE**

_____

**In Re LEN DAVIS,**

**Petitioner**

_____

**Motion for Leave to Proceed *In Forma Pauperis* on
Petition for Writ of Mandamus**

_____

COMES NOW Len Davis through undersigned standby counsel, and respectfully requests that this Court allow him to proceed *in forma pauperis*, pursuant to FED. R. APP. P. 24(a)(3), on the Petition for Writ of Mandamus filed December 28, 2015. The district court permitted Petitioner to proceed *in forma pauperis* in the district-court action.

Respectfully submitted,

s/ Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

Standby Counsel for Len Davis

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court using the CM/ECF System and has been sent via U.S. mail, postage prepaid, to Michael E. McMahon, Assistant U.S. Attorney, 650 Poydras Street, Suite 1600, New Orleans, LA 70139, on this the 28th day of December, 2015.

s/ Sarah L. Ottinger

2