# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 21, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 15-31120    In re: Len Davis
                USDC No. 2:94-CR-381-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. William W. Blevins
Ms. Rebecca Louise Hudsmith
Mr. Michael Edward McMahon
Mr. Mark A. Miller
Ms. Sarah Lynn Ottinger

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-31120
_____

In re:  LEN DAVIS,

       Petitioner

**A True Copy**
**Certified order issued Jan 21, 2016**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

_____

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

PER CURIAM:

      IT IS ORDERED that the petition for writ of mandamus is Denied.

      IT IS FURTHER ORDERED that petitioner's motion for IFP is Denied as Moot.