**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 94-381** |
| **LEN DAVIS** | **SECTION "B"** |

## ORDER

Considering the foregoing "Government's Ex Parte Motion to Withdraw (Rec. Doc. 2419)" (Rec. Doc. 2420),

**IT IS ORDERED** that the Motion is **GRANTED** and Document Number 2419 be and is hereby withdrawn from the Court's record.

New Orleans, Louisiana, this 19th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE