**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                          **CRIMINAL ACTION**

**VERSUS**                                                          **NUMBER: 94-381**

**LEN DAVIS, ET AL**                                          **SECTION: "B"(5)**

<u>ORDER</u>

A telephone conference will be held on **Friday, August 4, 2017 at 10:00 a.m. CENTRAL TIME** with all parties to discuss procedural posture of pending §2255 motions filed by Paul Hardy and Len Davis. Since Davis is proceeding *pro se*, he will be allowed to participate by telephone from the place of his incarceration. Instructions for dialing into the conference will be separately issued prior to the teleconference date.

No later than **June 27, 2017** Hardy and Davis shall file updated witness and exhibit lists if they seek an evidentiary hearing on pending claims, describing next to each witness and exhibit a summary of the anticipated evidence and claim(s) relevant for each witness and exhibit.

No later than **14 days** after receipt of movants' lists, the Government shall file a corresponding list, with similar details,

and/or objections, with reasons, against an evidentiary hearing on specified pending claims.

New Orleans, Louisiana, this 13th day of June, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1.)   **CLERK TO NOTIFY VIA U.S. MAIL AND FAX:**
      **Warden Jeffrey Krueger**
      **USP – Terre Haute**
      **4700 Bureau Road South**
      **Terre Haute, IN  47802**
      **FAX:  812-244-4791**

2.)   **CLERK TO NOTIFY ALL COUNSEL OF RECORD, INCLUDING STANDBY COUNSEL, AND LEN DAVIS (*PRO SE* DEFENDANT/MOVANT)**