# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | **SECTION "B"** |
| | * | |
| **LEN DAVIS** | * | **THIS IS A CAPITAL CASE** |

### MOTION TO SUSPEND FILING OF WITNESS AND EXHIBIT LISTS

Now comes Len Davis, through undersigned counsel, for reasons set out fully in the accompanying memorandum of law, and respectfully moves this Court to suspend the portion of its June 13, 2017 Order directing counsel to file witness and exhibit lists. (Doc. 2430).[1] Judicial economy would best be served by suspending the order until other preliminary matters are resolved.

WHEREFORE, Mr. Davis requests that this Court suspend its order to provide witness and exhibit lists on or before June 27, 2017.

---

[1] It is unknown whether the government opposes this motion. Undersigned counsel attempted to contact Assistant United States Attorney Michael McMahan. According to his voicemail greeting, he is out of the office on vacation until June 28, 2017. As directed by the voicemail greeting, counsel then left messages for Mr. McMahan's legal assistant on June 22, 2017 and June 23, 2017. The legal assistant has not returned the calls.

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 23rd day of June, 2017.

/s Sarah Ottinger_____
Sarah Ottinger