**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | **SECTION "B"** |
| | * | |
| **LEN DAVIS** | * | **THIS IS A CAPITAL CASE** |

**NOTICE OF HEARING**

     **PLEASE TAKE NOTICE** that the undersigned will bring the attached *Motion to Suspend Filing of Witness and Exhibit Lists* before the Honorable Ivan L. R. Lemelle, Senior United States District Court Judge, on Wednesday, July 19, 2017 at 2:00 p.m.

               Respectfully submitted,

               /s Sarah L. Ottinger_____
               Sarah L. Ottinger, La. Bar No. 24589
               Attorney at Law
               P.O. Box 19741
               New Orleans, LA 70179
               (504) 258-6537
               sottinger1010@gmail.com

               Rebecca L. Hudsmith, La. Bar No. 7052
               Federal Public Defender for the
               Middle and Western Districts of Louisiana
               102 Versailles Blvd., Suite 816
               Lafayette, LA 70501
               (337) 262-6336
               Rebecca_Hudsmith@fd.org

               *Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 23rd day of June, 2017.

/s Sarah Ottinger_____
Sarah Ottinger