UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL HARDY | * | NO. 94-CR- 381 |
| | * | NO. 14-CV-02305-HGB |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| THE UNITED STATES OF AMERICA | * | |

**************************************** *

## UPDATED WITNESS AND EXHIBIT LISTS

COMES Movant, Paul Hardy ("Hardy"), through counsel, and respectfully submits his Updated Witness and Exhibit Lists in compliance with Court Order [Doc. 2430] as follows:

### I. PRELIMINARY STATEMENT

As a preliminary matter, Hardy wishes to reserve the right to amend or supplement this Updated Witness and Exhibit List, within a reasonable amount of time prior to an evidentiary hearing in this case, for the reasons set forth in his now-pending Motion for Extension of Time to Comply With Court Order [Doc. 2430] to Provide Witness and Exhibit Lists [Doc. 2432].

### II. WITNESS LIST

1. Paul Hardy – Movant-Defendant :

   Mr. Hardy can testify to facts in support of all allegations and contentions set forth in his § 2255 Motion, and particularly those facts evidencing the acts and omissions of his attorneys which amounted to ineffective assistance of counsel.

2. Len Davis – Hardy's co-defendant in this case :

   Mr. Davis can testify to facts in support of the factual allegations and contentions set forth in Mr. Hardy's § 2255 Motion.

3. Patrick C. McGinity – Mr. Hardy's former counsel in this case :

   Mr. McGinity can testify to facts concerning his representation of Mr. Hardy, particularly with respect to his acts and omissions in the pretrial and plea context stages of this case, as alleged in Mr. Hardy's § 2255 Motion.

4. Toni Vanburen – Mr. Hardy's former girlfriend who testified at trial :

   Ms. Vanburen can testify to facts in support of the allegations and contentions set forth in Mr. Hardy's § 2255 Motion.

## III. EXHIBIT LIST

At this time, Mr. Hardy seeks to reserve the right to use as exhibits any documents which form a part of the record in this case. He anticipates filing a more specific exhibit list at a later date for the reasons set forth in his now-pending Motion for Extension of Time to Comply With Court Order [Doc. 2430] to Provide Witness and Exhibit Lists [ Doc. 2432].

Respectfully Submitted,

| | |
|---|---|
| s/ D. Craig Hughes | s/ *Elizabeth B. Carpenter* |
| D. Craig Hughes | Elizabeth Bagert Carpenter (La Bar #31653) |
| SBOT: 10211025 | Attorney at Law |
| 7324 Southwest Freeway | 201 St. Charles Avenue |
| Suite 1466 | Suite 2500 |
| Houston, Texas 77074 | New Orleans, Louisiana 70170 |
| TEL - 713-535-0683 | Office: 504-599-5955/ Cell: 504-373-4624 |
| dcraighughes@msn.com | ebc@neworleans-criminal-defense.com |
| Attorney for Movant | Local Counsel for Movant |
| Paul Hardy | Paul Hardy |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically filed the above and foregoing Movant's Updated Witness and Exhibit Lists with the Clerk of Court by using the CM/ECF filing system, which will electronically serve a true and correct copy of the above to Assistant United States Attorney Michael E. McMahon.

s/ *Elizabeth B. Carpenter*
Elizabeth Bagert Carpenter

s/ D. Craig Hughes
D. Craig Hughes