**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "C"** |
| **LEN DAVIS** | * | |
| | * | |

**WITNESS AND EXHIBIT LISTS**

NOW COMES Len Davis, through undersigned standby counsel, and pursuant to this Court's Order (Rec. Doc. 2430), files this preliminary list of witnesses and exhibits in support of his claims for relief. Mr. Davis reserves the right to amend or supplement this Witness and Exhibit List, within a reasonable amount of time prior to an evidentiary hearing in this case, for the reasons set forth in his now-pending Motion to Suspend Filing of Witness and Exhibit Lists (Rec. Doc. 2431).

I. **WITNESS LIST**

1. Paul Hardy, a co-defendant of Mr. Davis who was tried with Mr. Davis for capital murder
2. Sammy Williams, a former NOPD officer who was Mr. Davis's partner and who testified against him and cooperated with the Government
3. Damon Causey, a co-defendant of Mr. Davis

The co-defendants will testify regarding the Government's conduct of Operation Shattered Shield and the Government's investigation into the murder of Kim Groves and prosecution of same, and the conduct of the defense attorneys in these trials.

4. Curklin Atkins, Mr. Davis's attorney initially in both the drug conspiracy and murder cases

5. Dwight Doskey, appointed to represent Mr. Davis, along with Mr. Masinter, in the drug conspiracy and murder cases on the eve of trial

6. Milton Masinter , appointed, initially along with Mr. Atkins, as Len Davis's attorney in the drug conspiracy and murder cases

7. Julian Murray, appointed to represent Mr. Davis in the penalty phase re-trial

8. Carol Kolinchak, appointed to represent Mr. Davis in the penalty phase re-trial

9. Laurie White, briefly appointed to serve as independent counsel to conduct a mitigation investigation for Mr. Davis' penalty phase re-trial

10. Marcia Widder, an attorney who worked on Mr. Davis's appeal

11. Pat Fanning, appointed to represent Mr. Davis for purposes of determining counsel and represented him on appeal

12. Archie Creech, represented Mr. Davis on appeal

The attorneys involved at various levels in the representation of Mr. Davis will testify regarding the circumstances of the defense of Mr. Davis and the Government's investigation and case against him.

13. Kevin Yancey, violent drug trafficker who plead guilty and cooperated with FBI against Paul Hardy and Len Davis

14. Terry Adams, a drug dealer and informant for the FBI and an impetus for Operation Shattered Shield

15. Dwight Powell, an ex-police officer who may have cooperated with the Government against Len Davis

    The cooperating witnesses will testify regarding their involvement in Operation Shattered Shield and their involvement in the investigation of Paul Hardy and Len Davis.

16. Wesley Morris, NOPD detective who investigated a prior killing involving Paul Hardy
17. Willie Davis, NOPD officer in Internal Affairs Division who was aware of Operation Shattered Shield
18. Sgt. Joseph Hebert with NOPD's Internal Affairs Division who investigated Kim Groves' complaint against Len Davis for abuse of one of the Norwood twins.
19. Norbert Zenon, NOPD homicide detective who arrived at the scene of Kim Groves's murder
20. Anthony Small, NOPD homicide detective who interviewed witnesses at the scene of Kim Groves's murder
21. Gary Washington, NOPD officer who received the call regarding Kim Groves's murder along with his partner
22. Len Major, NOPD officer who received the call regarding Kim Groves's murder along with his partner
23. James Ducos, NOPD crime lab technician on duty at time of Kim Groves murder who arrived at the scene and testified at Len Davis's murder trial
24. Felix Loicano, NOPD officer who assisted in the investigation of Kim Groves's murder

The NOPD officers will testify regarding their knowledge of the circumstances of the Kim Groves IAD complaint, their knowledge of Operation Shattered Shield, and the investigation of the murder of Kim Groves.

25. Kathleen Adams, FBI agent who investigated Kim Groves's murder
26. Stan Hadden, FBI agent who was involved in Operation Shattered Shield
27. Lester Tamashiro, FBI agent who investigated Kim Groves's murder
28. Juan Jackson, undercover FBI agent with Operation Shattered Shield who dealt with Len Davis
29. Karen Jenkins, an FBI witness at Mr. Davis's murder trial for the Government

The FBI agents will testify concerning the circumstances of Operation Shattered Shield and their investigation into the murder of Kim Groves.

30. Lorraine Ford, a witness to the circumstances of Ms. Groves's murder
31. Steve Jackson, a witness who police believe drove Paul Hardy to kill Ms. Groves and who cooperated with police
32. Christopher Joseph, a witness to the circumstances of Ms. Groves's murder
33. Nathan Norwood, one of twin brothers whose abuse led to Kim Groves' IAD complaint
34. Nathaniel Norwood, one of twin brothers whose abuse led to Kim Groves IAD complaint
35. Toni Van Buren, Paul Hardy's girlfriend at the time of the Kim Groves murder
36. Dawn DeDeaux, a witness to criminal activity attributed to Paul Hardy

These facts witnesses will testify concerning the circumstances of Ms. Groves's murder and the investigation into it and Len Davis and Paul Hardy.

37. Ron Singer, forensic crime scene expert for Mr. Davis

38. James Churchman, ballistics expert for the Government at Mr. Davis's murder trial

39. James Cadigan, ballistics expert for the Government at Mr. Davis's murder trial

These forensic experts will testify concerning the forensic investigation into Kim Groves's murder.

40. Cleo Fields, a representative at the time the crime bill passed making Mr. Davis's crime death-eligible, who will testify concerning the passage of that bill

41. Michael McMahon, the AUSA who prosecuted Mr. Davis and will testify concerning the circumstances of that prosecution

42. Eli Wade

43. Chad Walters

44. John Bourgoyne

45. Emily Cave

46. Sonya Christopher

47. David Cloud

48. Alice Deroche

49. Evelyn Fayard

50. Cheryl Goudy

51. Sally Hunt

52. Karen Plaisance

53. Jennifer Prejean

54. Wallace Rodrigue

55. Daniel Walker

Jurors at Mr. Davis's murder trial, who will testify regarding that trial.

## II. EXHIBIT LIST

1. NOPD Hebert Dailies

2. Affidavit of Kathleen Adams

3. Wiretap Monitoring Logs

4. FBI Wiretap Review Memorandum

5. USA Strikes to Black Jurors, 2005-2010

Counsel anticipates amending this document list as we are provided with discovery that was available to prior counsel, as ordered by the Court (Rec. Doc. 2267).

These Witness and Exhibit Lists do not include witnesses and exhibits pertaining to all claims addressing competency and sentencing issues in Petitioner's § 2255 Motion. Counsel's last understanding from Mr. Davis was that he intends to dismiss those claims. Should he decide instead that he wishes to pursue them, Petitioner respectfully requests that he be allowed to supplement the Witness and Exhibit Lists.

Respectfully submitted,

/s Sarah L. Ottinger\_\_\_
Sarah L. Ottinger, La. Bar No. 24589
636 Baronne Street
New Orleans, LA 70113
(504) 529-5955
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Standby Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 27th day of June, 2017.

/s Sarah Ottinger\_\_\_\_\_
Sarah Ottinger