UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NUMBER: 94-381

LEN DAVIS, ET AL                            SECTION: "B"(5)

ORDER

Petitioners are directed to file responses to the Government's opposition to an evidentiary hearing no later than **August 11, 2017**. (See record document 2437)

Further, the previously scheduled teleconference is hereby **reset** to occur on **Monday, August 28, 2017** at **8:30 a.m. CENTRAL TIME.** USP Terre Haute shall make Petitioner *pro se* Len Davis available to participate in the teleconference at that time. **All parties are to call into the conference by dialing: 888-684-8852; Access Code: 8374480, Security Code: 0928.**

New Orleans, Louisiana, this 20th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE


1.)  CLERK TO NOTIFY VIA U.S. MAIL AND FAX:
     Warden Jeffrey Krueger
     USP – Terre Haute
     4700 Bureau Road South
     Terre Haute, IN  47802
     FAX:  812-244-4791


2.)  CLERK TO NOTIFY ALL COUNSEL OF RECORD, INCLUDING STANDBY
     COUNSEL, AND LEN DAVIS (*PRO SE* DEFENDANT/MOVANT)