**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                        **NO. 94-381**

**LEN DAVIS, ET AL**                              **SECTION: "B"**

<u>**ORDER**</u>

Considering the foregoing "Motion to Suspend Filing of Witness and Exhibit Lists" (Rec. Doc. 2431) and "Movant's Motion for Extension of Time to Comply with Court Order (Doc. 2430) to Provide Witness and Exhibit List" (Rec. Doc. 2432),

**IT IS ORDERED** that the motions are **DISMISSED AS MOOT** given that these documents are already in the record.

New Orleans, Louisiana, this 26th day of July, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE