## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "B" (5)** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

### MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES Len Davis, an indigent death-sentenced prisoner, pursuant to 18 U.S.C. § 3599, and requests the appointment of additional counsel for litigation related to his motion for post-conviction relief under 28 U.S.C. § 2255. Specifically, Mr. Davis requests that this Court appoint to his case Cecelia Kappel, La. Bar No. 32736, Staff Attorney, The Promise of Justice Initiative, 636 Baronne Street, New Orleans, LA 70113, (504) 529-5955, ctkappel@thejusticecenter.org, to his case. Because 18 U.S.C. § 3599 allows for the appointment of more than two counsel in a complex capital case, and because Ms. Kappel is already familiar with the factual and legal issues involved and will not duplicate efforts, Mr. Davis asks that this Court allow an additional attorney to represent him.

WHEREFORE, Mr. Davis respectfully requests that this Honorable Court appoint Cecelia Kappel as counsel in this case.

Respectfully submitted,

/s Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
2563 Bayou Road, 2d Floor
New Orleans, LA 70119
(504) 258-6537
Sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 31st day of July, 2017.

/s Sarah Ottinger
Sarah Ottinger