# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "B" (5)** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

## ORDER

Mr. Davis has filed a motion requesting that the Court authorize the appointment of a third attorney in these capital § 2255 proceedings, maintaining that such assistance is necessary for the complex litigation in this matter, and representing that such services will not greatly increase the total cost of representation. Having considered the foregoing *Motion for Appointment of Counsel*, the motion is **GRANTED**.

Accordingly, it is **ORDERED** that pursuant to the *Guide to Judiciary Policy*, Vol. 7, Ch. 6, § 620.10.20, Cecelia Kappel, La. Bar No. 32736, Staff Attorney, The Promise of Justice Initiative, 636 Baronne Street, New Orleans, LA 70113, (504) 529-5955, ctkappel@thejusticecenter.org, is appointed to represent Len Davis in this case. Counsel is authorized to bill Ms. Kappel's services effective on this date at the capital rate of $185 per hour.

SO ORDERED this _____ day of _____, 2017, in New Orleans, Louisiana.

_____
Ivan L.R. Lemelle
Senior United States District Judge