**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "B"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S OPPOSITION TO AN EVIDENTIARY HEARING**

NOW COMES Len Davis, through counsel, and respectfully submits this memorandum in support of his *Unopposed Motion for Extension of Time to Respond to the Government's Opposition to an Evidentiary Hearing*.

Pursuant to this Court's Order that the parties submit witness and exhibit lists in advance of evidentiary hearings in Mr. Davis and Mr. Hardy's respective cases, the Government filed a broad memorandum opposing any hearings at all. Rec. Docs. 2430, 2437. This Court ordered Mr. Davis and Mr. Hardy to respond to the Government's Opposition by August 11, 2017. Rec. Doc. 2438.

Counsel for Mr. Davis have had recent pressing deadlines and have not been able to devote the necessary amount of time to this response. Ms. Hudsmith was engaged in filing for panel rehearing and *en banc* rehearing in the capital case of *Wessinger v. Vannoy*, Fifth Circuit Court of Appeals, No. 15-70027.   Ms. Ottinger has been engaged in meeting a briefing deadline in *United States v. Porter*, Fifth Circuit Court of Appeals, No. 16-31184.

1

Evidentiary hearings in this capital case are critically important to vindicate Mr. Davis' constitutional rights. As this Court is aware, proceedings under 28 U.S.C. § 2255 represent a federal defendant's sole opportunity to develop the facts in support of claims which could not have been raised on direct appeal, such as ineffective assistance of counsel claims. Mr. Davis' § 2255 Motion contains substantial and widespread claims of ineffective assistance of counsel, as well as the Government's conflict of interest in this prosecution, *Brady* violations, juror misconduct, and the influence of race on the prosecution. Because of the complex factual issues involved in this capital case, more time is required to identify and detail the specific factual disputes posed by the facts pled in the § 2255 Motion and the Government's Response.

Undersigned counsel has contacted counsel for the Government, who has indicated no opposition to this Motion.

WHEREFORE, counsel for Mr. Davis request a short seven-day extension of time within which to respond to the Government's Opposition to an Evidentiary Hearing in this case.

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

2

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 10th day of August, 2017.


/s Sarah Ottinger_____
Sarah Ottinger