# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | SECTION "B" |
| | * | |
| LEN DAVIS | * | THIS IS A CAPITAL CASE |

## MOTION FOR LEAVE TO SUPPLEMENT RESPONSE TO GOVERNMENT'S OPPOSITION TO AN EVIDENTIARY HEARING

Now comes Len Davis, through undersigned counsel, for reasons set out fully in the accompanying memorandum, and respectfully moves this Court for leave to supplement his *Response to Government's Opposition to an Evidentiary Hearing* within seven days.

WHEREFORE, Mr. Davis requests that this Court grant him until no later than August 18, 2017 to supplement his *Response to Government's Opposition to an Evidentiary Hearing*.

Respectfully submitted,

/s Sarah L. Ottinger____
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 11th day of August, 2017.

/s Sarah Ottinger\_\_\_\_\_
Sarah Ottinger