# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "B"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT RESPONSE TO GOVERNMENT'S OPPOSITION TO AN EVIDENTIARY HEARING

NOW COMES Len Davis, through counsel, and respectfully submits this memorandum in support of his *Motion for Leave to Supplement Response to Government's Opposition to an Evidentiary Hearing*.

Pursuant to this Court's Order that the parties submit witness and exhibit lists in advance of evidentiary hearings in Mr. Davis and Mr. Hardy's respective cases, the government filed a broad memorandum opposing any hearings at all. Rec. Docs. 2430, 2437. This Court ordered Mr. Davis and Mr. Hardy to respond to the government's Opposition by August 11, 2017. Rec. Doc. 2438.

On August 10, 2017, Mr. Davis filed an *Unopposed Motion for Extension of Time to Respond to the Government's Opposition to an Evidentiary Hearing*. Rec. Doc. 2442. As of the filing of this memorandum and accompanying motion, the Court had not ruled on the motion for an extension of time. As a result, Mr. Davis files concurrently with this memorandum and accompanying motion his *Response to Government's Opposition to an Evidentiary Hearing* as ordered by the Court.

1

Counsel for Mr. Davis have had recent pressing deadlines and have not been able to devote the necessary amount of time to the *Response to Government's Opposition to an Evidentiary Hearing*. Ms. Hudsmith was engaged in filing for panel rehearing and *en banc* rehearing in the capital case of *Wessinger v. Vannoy*, Fifth Circuit Court of Appeals, No. 15-70027.   Ms. Ottinger has been engaged in meeting a briefing deadline in *United States v. Porter*, Fifth Circuit Court of Appeals, No. 16-31184. As a result, counsel has not provided this Court with as detailed as response as is necessary in this capital case.

An evidentiary hearing is critically important to vindicate Mr. Davis' constitutional rights. As this Court is aware, proceedings under 28 U.S.C. § 2255 represent a federal defendant's sole opportunity to develop the facts in support of claims which could not have been raised on direct appeal, such as ineffective assistance of counsel claims. Mr. Davis' § 2255 Motion contains substantial and widespread claims of ineffective assistance of counsel, as well as the government's conflict of interest in this prosecution, *Brady* violations, juror misconduct, and the influence of race on the prosecution. Because of the complex factual issues involved in this capital case, more time is required to identify and detail the specific factual disputes posed by the facts pled in the § 2255 Motion and the government's Response.

Counsel for the Government did not object to a seven-day extension of time in which to file the Response.

WHEREFORE, Mr. Davis requests leave to supplement the *Response to Government's Opposition to an Evidentiary Hearing* filed concurrently with this memorandum and accompanying motion within seven days.

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 11th day of August, 2017.

/s Sarah Ottinger_____
Sarah Ottinger

3