# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | **SECTION "B"** |
| | * | |
| **LEN DAVIS** | * | **THIS IS A CAPITAL CASE** |

## ORDER

Considering the foregoing *Motion for Leave to Supplement Response to Government's Opposition to an Evidentiary Hearing*,

**IT IS HEREBY ORDERED** that the motion is GRANTED**.** Mr. Davis may supplement his *Response to Government's Opposition to an Evidentiary Hearing* on or before August 18, 2017.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
IVAN L. R. LEMELLE
SENIOR UNITED STATES DISTRICT COURT JUDGE