**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 94-381** |
| **LEN DAVIS** | **SECTION "B"** |

## ORDER

Considering the foregoing "Unopposed Motion for Extension of Time to Respond to the Government's Opposition to an Evidentiary Hearing" (Rec. Doc. 2442) and "Motion for Leave to Supplement Response to Government's Opposition to an Evidentiary Hearing" (Rec. Doc. 2445),

**IT IS ORDERED** that the Motion is to supplement is **GRANTED** and the Motion to Extend is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that petitioner has until **August 18, 2017 at 12:00 p.m.** to supplement his response. However, it is disconcerting that one needed this extension in such a long standing section 2255 action to identify relevant and current "factual disputes."

New Orleans, Louisiana, this 14th day of August, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE