**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 94-381** |
| **LEN DAVIS** | **SECTION "B"** |

<u>**ORDER**</u>

Considering Defendant Len Davis' "Motion for Appointment of Counsel" (Rec. Doc. 2440),

**IT IS ORDERED** that the motion is **DENIED**. Present standy-by counsel for Len Davis recently requested an in-camera discussion of CJA issues, including budgetary matters. Stand-by counsel was directed to submit, in writing, specific matters to be discussed and proposals, if any, related to the CJA appointment. Until the foregoing occurs, it is premature to consider the instant motion.

New Orleans, Louisiana, this 1st day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE