**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                      **NO. 94-0381**

**LEN DAVIS AND PAUL HARDY**                    **SECTION "B"**

<u>**ORDER**</u>

Pursuant to discussions with pro-se Petitioner Davis, his stand-by counsel, and counsel for Petitioner Hardy during the status conference held on August 28, 2017,

**IT IS ORDERED** that the parties shall file a "Joint Status Report" **no later than Friday, September 22, 2017,** addressing outstanding discovery exchange as previously ordered related to "lost discovery" and juror interviews;

**IT IS FURTHER ORDERED** that supplemental memoranda regarding which claims might require evidentiary hearing shall be due from Petitioners on **Monday, October 16, 2017;** the Government's response memorandum shall be due by **Friday, October 27, 2017;**

**IT IS FURTHER ORDERED** that the foregoing discovery issues and mode for resolution of pending motions to vacate shall be submitted on **Wednesday, November 1, 2017;**

**IT IS FURTHER ORDERED** that Ex Parte requests regarding CJA shall be submitted to this Court for in-camera review by **Monday, September 4, 2017;**

**IT IS FURTHER ORDERED** that Petitioner Hardy's Motion to Sever the hearing of his § 2255 claims from the hearing of Petitioner Davis' claims shall be filed no later than **Friday, September 1, 2017,** after conferring with all parties.

Petitioner Davis has expressly waived his presence and participation in all of the above directives and pertinent hearings, and expressly gave stand-by counsel permission to file above ordered reports and memoranda, and to argue on his behalf at related hearings provided they comply with his express direction to only seek relief related to the conviction, not the sentencing.

New Orleans, Louisiana, this 1st day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE