**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

---

|  |  |  |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | **SECTION "B"** |
| | * | |
| **LEN DAVIS** | * | **THIS IS A CAPITAL CASE** |
| | * | |

---

## MOTION TO FILE UNDER SEAL *EX PARTE* MOTION FOR APPROVAL OF PROPOSED AMENDED PRE-HEARING BUDGET FOR ATTORNEY FEES AND EXPENSES, *EX PARTE* MEMORANDUM IN SUPPORT, AND *EX PARTE* PROPOSED ORDER

COMES NOW LEN DAVIS, through undersigned counsel, and pursuant to Local Rule 5.6, requests leave to file under seal an *Ex Parte* Motion for Approval of Proposed Amended Pre-hearing Budget for Attorney Fees and Expenses, *Ex Parte* Memorandum in Support, and proposed *Ex Parte* Order Regarding Amended Pre-hearing Budget for Attorney Fees and Expenses. In support, Mr. Davis submits the attached memorandum.

WHEREFORE, Mr. Davis prays that this Court order the *ex parte* pleadings filed under seal as requested.

Respectfully submitted,

s/ Sarah L. Ottinger____
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
2563 Bayou Road, Second Floor
New Orleans, LA 70119
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 4th day of September, 2017.


s/ Sarah Ottinger_____
Sarah Ottinger