**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | SECTION "B" |
| | * | |
| LEN DAVIS | * | THIS IS A CAPITAL CASE |
| | * | |

### MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL *EX PARTE* MOTION FOR APPROVAL OF PROPOSED AMENDED PRE-HEARING BUDGET FOR ATTORNEY FEES AND EXPENSES, *EX PARTE* MEMORANDUM IN SUPPORT, AND *EX PARTE* PROPOSED ORDER

Petitioner Len Davis has moved, pursuant to Local Rule 5.6, for leave to file under seal an *Ex Parte* Motion for Approval of Proposed Amended Pre-hearing Budget for Attorney Fees and Expenses, *Ex Parte* Memorandum in Support, and proposed *Ex Parte* Order Regarding Amended Pre-hearing Budget for Attorney Fees and Expenses.

According to the *Guide to Judiciary Policy*, Vol. 7, Ch. 2, § 230.26.20, governing case budgeting procedures, "[c]ase budgets should be submitted *ex parte* and filed and maintained under seal." § 230.26.20(c). In this way, counsel's privileged and work product litigation strategy and plans are not made known to the prosecution or the public in violation of the attorney-client and work product privileges.

WHEREFORE, Mr. Davis prays that this Court order the *ex parte* pleadings filed under seal as requested.

Respectfully submitted,

s/ Sarah L. Ottinger____
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
2563 Bayou Road, Second Floor
New Orleans, LA 70119
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 4th day of September, 2017.

s/ Sarah Ottinger_____
Sarah Ottinger