## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

|  | * |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
|  | * |  |
| v. | * | SECTION "B" |
|  | * |  |
| LEN DAVIS | * | THIS IS A CAPITAL CASE |
|  | * |  |

## ORDER

Considering the foregoing *Motion for Leave to File Under Seal* Ex Parte *Motion for Approval of Proposed Amended Pre-hearing Budget for Attorney Fees and Expenses,* and Ex Parte *Memorandum in Support*,

IT IS HEREBY ORDERED THAT pursuant to the *Guide to Judiciary Policy*, Vol. 7, Ch. 2, § 230.26.20(c), the *Ex Parte* Motion for Approval of Proposed Amended Pre-hearing Budget for Attorney Fees and Expenses, *Ex Parte* Memorandum in Support, and proposed *Ex Parte* Order should be submitted *ex parte* and filed and maintained under seal.

The Clerk of Court is DIRECTED to file *ex parte* and under seal the above-referenced pleadings and to reflect the sealing of these pleadings on the docket of the Court. The pleadings will remain *ex parte* and under seal until further notice of the Court.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____
IVAN L. R. LEMELLE
SENIOR UNITED STATES DISTRICT COURT JUDGE