**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                          **NO. 94-381**

**LEN DAVIS**                                                     **SECTION "B"**

<u>**ORDER**</u>

Considering Defendant Len Davis' "Motion to File Under Seal *Ex Parte* Motion for Approval of Proposed Amended Pre-Hearing Budget for Attorney Fees and Expenses, *Ex Parte* Memorandum in Support, and *Ex Parte* Proposed Order" (Rec. Doc. 2451),

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 21st day of September, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE