**Sarah Ottinger**
Attorney at Law
2563 Bayou Road, 2d Floor
New Orleans, LA 70119
(504) 258-6537

September 13, 2017

Michael E. McMahon
Assistant United States Attorney
Eastern District Of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
michael.mcmahon@usdoj.gov

*Via email only*

      Re: *United States v. Davis*, 94-381

Dear Mr. McMahon

      Thank you for meeting with Rebecca Hudsmith and me last Friday to discuss discovery. This letter will memorialize our understanding of where we left things. Please let us know if we have misunderstood any of the agreements we reached in the course of the conversation.

      You inquired whether we have any statements from the wiretap monitor who listened to Mr. Davis' calls on October 13, 1994. I said I was unsure, but would look into it, and would provide any statement should we have one. I am enclosing the statement of Ninette Brierre, dated March 18, 2012.

      Our overarching request at the meeting was for either an inventory or transmittal letters reflecting discovery provided to the defense at the first and second trials. You did not think such an inventory existed, but said you would check. We would like whatever you can piece together along those lines.

      You asked us what discovery in particular we were requesting. The following list, which also includes items we did not think of at the time, consists of documents or categories of documents we seek:

- Complete NOPD files involving homicides of the following people: Carlos Adams, Shawn King, Troy Watts, Jerome Andrews, Corey Richardson, and Christopher Woods.

- The following 302s: Jermaine Pinson (12/8/94); Steve Jackson (12/8/94, 8/16/95, 9/26/95, 11/30/95, 12/18/95, 1/11/96, 2/9/96, 2/23/96, 3/4/96,

3/10/96, 3/12/96, 4/1/96); Sammie Williams (all—unredacted); Terry Adams (12/24/93); Kevin Yancy (all 302s pertaining to the 8/10/94 plea); Corey Groves (12/5/94); Paul Hardy (11/2/94, 12/5/94).

- All FBI interviews of residents who called 911 from the Alabo Street area on October 13, 1994.

- Details of any and all independent reviews of transcripts, logs and activity on October 13, 1994 to determine whether the murder of Kim Groves could have been prevented.

- Details of any and all independent reviews of any aspect of the Shattered Shield and/or Hardy/violent crimes operations to determine whether any of the homicides linked to Paul Hardy and/or Len Davis could have been prevented.

- Any and all reports of Agents Kathleen Adams, Stan Hadden, and Karen Worsham indicating knowledge of homicides linked to Paul Hardy and/or Len Davis.

- The case caption and inception date for FBI file numbers 166E-NO-57591 and 194C-NO-56873.

- ATF F 4473 Forms indicating firearm purchases made by Paul Hardy from Chalmette Jewelry.

- Sealed documents that were the subject of the March 30, 1995 status conference before Judge Berrigan.

- The affidavits submitted to Judge Feldman in September-November 1994 for the 30-day interception periods for phone 454-1977.

- October 1994 10-day reports to Judge Feldman about events that occurred that month.

- Evidence recovery logs and administrative worksheets for search warrants executed on November 2, 1994 at 2514 Mazant and 7079 Barrington.

- The exact date and location of recovery of the pistol clip with rounds, Item Q-44.

- Communication of November 11, 1994 advising FBI Agent Adams of the ballistic match between a casing, Item Q-73, and a Beretta, Item K-6.

- 302s pertaining to and grand jury testimony of Gail Slack.

- The FBI SH-1 contract(s) with Terry Adams.

- Any audio/videotapes of alleged payoffs between Terry Adams and Sammy Williams in December 1993 and January 1994.

- Any audio/videotapes of communications between Paul Hardy and Len Davis on October 18, 1994.

- Any and all communication pertaining to the decision to prosecute the murder of Kim Groves in federal court.

- All payments made in connection with the Shattered Shield operation.

Please let me know if you have any questions about the above requests. Thank you again for sitting down with us to discuss discovery.

Best,

Sarah Ottinger

cc: Craig Hughes