**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | **SECTION "B"** |
| | * | |
| **LEN DAVIS** | * | **THIS IS A CAPITAL CASE** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL MEMORANDUM  REGARDING
EVIDENTIARY HEARING CLAIMS**

Now comes Len Davis, through undersigned counsel, for reasons set out fully in the accompanying memorandum, and respectfully moves this Court for a 30-day extension of time to file his supplemental memorandum regarding evidentiary hearing claims. Petitioner's memorandum is currently due October 16, 2017, with the government's response due October 27, 2017. R. Doc. 2449.  The Government does not oppose a 30-day extension of time, nor does Petitioner Paul Hardy.

WHEREFORE, Mr. Davis requests that this Court grant him a 30-day extension of time in which to file his supplemental memorandum regarding evidentiary hearing claims.

Respectfully submitted,

/s Sarah L. Ottinger____
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

**CERTIFICATE OF SERVICE**

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 4th day of October, 2017.


/s Sarah Ottinger_____
Sarah Ottinger