**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CASE NO. 2:94-cr-00381** |
| | \* | |
| **v.** | \* | **SECTION "B"** |
| | \* | |
| **LEN DAVIS** | \* | **THIS IS A CAPITAL CASE** |

**ORDER**

Considering the foregoing *Unopposed Motion for Extension of Time to File Supplemental Memorandum Regarding Evidentiary Hearing Claims*,

**IT IS HEREBY ORDERED** that the motion is GRANTED**.** Mr. Davis shall file his Supplemental Memorandum on or before November 15, 2017. The government's response shall be filed on or before November 29, 2017.

New Orleans, Louisiana, this \_\_\_ day of _____, 2017.

_____
IVAN L. R. LEMELLE
SENIOR UNITED STATES DISTRICT COURT JUDGE