UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 94-381

LEN DAVIS                                   SECTION "B"

ORDER

Considering Defendant Len Davis' "Unopposed Motion for Extension of Time to File Supplemental Memorandum Regarding Evidentiary Hearing Claims" (Rec. Doc. 2457),

**IT IS ORDERED** that the motion is **GRANTED**. The current filing deadline set for October 16, 2017 is hereby reset to **November 15, 2017.**

New Orleans, Louisiana, this 5th day of October, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE