**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | **SECTION "B"** |
| | * | |
| **LEN DAVIS** | * | **THIS IS A CAPITAL CASE** |

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM REGARDING EVIDENTIARY HEARING CLAIMS

Len Davis, through undersigned counsel, submits this memorandum in support of his *Unopposed Motion for Extension of Time to File Supplemental Memorandum Regarding Evidentiary Hearing Claims*. The Supplemental Memorandum is currently due on November 15, 2017. Petitioner requests a 30-day extension due to the recent availability of extensive documents through discovery.

On August 28, 2017, all parties attended a teleconference status conference before this Court. The Court ordered the United States, Petitioner Paul Hardy, and Mr. Davis to meet pursuant to a prior order of the Court to address exchange of lost discovery. R. Doc. 2449. It further ordered that the parties file a Joint Status Report regarding discovery by September 22, 2017, and that all parties file supplemental memoranda thereafter. *Id*.

The parties first met to discuss discovery on September 8, 2017. The Joint Status Report filed on September 22, 2017 summarized that meeting as well as the parties' actions following the meeting. Germane to this motion is that the United States was involved in an ongoing search for agreed-upon documents, had found many, and continued to look for others. R. Doc. 2456.

The parties met for a second time on September 27, 2017. At that meeting, undersigned counsel glanced through discovery materials provided by the government to determine which documents were needed. Counsel selected somewhere in the neighborhood of 1000 pages.

Petitioner and the government agreed upon a system for the provision of the documents. The government was going to Bates-stamp them and turn them over to Petitioner; Petitioner was then going to copy the documents at his expense, and return the Bates-stamped documents to the government.

The Government notified undersigned counsel today that the documents have been scanned and a disc is available for pick-up. The documents include inventories and transmittal letters cataloguing some of the discovery previously provided to defense counsel at both trials. Petitioner will pick up the disc tomorrow and begin comparing documented previously-provided discovery to the incomplete trial files in his possession. He will then follow up with the government regarding any additional specific requests he has for missing documents.

The above process process for recovering lost discovery will not be finished by the current November 15, 2017 filing deadline for Petitioner's Supplemental Memorandum. An additional 30 days should suffice to finish addressing the issue.

Respectfully submitted,

/s Sarah L. Ottinger___
Sarah L. Ottinger, La. Bar No. 24589
Attorney at Law
P.O. Box 19741
New Orleans, LA 70179
(504) 258-6537
sottinger1010@gmail.com

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
Rebecca_Hudsmith@fd.org

*Counsel for Len Davis*

**CERTIFICATE OF SERVICE**

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 7th day of November, 2017.


/s Sarah Ottinger_____
Sarah Ottinger