# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 2:94-cr-00381 |
| | * | |
| v. | * | SECTION "B" |
| | * | |
| LEN DAVIS | * | THIS IS A CAPITAL CASE |

## ORDER

Considering the foregoing *Unopposed Motion for Extension of Time to File Supplemental Memorandum Regarding Evidentiary Hearing Claims*,

**IT IS HEREBY ORDERED** that the motion is GRANTED. Mr. Davis and Mr. Hardy shall file their Supplemental Memoranda on or before December 15, 2017. The government's response shall be filed on or before December 29, 2017.

New Orleans, Louisiana, this ___ day of _____, 2017.

_____

IVAN L. R. LEMELLE
SENIOR UNITED STATES DISTRICT COURT JUDGE