**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 94-381** |
| **LEN DAVIS** | **SECTION "B"** |

## ORDER

Considering Defendant Len Davis' second "Unopposed Motion for Extension of Time to File Supplemental Memorandum Regarding Evidentiary Hearing Claims" (Rec. Doc. 2460),

**IT IS ORDERED** that the motion is **GRANTED**. The current filing deadline set for November 15, 2017 is hereby reset to **December 20, 2017.**

New Orleans, Louisiana, this 15th day of November, 2017.

_____

SENIOR UNITED STATES DISTRICT JUDGE