**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 94-381** |
| **LEN DAVIS** | **SECTION: "B"(5)** |

<u>**JUDGMENT**</u>

Considering this Court's separate order and reasons **denying** Petitioner Len Davis' §2255 Motion for Post-Conviction Relief (Rec. Doc. 2265),

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the respondent, the United States of America, and against petitioner, Len Davis, **DENYING** his motion **with prejudice**.


New Orleans, Louisiana, this 22nd day of March, 2018.


_____
SENIOR UNITED STATES DISTRICT JUDGE