**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 94-381 |
| LEN DAVIS | SECTION: "B"(5) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order denying Petitioner's 28 U.S.C. § 2255 Motion, in which the detention complained of arises out of process issued by a federal court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

___X___  a certificate of appealability shall not be issued for the following reason(s):

No substantial showing of denial of a constitutional right.

New Orleans, Louisiana, this 22nd day of March, 2018.

SENIOR UNITED STATES DISTRICT JUDGE