**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO. 94-381** |
| **LEN DAVIS** | * | **SECTION "B"** |

**PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT**
**DENYING THE PETITION FOR WRIT OF HABEAS CORPUS**
**WITHOUT A HEARING**

NOW INTO COURT, through undersigned counsel, comes the petitioner, LEN DAVIS, who moves this Court, pursuant to Federal Rules of Civil Procedure Rule 59(e), to alter or amend its judgment denying his petition for a writ of habeas corpus without an evidentiary hearing.  In support, petitioner submits the accompanying memorandum.

WHEREFORE, for all of the foregoing reasons, as well as for all the reasons set forth in his Section 2255 Motion and all related pleadings, including his Memorandum in Support of Granting Evidentiary Hearing, petitioner LEN DAVIS respectfully prays that the Court alter and amend its judgment to order an evidentiary hearing and grant him federal habeas relief.

Respectfully submitted,

/s/ Sarah L. Ottinger
Sarah L. Ottinger, La. Bar No. 24589
2563 Bayou Road, 2nd Floor
New Orleans, LA 70119
(504) 258-6537
sottinger1010@gmail.com

/s/ Rebecca L. Hudsmith
Federal Public Defender for the Middle and
Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70506
(337) 262-6336
Rebecca_Hudsmith@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 19th day of April, 2018.

/s/ Sarah L. Ottinger
Sarah L. Ottinger