**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO. 94-381** |
| **LEN DAVIS** | * | **SECTION "B"** |

**ORDER**

Considering the foregoing Motion,

IT IS HEREBY ORDERED THAT petitioner's motion filed pursuant to Federal Rules of Civil Procedure Rule 59(e), to alter or amend its judgment denying his petition for a writ of habeas corpus without an evidentiary hearing, is GRANTED.

New Orleans, Louisiana, on this ___ day of _____, 2018.


_____

SENIOR UNITED STATES DISTRICT JUDGE