# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 2:94-cr-00381** |
| | * | |
| **v.** | * | |
| | * | **SECTION "B"** |
| **LEN DAVIS** | * | |
| | * | **THIS IS A CAPITAL CASE** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the attached Motion to Alter or Amend Judgment before the Honorable Ivan L.R. Lemelle, Senior United States District Court Judge, on Wednesday, May 9, 2018 at 2:00 p.m.

Respectfully submitted,

/s Sarah L. Ottinger_____
Sarah L. Ottinger, La. Bar No. 24589
2563 Bayou Road, 2nd Floor
New Orleans, LA 70119
(504) 258-6537
saraho@thejusticecenter.org

Rebecca L. Hudsmith, La. Bar No. 7052
Federal Public Defender for the
Middle and Western Districts of Louisiana
102 Versailles Blvd., Suite 816
Lafayette, LA 70501
(337) 262-6336
rebecca_hudsmith@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a that a true and correct copy of the foregoing document has been filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record on this 19th day of April, 2018.

/s/ Sarah L. Ottinger_____
Sarah L. Ottinger