**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  94-381** |
| **v.** | * | **SECTION: "B"** |
| **LEN DAVIS** | * | |

*   *   *

**GOVERNMENT'S OPPOSITION TO PETITIONER'S**
**MOTION TO ALTER OR AMEND JUDGMENT (DOC. 2471)**

Davis's latest pleading, styled as a "motion to alter or amend" the Court's denial of his petition and request for an evidentiary hearing, is redundant, irrelevant, and verges on the frivolous.  He raises, yet again, but in hardly-camouflaged rhetorical garb, his "conflict of interest" accusation and the "color of law" argument, both of which have been decided against him, variously and repeatedly, by this Court and the Fifth Circuit.

The "conflict" claim, merely consisting of a pointless copy of an FBI manual governing undercover operations, as well as an equally-irrelevant affidavit from a private investigator, is just another tired variation of Davis's post-truth fantasy that Kim Groves was sacrificed to sustain Operation Shattered Shield.  The Court has disposed of that claim in its denial of the habeas petition.  (*See* Doc. 2466.)

Secondly, Davis obstinately persists in the "color of law" argument:  he simply refuses to accept that the issue has been foreclosed by the law of the case doctrine.  The United States has addressed in its opposition to the habeas petitions the Fifth Circuit's rejections of Davis's previous "color of law" challenges, and, more importantly, this Court has also refused to re-entertain that shop-worn argument.

Davis's incessant filings of the same regurgitated issues, with new labels but unchanged substance, must cease.  The United States has responded to Davis's redundant arguments, having already addressed them in depth in their earlier iterations.  The United States, therefore, prays that Davis's latest dilatory foray is denied.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ Michael E. McMahon*
MICHAEL E. MCMAHON
Assistant United States Attorney
Louisiana Bar Roll Number 10095
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3027

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record, and by mailing the same to non-CM/ECF participant, Len Davis, #24325-034, FCC Terre Haute, U.S. Penitentiary, P.O. Box 33, Terre Haute, IN 47808-0033, properly addressed and postage prepaid.

s/Michael E. McMahon
MICHAEL E. McMAHON
Assistant United States Attorney

2