# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2021

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 19-70010   USA v. Davis
                   USDC No. 2:12-CV-752
                   USDC No. 2:94-CR-381-1

Dear Ms. Michel,

Enclosed is a copy of the Supreme Court order denying certiorari.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Stacy M. Carpenter, Deputy Clerk